**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF IDAHO

Case number *(if known)* _____    Chapter __11__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | SeaQuest Holdings, LLC |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | DBA SeaQuest Management, Inc.<br>DBA SeaQuest Folsom, LLC<br>DBA SeaQuest Interactive Aquarium Las Vegas,<br>DBA SeaQuest Interactive Aquarium Utah, LLC<br>DBA SeaQuest Woodbridge, LLC<br>DBA SeaQuest Interactive Aquarium Fort Worth<br>DBA SeaQuest Roseville, LLC<br>DBA SeaQuest Trumbull, LLC<br>DBA SeaQuest Littleton, LLC<br>DBA SeaQuest Massaoequa, LLC<br>DBA SeaQuest Fort Lauderdale, LLC<br>DBA SeaQuest Seasonal, LLC |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 81-3492603 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | 5759 N Discovery Way<br>Boise, ID 83713<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | Ada<br>County | **Location of principal assets, if different from principal place of business**<br>See attachment.<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | https://visitseaquest.com/ |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor   SeaQuest Holdings, LLC                                              Case number (*if known*) _____
     Name

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

    7121

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | | Relationship | |
|---|---|---|---|---|---|
| Debtor | | | | | |
| District | | When | | Case number, if known | |

Debtor  SeaQuest Holdings, LLC                                    Case number *(if known)*
_____
Name

| | | |
|---|---|---|
| **11.** | **Why is the case filed in this district?** | *Check all that apply:* |

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

| | |
|---|---|
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** |

☐ No

☒ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☒ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☒ Other   Various exotic animals that require around the clock care

**Where is the property?**      See attachment.
_____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☒ Yes.   Insurance agency      Leavitt Group of Boise

Contact name      Briana Michels

Phone      (208) 375-9199

---

■   **Statistical and administrative information**

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:* |

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

| | | | |
|---|---|---|---|
| **14.** | **Estimated number of creditors** | ☐ 1-49 <br> ☐ 50-99 <br> ☒ 100-199 <br> ☐ 200-999 | ☐ 1,000-5,000 <br> ☐ 5001-10,000 <br> ☐ 10,001-25,000 | ☐ 25,001-50,000 <br> ☐ 50,001-100,000 <br> ☐ More than 100,000 |
| **15.** | **Estimated Assets** | ☐ $0 - $50,000 <br> ☐ $50,001 - $100,000 <br> ☐ $100,001 - $500,000 <br> ☒ $500,001 - $1 million | ☐ $1,000,001 - $10 million <br> ☐ $10,000,001 - $50 million <br> ☐ $50,000,001 - $100 million <br> ☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion <br> ☐ $1,000,000,001 - $10 billion <br> ☐ $10,000,000,001 - $50 billion <br> ☐ More than $50 billion |
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000 <br> ☐ $50,001 - $100,000 <br> ☐ $100,001 - $500,000 <br> ☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million <br> ☒ $10,000,001 - $50 million <br> ☐ $50,000,001 - $100 million <br> ☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion <br> ☐ $1,000,000,001 - $10 billion <br> ☐ $10,000,000,001 - $50 billion <br> ☐ More than $50 billion |

Debtor    SeaQuest Holdings, LLC                                          Case number (*if known*) _____
      Name

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     __December 2, 2024__
           MM / DD / YYYY

**X** /s/  Aaron Neilsen _____        Aaron Neilsen _____
    Signature of authorized representative of debtor       Printed name

Title  __CEO_____

---

**18. Signature of attorney**

**X** /s/ Matthew Christensen _____        Date  __December 2, 2024_____
   Signature of attorney for debtor                                   MM / DD / YYYY

Matthew Christensen _____
Printed name

Johnson May _____
Firm name

199 N. Capitol Blvd.
Suite 200
Boise, ID 83702 _____
Number, Street, City, State & ZIP Code

Contact phone  __(208) 384-8588_____    Email address  __mtc@johnsonmaylaw.com_____

7213 ID _____
Bar number and State

---

| SeaQuest Locations |
|---|
| 1201 N Hill Fiedl Rd. #1072, Layton, UT 84041 |
| 3528 S Maryland Pkwy, Suite #340, Las Vegas, NV o89169 |
| 430 Palladio Pkwy #1801, Folsom, CA 95630 |
| 1595 Highway 36 West, Suite 578, Roseville, MN 55113 |
| 101 Woodbridge Center Dr., Woodbridge, NJ 07095 |

**SeaQuest Holdings, LLC**
**001. SeaQuest Holdings, LLC (Consolidated)**
**SeaQuest Income Statement**

| | Jan-23 | Feb-23 | Mar-23 | Apr-23 | May 2023 | Jun 2023 | Jul 2023 | Aug 2023 | Sept 2023 | Oct 2023 | Nov 2023 | Dec 2023 | 2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | | |
| 4000 - Sales | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4001 - Admissions | $1,009,661.75 | $981,674.56 | $1,332,679.23 | $1,069,690.25 | $766,287.85 | $965,940.64 | $1,359,821.01 | $968,075.10 | $488,333.86 | $449,022.49 | $428,807.29 | $497,783.65 | $10,347,009.28 |
| 4002 - Annual Memberships | $115,829.76 | $118,554.43 | $121,945.37 | $135,803.29 | $142,721.36 | $138,753.45 | $147,676.35 | $154,321.03 | $147,595.56 | $151,672.81 | $154,825.37 | $155,309.17 | $1,685,007.95 |
| 4002.1 - Monthly Memberships | $16.79 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $16.79 |
| 4003 - Token Sales | $571,336.06 | $565,556.05 | $681,738.08 | $543,272.55 | $395,804.32 | $502,026.25 | $707,799.95 | $476,170.99 | $692,772.10 | $471,174.90 | $572,104.44 | $490,974.73 | $6,670,730.42 |
| **4100 - Attractions** | | | | | | | | | | | | | |
| 4100 - Attractions | $49,838.91 | $84,605.97 | $109,516.62 | $76,703.11 | $61,037.78 | $86,663.93 | $106,688.16 | $99,421.44 | $174,697.59 | $24,058.15 | $81,059.23 | $64,887.90 | $1,019,178.79 |
| 4101 - Snorkel with Stingrays | $29,416.25 | $28,335.14 | $48,001.79 | $36,658.20 | $24,540.94 | $33,825.97 | $58,394.02 | $43,514.38 | $28,502.16 | $20,715.86 | $19,130.19 | $12,395.01 | $383,429.91 |
| 4102 - Sleep with the Sharks | $5,930.87 | $6,852.47 | $4,692.10 | ($1,213.88) | $349.91 | $1,513.39 | $0.00 | $0.00 | $4,349.13 | ($4,349.13) | $0.00 | ($1,649.49) | $16,475.37 |
| 4103 - Hurricane Simulator | $3,250.00 | $5,402.00 | $5,932.00 | $5,128.00 | $3,948.00 | $4,240.00 | $4,046.00 | $3,210.00 | $3,954.00 | $2,896.00 | $3,026.00 | $2,164.00 | $47,196.00 |
| 4104 - Penny Machine | $712.48 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $712.48 |
| 4105 - Folo Fantasy | $23,906.99 | $26,568.70 | $32,340.17 | $23,743.08 | $17,419.80 | $19,596.77 | $27,165.11 | $19,649.39 | $28,675.26 | $19,558.14 | $20,164.46 | $17,876.10 | $276,613.63 |
| 4107 - Go Pro Rental | $1,063.10 | $1,673.07 | $2,267.21 | $1,424.39 | $1,221.92 | $1,697.73 | $2,613.07 | $1,469.88 | $1,095.66 | $480.62 | $495.97 | $282.75 | $15,785.37 |
| 4108 - Fish Spa Session | $12,176.84 | $16,879.81 | $22,319.42 | $19,715.92 | $16,092.81 | $21,562.80 | $26,544.49 | $17,358.55 | $16,659.32 | $6,266.55 | $7,775.27 | $7,404.76 | $191,156.49 |
| 4109 - Otter Interaction | $19,935.14 | $15,074.09 | $20,458.57 | $15,737.49 | $14,117.16 | $17,864.91 | $17,301.60 | $13,799.23 | $11,661.86 | $7,717.58 | $9,302.93 | $8,933.37 | $171,903.93 |
| 4110 - Animal Whisperer Tour | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4112 - Sloth Interaction | $28,917.64 | $28,772.95 | $46,556.12 | $30,217.93 | $24,956.98 | $27,138.86 | $31,309.88 | $21,550.73 | $16,379.25 | $8,901.35 | $13,534.89 | $10,250.94 | $288,487.42 |
| 4113 - Kinkajou Interaction | $916.56 | $1,135.57 | $3,832.14 | $1,474.94 | $1,500.78 | $2,769.40 | $2,870.09 | $1,225.46 | $1,006.89 | $1,001.82 | $541.44 | $501.80 | $18,776.89 |
| 4116 - Cashmund Interaction | $384.68 | $475.13 | $730.67 | $535.69 | $369.85 | $536.20 | $872.14 | $377.34 | $542.28 | $49.98 | $50.97 | $39.48 | $4,964.41 |
| 4117 - Porcupine Interaction | $791.26 | $1,239.30 | $1,988.40 | $1,215.87 | $483.58 | $710.66 | $1,223.14 | $862.85 | $539.15 | $327.91 | $399.87 | $258.25 | $9,840.24 |
| 4118 - Flying Squirrel Interaction | $3,174.98 | $4,144.78 | $4,516.99 | $3,826.29 | $2,394.66 | $3,297.03 | $5,442.65 | $4,055.35 | $2,084.69 | $1,773.03 | $2,136.05 | $2,751.26 | $39,597.29 |
| 4119 - Wallaby Interaction | $7,769.39 | $6,435.55 | $8,976.34 | $6,337.70 | $4,925.94 | $6,033.03 | $7,380.31 | $4,553.55 | $3,360.36 | $1,898.29 | $1,804.58 | $2,157.05 | $61,632.09 |
| 4120 - FunQuest | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4521 - EPICQuest | $0.00 | $0.00 | $56,056.25 | $55,259.25 | $63,692.28 | $85,531.07 | $87,409.60 | $76,340.59 | $61,913.26 | $70,706.46 | $75,944.06 | $79,036.59 | $711,889.41 |
| **Total - 4100 - Attractions** | $178,813.89 | $209,829.32 | $281,731.53 | $238,149.02 | $181,868.37 | $215,153.75 | $247,859.11 | $193,496.46 | $212,289.55 | $138,128.76 | $170,273.09 | $146,039.13 | $2,413,631.98 |
| **4400 - Concession Sales** | | | | | | | | | | | | | |
| 4200 - Gift Shop Sales | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $850.00 | $3,168.92 | $32,180.88 |
| 4300 - Concession Sales | $12,237.47 | $11,247.66 | $12,706.88 | $11,669.09 | $8,750.47 | $9,511.34 | $8,746.51 | $8,189.00 | $10,976.00 | $4,699.89 | $11,573.27 | $6,718.87 | $117,026.45 |
| **4400 - Events** | | | | | | | | | | | | | |
| 4400 - Events | $10,678.35 | $2,367.62 | $4,110.63 | $9,227.31 | $1,834.30 | ($36.90) | ($19.35) | $0.00 | $0.00 | $0.00 | $0.00 | $850.00 | $3,168.92 | $32,180.88 |
| 4401 - Field Trips | $27,078.99 | $56,889.21 | $86,399.73 | $87,076.93 | $68,860.80 | $47,091.71 | $43,549.71 | $14,141.44 | $9,635.93 | $20,852.62 | $21,701.09 | $9,071.73 | $492,619.99 |
| 4402 - Birthday Parties | $86,957.69 | $87,261.17 | $79,315.23 | $72,690.82 | $48,227.47 | $44,847.77 | $51,336.52 | $42,784.28 | $40,389.75 | $52,819.31 | $51,120.23 | $27,894.17 | $685,644.41 |
| 4403 - Corporate Events | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total - 4400 - Events** | | | | | | | | | | | | | |
| 4501 - Sponsorship Revenue | $9,375.01 | $9,375.01 | $8,333.34 | $8,333.34 | $8,333.34 | $8,333.34 | $8,333.34 | $8,333.34 | $8,333.34 | $8,333.34 | $8,333.34 | $8,333.34 | $102,083.42 |
| 4502 - Online Transaction Fee | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $762.00 | $9,024.00 | $11,588.00 | $8,696.00 | $30,070.00 |
| 4600 - Groupon Sales | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4700 - Discounts | ($81,864.72) | ($82,466.22) | ($137,927.48) | ($127,295.06) | ($89,201.56) | ($100,691.63) | ($116,433.30) | ($102,677.17) | ($39,687.34) | ($17,098.19) | ($28,011.10) | ($26,120.86) | ($949,474.63) |
| 4750 - Refunds | ($5,542.62) | ($6,688.47) | ($8,544.93) | ($11,264.75) | ($6,225.28) | ($9,207.71) | ($6,227.02) | ($4,749.15) | ($6,025.61) | ($3,110.99) | ($1,600.87) | ($1,214.47) | ($70,401.87) |
| **4900 - Miscellaneous Income** | | | | | | | | | | | | | |
| 4900 - Miscellaneous Income | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.02 |
| 6080 - Sublease Rent | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4950 - Cash Over/(Under) | ($1,609.64) | $2,096.92 | ($2,025.71) | $2,327.38 | ($1,867.63) | $4,294.00 | ($3,924.19) | $129.70 | $104.24 | ($1,960.00) | $1,142.55 | ($1,044.26) | ($2,336.04) |
| 6300 - Other Income - Miscellaneous Income | $0.00 | $0.00 | $0.00 | $0.00 | $0.01 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.02 |
| **4900 - Miscellaneous Income** | | | | | | | | | | | | | |
| 5400 - Management Fees Income | $20,672.22 | $26,202.32 | $31,076.01 | $39,664.69 | $36,688.85 | $36,505.76 | $37,062.11 | $28,588.06 | $28,862.11 | $26,726.58 | $29,371.81 | $30,995.73 | $389,211.45 |
| 5451 - Service Fee Income | $20,833.33 | $20,833.33 | $20,833.33 | $41,666.66 | $41,666.66 | $41,666.66 | $20,833.33 | $20,833.33 | $20,833.33 | $20,833.33 | $20,833.33 | $20,833.33 | $304,166.62 |
| **Total - Income** | $2,162,659.42 | $2,230,327.44 | $2,880,556.03 | $2,414,570.70 | $1,840,801.25 | $2,208,787.06 | $2,915,365.82 | $2,115,095.15 | $1,970,595.68 | $1,403,121.46 | $1,688,277.75 | $1,584,729.01 | $25,504,826.84 |
| **Cost of Sales** | | | | | | | | | | | | | |
| **4800 - Cost of Goods Sold** | | | | | | | | | | | | | |
| 4830 - Gift Shop COGS | $86,542.63 | $98,619.79 | $132,416.65 | $111,930.06 | $89,306.08 | $102,240.84 | $116,493.79 | $91,589.17 | $96,774.58 | $78,696.30 | $87,181.64 | $61,853.03 | $1,153,644.56 |
| 4850 - Concessions COGS | $6,703.80 | $8,570.22 | $10,090.68 | $7,360.62 | $7,025.33 | $9,686.15 | $3,951.66 | $7,990.67 | $11,814.65 | $3,011.52 | $5,649.79 | $3,036.18 | $84,691.27 |
| 4870 - Cost of attractions | $12,448.11 | $13,782.50 | $16,701.33 | $12,583.83 | $9,232.50 | $10,359.58 | $14,397.51 | $10,414.17 | $15,197.89 | $10,359.45 | $10,687.17 | $9,474.37 | $145,698.41 |
| **Total - 4800 - Cost of Goods Sold** | $105,694.54 | $120,972.51 | $159,268.66 | $131,874.51 | $105,563.91 | $122,286.67 | $134,842.96 | $109,994.01 | $123,787.12 | $92,067.27 | $103,518.60 | $74,363.58 | $1,384,234.24 |
| **Total - Cost of Sales** | $105,694.54 | $120,972.51 | $159,268.66 | $131,874.51 | $105,563.91 | $122,286.67 | $134,842.96 | $109,994.01 | $123,787.12 | $92,067.27 | $103,518.60 | $74,363.58 | $1,384,234.24 |
| **Gross Profit** | $2,056,964.88 | $2,109,354.93 | $2,721,287.37 | $2,282,696.19 | $1,735,237.34 | $2,086,500.39 | $2,780,462.93 | $2,005,101.14 | $1,846,808.56 | $1,401,054.19 | $1,584,759.15 | $1,510,365.43 | $24,120,592.60 |
| **Expense** | | | | | | | | | | | | | |
| **7000 - Employee Compensation** | | | | | | | | | | | | | |
| 7001 - Salary | $224,970.53 | $203,725.14 | $219,761.71 | $215,438.37 | $219,343.35 | $208,547.50 | $222,002.43 | $244,620.86 | $216,972.80 | $227,399.06 | $212,452.70 | $213,895.71 | $2,628,780.19 |
| **7100 - Hourly** | | | | | | | | | | | | | |
| 7101 - Regular | $600,846.82 | $537,239.58 | $608,270.45 | $534,125.69 | $550,019.71 | $528,226.75 | $592,380.07 | $583,167.66 | $502,339.36 | $540,939.77 | $510,609.82 | $554,917.27 | $6,643,082.95 |
| 7102 - Overtime | $38,847.91 | $16,409.91 | $36,270.62 | $26,911.95 | $26,000.53 | $44,639.18 | $47,407.56 | $31,060.01 | $60,150.55 | $23,806.89 | $21,036.51 | $18,988.30 | $391,529.92 |
| **Total - 7100 - Hourly** | $639,694.73 | $553,649.49 | $644,541.07 | $561,037.64 | $576,020.24 | $572,865.93 | $639,787.63 | $614,227.67 | $562,489.91 | $564,746.66 | $531,646.33 | $573,905.57 | $7,034,612.87 |
| 7103 - Vacation | $24,119.59 | $22,232.52 | $22,103.80 | $21,738.15 | $19,736.64 | $30,175.99 | $30,600.42 | $30,321.44 | $23,843.02 | $35,939.85 | $35,057.18 | $10,687.17 | $974.37 |
| 7104 - Bonuses | $61,642.99 | $81,341.58 | $75,904.97 | $87,603.62 | $53,603.68 | $35,558.51 | $96,118.17 | $97,731.70 | $98,882.92 | $55,746.91 | $67,190.31 | $44,935.45 | $960,361.81 |
| 7106 - Commissions | $29,604.46 | $35,419.04 | $63,126.22 | $33,328.34 | $21,279.42 | $26,936.56 | $44,705.10 | $42,696.61 | $27,037.83 | $10,606.21 | $14,556.48 | $25,637.54 | $375,933.81 |
| **Total - 7000 - Employee Compensation** | $980,032.30 | $896,967.77 | $1,038,537.77 | $919,346.12 | $889,983.63 | $923,712.52 | $1,042,579.76 | $1,020,670.28 | $929,226.04 | $894,438.59 | $895,363.15 | $885,543.87 | $11,316,401.20 |
| **7200 - Payroll Expenses** | | | | | | | | | | | | | |
| 7201 - Employer Insurance Contributions | $18,013.02 | $27,186.94 | $24,678.77 | $23,497.49 | $15,276.30 | $13,161.82 | $30,125.16 | $24,225.91 | $21,415.34 | $22,396.99 | $17,792.85 | $5,264.80 | $232,035.38 |
| 7202 - Payroll Taxes | $94,612.99 | $88,347.73 | $88,807.61 | $77,825.44 | $72,620.32 | $110,072.11 | $90,754.95 | $83,936.61 | $74,237.15 | $73,024.29 | $70,931.61 | $101,258.24 | $1,026,928.06 |
| 7203 - Hiring Expenses | $709.47 | $409.96 | $556.91 | $170.00 | $233.00 | $1,384.00 | $405.50 | $898.00 | $1,529.04 | $169.00 | $581.00 | $298.50 | $8,255.28 |
| 7204 - 401(k) Employer Match | $5,125.20 | $4,852.34 | $4,717.76 | $3,874.46 | $4,719.91 | $4,689.81 | $4,634.78 | $6,646.84 | $4,799.75 | $4,438.81 | $3,991.90 | $15,843.26 | $69,134.65 |
| 7290 - SDM Payroll Allocation | $1,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total - 7200 - Payroll Expenses** | $119,460.68 | $120,996.77 | $119,154.47 | $106,716.19 | $92,949.73 | $131,265.22 | $131,972.32 | $104,893.61 | $101,921.28 | $99,069.09 | $93,297.70 | $125,169.30 | $1,318,742.61 |
| **7300 - Occupancy** | | | | | | | | | | | | | |
| 7301 - Rent Expense | $323,392.09 | $327,733.30 | $320,421.86 | $300,099.67 | $316,967.13 | $330,535.15 | $284,783.91 | $357,753.86 | $271,650.70 | $266,301.82 | $262,686.55 | $264,493.33 | $3,626,759.67 |
| **7350 - Utilities** | | | | | | | | | | | | | |
| 7350 - Utilities | $2,281.19 | $2,573.55 | $1,791.10 | $602.75 | $629.78 | $1,228.64 | $268.39 | $470.76 | $1,144.50 | $921.09 | $1,023.82 | $1,198.54 | $14,134.11 |
| 7351 - Electricity | $103,010.92 | $104,558.45 | $108,811.08 | $81,413.70 | $83,065.74 | $86,865.62 | $89,863.21 | $89,228.56 | $74,401.77 | $70,182.92 | $69,149.86 | $73,106.46 | $1,033,459.29 |
| 7352 - Phone & Internet | $10,519.34 | $59,708.66 | $9,747.79 | $8,684.44 | $9,157.46 | $9,139.30 | $9,310.14 | $8,425.98 | $8,600.63 | $9,470.93 | $8,528.12 | $8,162.24 | $109,395.03 |
| 7353 - Water & Sewer | $9,521.34 | $9,699.54 | $9,423.97 | $11,679.36 | $10,122.42 | ($112.01) | $9,384.38 | $9,243.38 | $9,064.73 | $9,354.22 | $8,601.80 | $9,004.65 | $95,987.78 |
| 7354 - Waste & Disposal | $5,017.45 | $4,542.45 | $4,812.45 | $4,292.20 | $4,508.17 | $5,047.29 | $4,097.29 | $4,232.99 | $5,993.87 | $5,690.37 | $3,297.38 | $6,056.19 | $57,588.60 |
| 7355 - Propane | $10.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10.00 |
| **Total - 7350 - Utilities** | $130,350.24 | $111,082.65 | $134,586.72 | $106,582.70 | $107,082.47 | ($10,885.72) | $117,725.96 | $111,303.82 | $107,594.50 | $94,107.21 | $73,433.50 | $100,109.97 | $1,193,000.00 |
| **Total - 7300 - Occupancy** | $453,742.33 | $458,815.95 | $455,007.58 | $406,682.37 | $424,049.60 | $319,649.43 | $402,509.87 | $469,057.68 | $369,245.20 | $360,409.03 | $336,120.05 | $364,603.30 | $4,819,759.67 |
| **7400 - Advertising and Marketing** | | | | | | | | | | | | | |
| 7400 - Advertising and Marketing | $209,974.84 | $159,388.56 | $176,491.90 | $211,178.10 | $210,075.12 | $204,213.00 | $284,259.95 | $195,540.16 | $153,601.62 | $162,601.82 | $76,204.93 | $107,899.87 | $2,039,501.59 |
| 7401 - PPC/Online Advertising | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7403 - Website Design | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7404 - Networking/Events | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total - 7400 - Advertising and Marketing** | $209,974.84 | $159,388.56 | $176,491.90 | $211,178.10 | $210,075.12 | $204,213.00 | $284,259.95 | $195,540.16 | $153,601.62 | $102,601.82 | $76,204.93 | $107,899.87 | $2,039,501.59 |
| **7500 - Animal Acquisitions** | | | | | | | | | | | | | |
| 7500 - Animal Acquisitions | $8,895.78 | $18,054.34 | $24,416.76 | $14,622.09 | $3,175.21 | ($3,445.79) | $9,172.16 | $11,052.73 | $3,000.19 | $2,537.00 | $3,023.27 | $1,897.45 | $2,469.59 | $115,887.88 |
| **7500 - Animal Supplies** | | | | | | | | | | | | | |
| 7504 - Aquarium Supplies | $28,825.94 | $17,853.35 | $17,431.03 | $25,101.48 | $17,341.94 | $16,150.26 | $17,693.00 | $26,598.21 | $13,283.28 | $27,066.87 | $15,834.29 | $18,693.62 | $228,819.69 |
| 7505 - Food | $47,361.57 | $49,619.86 | $35,807.12 | $41,394.96 | $36,811.33 | $39,747.52 | $35,058.86 | $33,880.96 | $39,290.37 | $37,274.05 | $39,743.88 | $30,603.86 | $466,594.36 |
| 7506 - Salt | $16,742.04 | $17,710.18 | $15,387.09 | $15,059.63 | $10,727.60 | $6,865.91 | $13,708.04 | $13,336.74 | $19,792.75 | $15,038.56 | $12,307.47 | $8,600.06 | $165,417.07 |
| 7507 - Charcoal | $6,124.90 | $2,371.38 | $2,321.41 | $884.73 | $991.75 | $1,226.23 | $1,253.59 | $894.76 | $987.01 | $1,264.65 | $1,104.41 | $995.79 | $20,920.61 |
| **Total - 7500 - Animal Supplies** | $95,495.35 | $87,754.26 | $77,027.03 | $67,385.90 | $69,033.77 | $76,544.72 | $73,956.81 | $70,819.23 | $60,523.39 | $59,559.34 | $51,502.75 | $70,240.44 | $890,303.94 |
| 7508 - Veterinarian Expenses | $33,470.90 | $23,110.35 | $34,403.22 | $30,298.70 | $23,687.71 | $34,698.00 | $30,228.26 | $39,508.86 | $30,198.30 | $42,309.21 | $31,086.94 | $27,588.70 | $434,676.99 |
| **7600 - Insurance** | | | | | | | | | | | | | |
| 7601 - Auto | $2,020.89 | $2,020.89 | $2,020.89 | ($2,225.49) | $3,361.90 | $2,300.00 | $1,508.50 | $2,008.50 | $2,008.50 | $2,008.50 | $2,008.50 | $2,008.50 | $21,049.59 |
| 7602 - General Liability | $14,132.30 | $14,132.30 | $14,132.30 | $14,132.30 | $9,427.50 | $14,194.00 | $14,194.00 | $30,237.71 | $20,027.72 | $34,257.72 | $30,237.72 | $30,237.72 | $327,558.97 |
| 7604 - Workmans Compensation | $28,621.74 | $32,945.13 | $32,455.13 | $32,943.46 | $39,979.79 | $33,324.50 | $33,214.33 | $46,768.33 | $44,768.34 | $44,768.26 | $34,768.26 | $34,768.39 | $747,796.87 |
| 7605 - Insurance Claim Settlements | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total - 7600 - Insurance** | $41,053.04 | $47,376.42 | $47,376.43 | $39,698.35 | $73,942.95 | $75,527.12 | $65,527.12 | $79,014.54 | $73,646.48 | $73,464.40 | $66,014.48 | $66,014.56 | $819,287.74 |
| **7700 - Travel and Entertainment** | | | | | | | | | | | | | |
| 7701 - Travel and Entertainment | $6,561.40 | $997.87 | $1,331.09 | $6,924.30 | $1,293.07 | $651.51 | $831.77 | $462.00 | $182.00 | $3,668.51 | $1,782.53 | $881.94 | $25,568.34 |
| 7701 - Mileage | $2,501.96 | $1,685.58 | $1,928.51 | $1,925.17 | $1,522.00 | $2,239.91 | $2,134.98 | $1,432.05 | $1,480.09 | $1,762.32 | $884.46 | $1,274.97 | $20,792.99 |
| 7702 - Per Diem | $1,403.00 | $1,043.00 | $3,300.02 | $2,045.50 | $2,475.00 | $4,855.25 | $5,439.90 | $5,550.96 | $11,000.00 | $11,485.00 | $6,503.65 | $7,100.00 | $0.00 |
| 7703 - Hotels | $1,518.32 | $973.32 | $1,310.50 | $755.65 | $1,187.22 | $2,559.73 | $945.61 | $1,518.42 | $1,128.05 | $3,116.79 | $2,509.56 | $3,416.49 | $0.00 |
| 7704 - Airfare | $2,290.23 | $1,738.97 | $2,762.81 | $10,150.47 | $2,150.67 | $2,157.79 | $2,167.08 | $944.25 | $1,472.48 | $2,180.99 | $1,462.22 | $136.40 | $29,850.87 |
| 7705 - Entertainment | $1,063.40 | $1,063.40 | $1,063.40 | $1,063.40 | $1,063.40 | $1,063.40 | $1,063.40 | $1,063.40 | $1,063.40 | $1,063.40 | $1,063.40 | $1,063.40 | $12,760.80 |
| 7706 - Employee Meals | $4,018.30 | $2,315.05 | $4,318.57 | $3,897.00 | $3,300.28 | $5,641.57 | $2,160.68 | $3,385.01 | $5,013.15 | $3,642.12 | $7,345.24 | $3,020.84 | $48,558.81 |
| **Total - 7700 - Travel and Entertainment** | $23,052.21 | $15,549.43 | $20,847.79 | $31,843.80 | $16,221.88 | $25,127.15 | $19,932.78 | $17,243.79 | $25,342.22 | $31,022.85 | $23,556.35 | $19,573.77 | $23,422.36 |
| **7800 - Professional Services** | | | | | | | | | | | | | |
| 7810 - Repairs and Maintenance | $26,273.97 | $12,517.08 | $18,769.93 | $19,745.58 | $11,831.96 | $14,240.72 | $28,689.85 | $44,599.99 | $14,244.12 | $24,690.86 | $24,740.88 | $12,598.15 | $252,922.39 |
| 7820 - Office Supplies | $6,838.72 | $5,909.90 | $4,441.24 | $3,890.36 | $2,681.81 | $4,590.46 | $6,099.99 | $5,834.78 | $5,442.76 | $4,247.58 | $3,862.02 | $4,595.84 | $53,424.90 |
| 7830 - Operating Supplies | $63,330.90 | $71,694.64 | $65,633.51 | $64,996.88 | $44,944.16 | $69,281.61 | $96,573.67 | $51,129.01 | $91,105.20 | $49,144.58 | $55,291.42 | $46,211.54 | $708,536.15 |
| 7840 - Equipment Rental | $26,361.64 | $22,402.61 | $18,807.85 | $18,905.97 | $25,988.66 | $24,958.05 | $28,605.06 | $26,902.66 | $32,866.98 | $20,605.21 | $28,661.51 | $23,669.77 | $297,735.97 |
| 7850 - Dues and Subscriptions | $27,250.03 | $43,443.20 | $26,445.29 | $21,445.45 | $21,232.76 | $25,003.25 | $41,441.22 | $34,450.96 | $28,101.09 | $23,056.71 | $22,446.39 | $48,431.01 | $362,747.36 |
| 7851 - Software Subscriptions | $21,389.20 | $27,880.93 | $28,103.42 | $25,453.50 | $31,383.28 | $21,908.25 | $21,650.76 | $24,102.93 | $23,103.58 | $28,893.42 | $24,840.35 | $26,452.89 | $305,162.51 |
| 7852 - Website Hosting | $666.00 | $666.00 | $666.00 | $666.00 | $666.00 | $333.00 | $333.00 | $333.00 | $333.00 | $333.00 | $333.00 | $333.00 | $5,994.00 |
| 7870 - Equipment and Machinery | $1,288.09 | $1,525.10 | $888.76 | $3,267.07 | $328.19 | $2,768.31 | $27,980.43 | $1,020.33 | $1,528.66 | $1,398.44 | $1,393.29 | $1,262.60 | $45,022.57 |
| 7871 - Training and Continued Education | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8000 - SeaQuest Management Fees | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8010 - SeaQuest Service Fee | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **8040 - Taxes** | | | | | | | | | | | | | |
| 8040 - Taxes | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $424.56 | ($267.42) | $157.14 |
| 8041 - Sales and Use Tax | $4,803.62 | $3,781.48 | $1,908.33 | $938.10 | $4,213.41 | $903.82 | $2,071.86 | $3,919.86 | $593.13 | $2,039.21 | $190.54 | $229.11 | $25,592.71 |

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sept | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8042 - Franchise Tax | $947.64 | $947.64 | $947.64 | $947.64 | $2,223.52 | $2,223.52 | $2,223.52 | $2,223.45 | $1,275.88 | $1,275.88 | $1,275.88 | $1,275.88 | $17,788.09 |
| 8043 - Property Taxes | $21,591.01 | $21,763.39 | $21,763.39 | $21,763.39 | $21,763.39 | $21,763.44 | $31,525.25 | $30,829.01 | $12,987.84 | $13,578.62 | $21,755.71 | $20,394.08 | $261,478.62 |
| Total - 8040 - Taxes | $27,342.27 | $26,492.51 | $24,619.36 | $23,649.14 | $28,200.32 | $24,890.78 | $35,820.63 | $36,972.32 | $14,856.85 | $17,318.27 | $22,954.32 | $21,899.08 | $305,015.85 |
| 8050 - Bank Service Charges | $45,858.38 | $55,621.16 | $45,037.46 | $56,796.26 | $49,592.61 | $63,353.10 | $65,769.53 | $47,156.50 | $53,060.34 | $17,737.43 | $35,203.77 | $34,495.07 | $569,681.61 |
| 9950 - Discontinued Operations | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($1,124,953.85) | $0.00 | ($646,495.42) | $0.00 | $0.00 | $0.00 | $0.00 | ($1,771,449.27) |
| 9900 - Miscellaneous Expense | $0.00 | $1,689.76 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,689.76 |
| 9910 - Donations | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total Operating Expenses | $2,211,065.68 | $2,083,599.45 | $2,269,452.81 | $2,096,044.08 | $2,101,682.43 | $3,162,553.91 | $2,269,464.94 | $2,916,734.03 | $1,894,092.57 | $1,802,324.88 | $1,792,155.60 | $1,872,983.23 | $26,472,153.61 |
| EBITDA | ($154,100.80) | $25,755.48 | $451,834.56 | $186,652.11 | ($366,445.09) | ($1,076,053.42) | $510,997.99 | ($911,632.89) | ($47,284.01) | ($401,270.69) | ($207,396.45) | ($362,617.90) | ($2,351,561.01) |
| **8019 - Interest Expense** | | | | | | | | | | | | | |
| 8020 - Intercompany Interest Expense | $15,742.40 | $14,299.85 | $15,598.56 | $15,576.70 | $15,459.17 | $14,552.64 | $15,294.76 | $24,139.21 | $21,383.51 | $22,662.75 | $22,530.94 | $64,702.34 | $262,142.83 |
| **8039 - Investor Interest Expense** | | | | | | | | | | | | | |
| 8019 - Interest Expense | $4,397.70 | $5,028.81 | $4,358.48 | $4,724.81 | $4,794.54 | $6,751.85 | $18,810.32 | $5,408.03 | $4,547.48 | $4,664.24 | $2,051.25 | $40,683.78 | $106,221.29 |
| 8039.5 - Interest Expense EIDL | $12,102.77 | $10,869.53 | $12,102.77 | $11,680.26 | $12,069.60 | $8,974.63 | $15,676.20 | $7,027.42 | $14,546.86 | $7,253.43 | $13,398.34 | $9,832.22 | $135,534.03 |
| 8039.1 - Interest Expense Vince Covino | $2,038.36 | $1,571.51 | $1,124.28 | $692.61 | $1,678.48 | $1,727.33 | $1,528.77 | $1,547.30 | $1,479.45 | $1,816.05 | $1,479.45 | $1,528.77 | $18,212.36 |
| 8039.2 - Interest Expense Jeff Cox | $10,191.78 | $9,205.48 | $8,901.92 | $6,846.94 | $5,583.00 | $8,547.94 | $8,832.88 | $8,832.88 | $8,547.94 | $8,832.88 | $8,876.71 | $13,928.47 | $108,128.82 |
| 8039.4 - Interest Expense Adam Ellison | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total - 8039 - Investor Interest Expense | $28,730.61 | $26,675.33 | $27,487.45 | $23,944.62 | $24,125.62 | $26,001.75 | $44,848.17 | $22,815.63 | $29,121.73 | $22,566.60 | $25,805.75 | $65,973.24 | $368,096.50 |
| Total - Expense | $44,473.01 | $40,975.18 | $43,086.01 | $39,521.32 | $39,584.79 | $40,554.39 | $60,142.93 | $46,954.84 | $50,505.24 | $45,429.35 | $48,336.69 | $130,675.58 | $630,239.33 |
| **Other Income and Expenses** | | | | | | | | | | | | | |
| **Other Income** | | | | | | | | | | | | | |
| 5200 - Intercompany Interest Income | $15,742.72 | $14,299.85 | $15,599.10 | $15,576.70 | $15,459.17 | $14,552.64 | $15,294.76 | $24,139.21 | $24,153.05 | $25,942.88 | $25,563.84 | $60,683.68 | $267,007.60 |
| 6070 - Employee Retention Tax Credit | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $423,383.92 | $0.00 | $0.00 | $55,284.81 | $18,428.27 | $497,097.00 |
| Total - Other Income | $15,742.72 | $14,299.85 | $15,599.10 | $15,576.70 | $15,459.17 | $14,552.64 | $15,294.76 | $447,523.13 | $24,153.05 | $25,942.88 | $80,848.65 | $79,111.95 | $764,104.60 |
| **Other Expense** | | | | | | | | | | | | | |
| 9905 - Life Insurance Premiums | $0.00 | $0.00 | $0.00 | ($60.93) | $60.93 | $0.00 | $0.00 | $0.00 | $10,201.00 | $195.94 | $0.00 | $0.00 | $0.04 |
| 9902 - Tax Provisions | $0.00 | $15,741.23 | $21,450.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $47,587.77 |
| 9098 - Depreciation Expense | $106,707.49 | $107,458.44 | $107,623.09 | $107,897.77 | $108,102.13 | $89,530.77 | $89,748.58 | $89,924.81 | $81,522.46 | $81,940.15 | $82,793.48 | $84,051.23 | $1,137,300.40 |
| 9099 - Amortization Expense | $10,964.41 | $10,964.41 | $10,964.41 | $10,964.41 | $10,964.41 | $10,964.41 | $10,964.41 | $10,964.41 | $9,759.74 | $9,759.74 | $9,759.74 | $9,759.74 | $126,754.24 |
| Total - Other Expense | $117,671.90 | $134,164.08 | $140,037.50 | $118,801.31 | $119,127.51 | $100,495.12 | $100,712.99 | $100,889.22 | $101,483.20 | $91,895.43 | $92,553.22 | $93,810.97 | $1,311,642.45 |
| Net Other Income | ($101,929.18) | ($119,864.23) | ($124,438.40) | ($103,224.61) | ($103,668.34) | ($85,942.48) | ($85,418.23) | $346,633.91 | ($77,330.15) | ($65,952.55) | ($11,704.57) | ($14,699.02) | ($547,537.85) |
| **Net Income** | ($300,502.99) | ($135,083.93) | $284,310.15 | $43,906.18 | ($509,698.22) | ($1,202,550.29) | $365,436.83 | ($611,953.82) | ($175,119.40) | ($512,652.59) | ($267,437.71) | ($507,992.40) | ($3,529,338.19) |
| Check #1 - Revenues | ($0.00) | ($0.00) | ($0.00) | ($0.00) | ($0.00) | ($0.00) | ($0.00) | ($0.00) | ($0.00) | ($0.00) | ($0.00) | ($0.00) | ($0.00) |
| Check #2 - COGS | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Check #3 - Net Income | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($0.00) | $0.00 | ($2,944.15) | ($0.00) | ($0.00) | ($2,944.15) |

| Partnership EBITDA | Jan-23 | Feb-23 | Mar-23 | Apr-23 | May 2023 | Jun 2023 | Jul 2023 | Aug 2023 | Sept 2023 | Oct 2023 | Nov 2023 | Dec 2023 | 2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Noveen Capital | | | | | $ (186,137.64) | $ (57,929.65) | $ 61,114.19 | $ (457,305.10) | $ (76,427.50) | $ (132,385.55) | $ (53,625.29) | $ (121,029.61) | $ (1,021,157.17) |
| Shane Shimada | $ 35.04 | $ (341.14) | $ 12,916.28 | $ (2,351.08) | $ (4,039.09) | $ 342.17 | $ 19,719.86 | $ (8,221.12) | $ (8,756.60) | $ (19,094.31) | $ (10,492.31) | $ (8,778.19) | $ (29,060.55) |
| Dr. Rowe | $ 17.52 | $ (170.57) | $ 6,458.14 | $ (1,175.54) | $ (2,019.54) | $ 171.09 | $ 9,859.93 | $ (4,110.56) | $ (4,378.30) | $ (9,547.16) | $ (5,246.18) | $ (4,389.10) | $ (14,530.28) |
| SQ Holdings | $ (300,555.55) | $ (134,572.21) | $ 264,935.73 | $ 44,863.81 | $ (317,501.96) | $ (1,145,133.90) | $ 274,742.85 | $ (142,317.03) | $ (85,557.00) | $ (351,625.57) | $ (198,073.87) | $ (373,796.50) | $ (2,464,590.20) |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Noveen Capital | $ (9,708.06) | $ (4,373.60) | $ 8,610.41 | $ 4,027.06 | $ (196,456.45) | $ (95,146.50) | $ 70,043.33 | $ (461,930.40) | $ (79,208.10) | $ (143,813.38) | $ (60,062.69) | $ (133,177.97) | $ (1,101,256.35) |
| Shane Shimada | $ (18,599.40) | $ (8,684.62) | $ 29,342.30 | $ 430.48 | $ (23,724.21) | $ (70,656.13) | $ 36,753.91 | $ (17,044.78) | $ (14,061.13) | $ (40,895.10) | $ (22,772.95) | $ (31,953.51) | $ (181,865.14) |
| Dr. Rowe | $ (25,078.87) | $ (11,407.35) | $ 28,580.27 | $ 2,570.59 | $ (28,530.90) | $ (95,447.59) | $ 32,800.96 | $ (15,994.03) | $ (11,522.31) | $ (38,907.89) | $ (21,785.35) | $ (35,600.52) | $ (220,323.56) |
| Joe Verska | $ (14,426.67) | $ (6,459.47) | $ 12,716.92 | $ 2,153.46 | $ (15,240.09) | $ (54,966.43) | $ 13,187.66 | $ (6,831.22) | $ (4,106.74) | $ (16,878.03) | $ (9,507.55) | $ (17,942.18) | $ (118,300.33) |
| Adam Ellison | $ (15,027.78) | $ (6,728.61) | $ 13,246.79 | $ 2,153.49 | $ (15,875.10) | $ (57,256.69) | $ 13,737.14 | $ (7,115.85) | $ (4,277.85) | $ (17,581.28) | $ (9,903.69) | $ (18,689.78) | $ (123,229.51) |
| Vince Covino | $ (217,654.78) | $ (96,918.57) | $ 172,439.05 | $ 33,439.03 | $ (37,675.15) | $ (771,660.55) | $ 108,219.85 | $ 366,599.26 | $ 27,619.13 | $ (93,549.89) | $ (74,041.64) | $ (136,431.05) | $ (719,615.31) |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

| Form **1065** | | **U.S. Return of Partnership Income** | | OMB No. 1545-0123 |
|---|---|---|---|---|

Department of the Treasury
Internal Revenue Service

For calendar year 2023, or tax year beginning _____ , ending _____
Go to www.irs.gov/Form1065 for instructions and the latest information.

**2023**

| **A** Principal business activity | | Name of partnership | | **D** Employer identification number |
|---|---|---|---|---|
| AQUARIUMS | | SEAQUEST HOLDINGS LLC | | 2603 |
| **B** Principal product or service | Type or Print | Number, street, and room or suite no. If a P.O. box, see instructions. | | **E** Date business started |
| AQUARIUMS | | 5759 N DISCOVERY WAY | | 11/23/2015 |
| **C** Business code number | | City or town, state or province, country, and ZIP or foreign postal code | | **F** Total assets (see instr.) |
| 712100 | | BOISE                    ID 83713 | | $ 3,826,231. |

**G** Check applicable boxes: **(1)** ☐ Initial return **(2)** ☐ Final return **(3)** ☐ Name change **(4)** ☐ Address change **(5)** ☐ Amended return

**H** Check accounting method: **(1)** ☐ Cash **(2)** ☒ Accrual **(3)** ☐ Other (specify)

**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ▶ 8

**J** Check if Schedules C and M-3 are attached

**K** Check if partnership: **(1)** ☐ Aggregated activities for section 465 at-risk purposes **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 23 below. See instructions for more information.

| | | | | |
|---|---|---|---|---|
| **Income** | **1a** Gross receipts or sales | 3,472,200. | | |
| | **b** Less returns and allowances | | **c** Balance | **1c** 3,472,200. |
| | **2** Cost of goods sold (attach Form 1125-A) | | **2** | 198,972. |
| | **3** Gross profit. Subtract line 2 from line 1c | | **3** | 3,273,228. |
| | **4** Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) STMT 1 | | **4** | -444,583. |
| | **5** Net farm profit (loss) (attach Schedule F (Form 1040)) | | **5** | |
| | **6** Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | **6** | -908,590. |
| | **7** Other income (loss) (attach statement) | | **7** | |
| | **8** **Total income (loss).** Combine lines 3 through 7 | | **8** | 1,920,055. |

| | | | | |
|---|---|---|---|---|
| **Deductions (see instructions for limitations)** | **9** Salaries and wages (other than to partners) (less employment credits) | | **9** | 1,236,416. |
| | **10** Guaranteed payments to partners | | **10** | |
| | **11** Repairs and maintenance | | **11** | 19,679. |
| | **12** Bad debts | | **12** | |
| | **13** Rent | | **13** | 543,648. |
| | **14** Taxes and licenses                       SEE STATEMENT 2 | | **14** | 183,933. |
| | **15** Interest (see instructions) | | **15** | 202,820. |
| | **16a** Depreciation (if required, attach Form 4562) | **16a** 115,875. | | |
| | **b** Less depreciation reported on Form 1125-A and elsewhere on return | **16b** | **16c** | 115,875. |
| | **17** Depletion (**Do not deduct oil and gas depletion.**) | | **17** | |
| | **18** Retirement plans, etc. | | **18** | |
| | **19** Employee benefit programs | | **19** | |
| | **20** Energy efficient commercial buildings deduction (attach Form 7205) | | **20** | |
| | **21** Other deductions (attach statement)                  SEE STATEMENT 3 | | **21** | 1,678,867. |
| | **22** **Total deductions.** Add the amounts shown in the far right column for lines 9 through 21 | | **22** | 3,981,238. |
| | **23** Ordinary business income (loss). Subtract line 22 from line 8 | | **23** | -2,061,183. |

| | | | | |
|---|---|---|---|---|
| **Tax and Payment** | **24** Interest due under the look-back method-completed long-term contracts (attach Form 8697) | | **24** | |
| | **25** Interest due under the look-back method-income forecast method (attach Form 8866) | | **25** | |
| | **26** BBA AAR imputed underpayment (see instructions) | | **26** | |
| | **27** Other taxes (see instructions) | | **27** | |
| | **28** **Total balance due.** Add lines 24 through 27 | | **28** | |
| | **29** Elective payment election amount from Form 3800 | | **29** | |
| | **30** Payment (see instructions) | | **30** | |
| | **31** **Amount owed.** If the sum of line 29 and line 30 is smaller than line 28, enter amount owed | | **31** | |
| | **32** **Overpayment.** If the sum of line 29 and line 30 is larger than line 28, enter overpayment | | **32** | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true,correct, and complete. Declaration of preparer (other than partner or limited liability company member) is based on all information of which preparer has any knowledge.

Signature of partner or limited liability company member _____    Date _____

May the IRS discuss this return with the preparer shown below? See instr.   ☒ Yes ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| JESSICA SHAW | JESSICA SHAW | 09/06/24 | | P01263287 |

Firm's name ▶ LITTLE MORRIS LLP                                Firm's EIN ▶ 84-1369227

Firm's address ▶ 950 WEST BANNOCK, SUITE 1050
BOISE, ID 83702                                              Phone no. (208) 344-2666

For Paperwork Reduction Act Notice, see separate instructions.                LHA   311001 12-18-23                Form **1065** (2023)

Form 1065 (2023)    SEAQUEST HOLDINGS LLC                                      2603    Page **2**

| Schedule B | Other Information |
|---|---|

| | | | | Yes | No |
|---|---|---|---|---|---|
| **1** | What type of entity is filing this return?  Check the applicable box: | | | | |
| **a** | ☐ Domestic general partnership | **b** | ☐ Domestic limited partnership | | |
| **c** | ☒ Domestic limited liability company | **d** | ☐ Domestic limited liability partnership | | |
| **e** | ☐ Foreign partnership | **f** | ☐ Other | | |

| | | Yes | No |
|---|---|---|---|
| **2** | At the end of the tax year: | | |
| **a** | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization, or any foreign government own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | | X |
| **b** | Did any individual or estate own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | X | |
| **3** | At the end of the tax year, did the partnership: | | |
| **a** | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below | X | |

| **(i)** Name of Corporation | **(ii)** Employer Identification Number (if any) | **(iii)** Country of Incorporation | **(iv)** Percentage Owned in Voting Stock |
|---|---|---|---|
| SEAQUEST MANAGEMENT INC | 81-3680800 | UNITED STATES | 100.00 |
| | | | |
| | | | |
| | | | |

| | | Yes | No |
|---|---|---|---|
| **b** | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | X | |

| **(i)** Name of Entity | **(ii)** Employer Identification Number (if any) | **(iii)** Type of Entity | **(iv)** Country of Organization | **(v)** Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| SEE STATEMENT 4 | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | | Yes | No |
|---|---|---|---|---|
| **4** | Does the partnership satisfy **all four** of the following conditions? | | | |
| **a** | The partnership's total receipts for the tax year were less than $250,000. | | | |
| **b** | The partnership's total assets at the end of the tax year were less than $ 1 million. | | | |
| **c** | Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | | |
| **d** | The partnership is not filing and is not required to file Schedule M-3 | | | X |
| | If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; item F on page 1 of Form 1065; or item L on Schedule K-1. | | | |
| **5** | Is this partnership a publicly traded partnership, as defined in section 469(k)(2)? | | | X |
| **6** | During the tax year, did the partnership have any debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | | X |
| **7** | Has this partnership filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? | | | X |
| **8** | At any time during calendar year 2023, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See instructions for exceptions and filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). If "Yes," enter the name of the foreign country | | | X |
| **9** | At any time during the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. See instructions | | | X |
| **10 a** | Is the partnership making, or had it previously made (and not revoked), a section 754 election? If "Yes," enter the effective date of the election | | | X |
| **b** | For this tax year, did the partnership make an optional basis adjustment under section 743(b)? If "Yes," enter the total aggregate net positive amount $ _____ and the total aggregate net negative amount  $ ( _____ ) of such section 743(b) adjustments for all partners made in the tax year. The partnership must also attach a statement showing the computation and allocation of each basis adjustment. See instructions | | | X |

311011  12-18-23                                                                     Form **1065** (2023)

Form 1065 (2023)       **SEAQUEST HOLDINGS LLC**                                                          2603      Page **3**

| **Schedule B** | **Other Information** *(continued)* | Yes | No |
|---|---|---|---|
| c | For this tax year, did the partnership make an optional basis adjustment under section 734(b)? If "Yes," enter the total aggregate net positive amount $ _____ and the total aggregate net negative amount $ ( _____ ) of such section 734(b) adjustments for all partnership property made in the tax year. The partnership must also attach a statement showing the computation and allocation of each basis adjustment. See instructions | | X |
| d | For this tax year, is the partnership required to adjust the basis of partnership property under section 743(b) or 734(b) because of a substantial built-in loss (as defined under section 743(d)) or substantial basis reduction (as defined under section 734(d))? If "Yes," enter the total aggregate amount of such section 743(b) adjustments and/or section 734(b) adjustments for all partners and/or partnership property made in the tax year $ _____ . The partnership must also attach a statement showing the computation and allocation of the basis adjustment. See instructions | | X |
| 11 | Check this box if, during the current or prior tax year, the partnership distributed any property received in a like-kind exchange or contributed such property to another entity (other than disregarded entities wholly owned by the partnership throughout the tax year) | | |
| 12 | At any time during the tax year, did the partnership distribute to any partner a tenancy-in-common or other undivided interest in partnership property? | | X |
| 13 | If the partnership is required to file Form 8858, Information Return of U.S. Persons With Respect to Foreign Disregarded Entities (FDEs) and Foreign Branches (FBs), enter the number of Forms 8858 attached. See instructions | | |
| 14 | Does the partnership have any foreign partners? If "Yes," enter the number of Forms 8805, Foreign Partner's Information Statement of Section 1446 Withholding Tax, filed for this partnership | | X |
| 15 | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return | | |
| 16 a | Did you make any payments in 2023 that would require you to file Form(s) 1099? See instructions | X | |
| b | If "Yes," did you or will you file required Form(s) 1099? | X | |
| 17 | Enter the number of Forms 5471, Information Return of U.S. Persons With Respect to Certain Foreign Corporations, attached to this return | | |
| 18 | Enter the number of partners that are foreign governments under section 892 | | |
| 19 | During the partnership's tax year, did the partnership make any payments that would require it to file Form 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474)? | | X |
| 20 | Was the partnership a specified domestic entity required to file Form 8938 for the tax year? See the Instructions for Form 8938 | | X |
| 21 | Is the partnership a section 721(c) partnership, as defined in Regulations section 1.721(c)-1(b)(14)? | | X |
| 22 | During the tax year, did the partnership pay or accrue any interest or royalty for which one or more partners are not allowed a deduction under section 267A? See instructions | | X |
| | If "Yes," enter the total amount of the disallowed deductions $ _____ | | |
| 23 | Did the partnership have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions | | X |
| 24 | Does the partnership satisfy one or more of the following? See instructions | | X |
| a | The partnership owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| b | The partnership's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $29 million and the partnership has business interest expense. | | |
| c | The partnership is a tax shelter (see instructions) and the partnership has business interest expense. If "Yes" to any, complete and attach Form 8990. | | |
| 25 | Is the partnership attaching Form 8996 to certify as a Qualified Opportunity Fund? | | X |
| | If "Yes," enter the amount from Form 8996, line 15 $ _____ | | |
| 26 | Enter the number of foreign partners subject to section 864(c)(8) as a result of transferring all or a portion of an interest in the partnership or of receiving a distribution from the partnership _____ Complete Schedule K-3 (Form 1065), Part XIII, for each foreign partner subject to section 864(c)(8) on a transfer or distribution. | | |
| 27 | At any time during the tax year, were there any transfers between the partnership and its partners subject to the disclosure requirements of Regulations section 1.707-8? | | X |
| 28 | Since December 22, 2017, did a foreign corporation directly or indirectly acquire substantially all of the properties constituting a trade or business of your partnership, and was the ownership percentage (by vote or value) for purposes of section 7874 greater than 50% (for example, the partners held more than 50% of the stock of the foreign corporation)? If "Yes," list the ownership percentage by vote and by value. See instructions. Percentage: _____ By vote _____ By value _____ | | X |
| 29 | Is the partnership required to file Form 7208 relating to the excise tax on repurchase of corporate stock (see instructions): | | |
| a | Under the applicable foreign corporation rules? | | X |

311021  12-18-23                                                                                                    Form **1065** (2023)

Form 1065 (2023)                                                                                                       Page **4**

| Schedule B | Other Information *(continued)* | Yes | No |
|---|---|---|---|
| **b** | Under the covered surrogate foreign corporation rules? ........................................................... | | X |
| | If "Yes" to either (a) or (b), complete Form 7208, Excise Tax on Repurchase of Corporate Stock. See the Instructions for Form 7208. | | |
| **30** | At any time during this tax year, did the partnership (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or financial interest in a digital asset)? See instructions ......................................................................................................................... | | X |
| **31** | Is the partnership electing out of the centralized partnership audit regime under section 6221(b)? See instructions | | X |
| | If "Yes," the partnership must complete Schedule B-2 (Form 1065). Enter the total from Schedule B-2, Part III, line 3 ...................................................................................................... | | |
| | If "No," complete Designation of Partnership Representative below. | | |

**Designation of Partnership Representative** (see instructions)

Enter below the information for the partnership representative (PR) for the tax year covered by this return.

Name of PR    VINCENZO COVINO

| U.S. address of PR | 5173 N BROOKMEADOW WAY <br> BOISE, ID  83713 | U.S. phone number of PR | (208) 371-1194 |
|---|---|---|---|

If the PR is an entity, name of the designated individual for the PR

| U.S. address of designated individual | | U.S. phone number of designated individual | |
|---|---|---|---|

Form **1065** (2023)

311041  12-18-23

Form **1125-A**

(Rev. November 2018)

Department of the Treasury
Internal Revenue Service

## Cost of Goods Sold

▶ Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.
▶ Go to www.irs.gov/Form1125A for the latest information.

OMB No. 1545-0123

| Name | Employer Identification number |
|------|------|
| SEAQUEST HOLDINGS LLC | 2603 |

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | 65,925. |
| 2 | Purchases | 2 | 156,440. |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule) | 5 | |
| 6 | **Total.** Add lines 1 through 5 | 6 | 222,365. |
| 7 | Inventory at end of year | 7 | 23,393. |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | 8 | 198,972. |

**9a** Check all methods used for valuing closing inventory:

(i) ☒ Cost

(ii) ☐ Lower of cost or market

(iii) ☐ Other (Specify method used and attach explanation) ▶ _____

**b** Check if there was a writedown of subnormal goods ........................................................ ▶ ☐

**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ........ ▶ ☐

**d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO ........ **9d** |

**e** If property is produced or acquired for resale, do the rules of Section 263A apply to the entity? See instructions ........ ☐ Yes ☒ No

**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? ........ ☐ Yes ☒ No
If "Yes," attach explanation.

For Paperwork Reduction Act Notice, see separate instructions.

Form **1125-A** (Rev. 11-2018)

324441
04-01-23    LHA

| SCHEDULE B-1 (Form 1065) (Rev. August 2019) Department of the Treasury Internal Revenue Service | **Information on Partners Owning 50% or More of the Partnership** ▶ **Attach to Form 1065.** ▶ **Go to www.irs.gov/Form1065 for the latest information.** | OMB No. 1545-0123 |
|---|---|---|

| Name of partnership | Employer identification number |
|---|---|
| SEAQUEST HOLDINGS LLC | 2603 |

| Part I | **Entities Owning 50% or More of the Partnership** (Form 1065, Schedule B, Question 2a (Question 3a for 2009 through 2017)) |
|---|---|

Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, tax-exempt organization, or any foreign government that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

| Part II | **Individuals or Estates Owning 50% or More of the Partnership** (Form 1065, Schedule B, Question 2b (Question 3b for 2009 through 2017)) |
|---|---|

Complete columns (i) through (iv) below for any individual or estate that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| VINCENZO COVINO | 9692 | UNITED STATES | 70.90 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

LHA **For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**  **Schedule B-1 (Form 1065) (Rev. 8-2019)**

324551  04-01-23

| Form **4562** | **Depreciation and Amortization**<br>(Including Information on Listed Property)  OTHER  1 | | OMB No. 1545-0172 |
|---|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | **Attach to your tax return.**<br>**Go to www.irs.gov/Form4562 for instructions and the latest information.** | | **2023**<br>Attachment<br>Sequence No. **179** |

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| SEAQUEST HOLDINGS LLC | | 2603 |

**Part I**  Election To Expense Certain Property Under Section 179 **Note:** If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| 1 | Maximum amount (see instructions) | **1** | 1,160,000. |
| 2 | Total cost of section 179 property placed in service (see instructions) | **2** | |
| 3 | Threshold cost of section 179 property before reduction in limitation | **3** | 2,890,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | **4** | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | **5** | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 .......... **7** | | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | **8** | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | **9** | |
| 10 | Carryover of disallowed deduction from line 13 of your 2022 Form 4562 | **10** | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 | **11** | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | **12** | |
| 13 | Carryover of disallowed deduction to 2024. Add lines 9 and 10, less line 12 ....... **13** | | |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

**Part II**    Special Depreciation Allowance and Other Depreciation (Don't include listed property.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during<br>the tax year | **14** | |
| 15 | Property subject to section 168(f)(1) election | **15** | |
| 16 | Other depreciation (including ACRS) | **16** | |

**Part III**    MACRS Depreciation (Don't include listed property. See instructions.)

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2023 .......... | **17** | 111,115. |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ........ ☐ | | |

**Section B - Assets Placed in Service During 2023 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and<br>year placed<br>in service | (c) Basis for depreciation<br>(business/investment use<br>only - see instructions) | (d) Recovery<br>period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| **19a** 3-year property | | | | | | |
| **b** 5-year property | | 18,125. | 5YR | HY | 200DB | 3,625. |
| **c** 7-year property | | 6,317. | 7YR | HY | 200DB | 902. |
| **d** 10-year property | | | | | | |
| **e** 15-year property | | 6,986. | 15YR | HY | S/L | 233. |
| **f** 20-year property | | | | | | |
| **g** 25-year property | | | 25 yrs. | | S/L | |
| **h** Residential rental property | / | | 27.5 yrs. | MM | S/L | |
| | / | | 27.5 yrs. | MM | S/L | |
| **i** Nonresidential real property | / | | 39 yrs. | MM | S/L | |
| | / | | | MM | S/L | |

**Section C - Assets Placed in Service During 2023 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| **20a** Class life | | | | | S/L | |
| **b** 12-year | | | 12 yrs. | | S/L | |
| **c** 30-year | / | | 30 yrs. | MM | S/L | |
| **d** 40-year | / | | 40 yrs. | MM | S/L | |

**Part IV**    Summary (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | **21** | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21.<br>Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instr. ....... | **22** | 115,875. |
| 23 | For assets shown above and placed in service during the current year, enter the<br>portion of the basis attributable to section 263A costs .......... **23** | | |

316251  12-20-23   LHA  **For Paperwork Reduction Act Notice, see separate instructions.**                   Form **4562** (2023)

Form 4562 (2023)  **SEAQUEST HOLDINGS LLC**  2603  Page **2**

| **Part V** | **Listed Property** (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.) |
|---|---|

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A - Depreciation and Other Information (Caution:** See the instructions for limits for passenger automobiles.**)**

24a  Do you have evidence to support the business/investment use claimed?  [ ] Yes  [ ] No  24b If "Yes," is the evidence written?  [ ] Yes  [ ] No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use | | | | | **25** | | | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| | : : | % | | | | | | |
| | : : | % | | | | | | |
| | : : | % | | | | | | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | : : | % | | | S/L - | | | |
| | : : | % | | | S/L - | | | |
| | : : | % | | | S/L - | | | |
| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 | | | | | **28** | | | |
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 | | | | | | | **29** | |

**Section B - Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (**don't** include commuting miles) | | | | | | | | | | | | |
| 31 Total commuting miles driven during the year | | | | | | | | | | | | |
| 32 Total other personal (noncommuting) miles driven | | | | | | | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 | | | | | | | | | | | | |
| 34 Was the vehicle available for personal use during off-duty hours? | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 35 Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| 36 Is another vehicle available for personal use? | | | | | | | | | | | | |

**Section C - Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons.

| | Yes | No |
|---|---|---|
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners | | |
| 39 Do you treat all use of vehicles by employees as personal use? | | |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? | | |

**Note:** If your answer to 37, 38, 39, 40, or 41 is "Yes," don't complete Section B for the covered vehicles.

| **Part VI** | **Amortization** |
|---|---|

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2023 tax year: | | | | | |
| | : : | | | | |
| | : : | | | | |
| 43 Amortization of costs that began before your 2023 tax year | | | **43** | | 13,963. |
| 44 **Total.** Add amounts in column (f). See the instructions for where to report | | | **44** | | 13,963. |

316252  12-20-23  Form **4562** (2023)

| Form **4797** | **Sales of Business Property** | OMB No. 1545-0184 |
|---|---|---|
| | (Also Involuntary Conversions and Recapture Amounts Under Sections 179 and 280F(b)(2)) | **2023** |
| Department of the Treasury Internal Revenue Service | Attach to your tax return. Go to www.irs.gov/Form4797 for instructions and the latest information. | Attachment Sequence No. **27** |

| Name(s) shown on return | Identifying number |
|---|---|
| SEAQUEST HOLDINGS LLC | 2603 |

**1a** Enter the gross proceeds from sales or exchanges reported to you for 2023 on Form(s) 1099-B or 1099-S (or substitute statement) that you are including on line 2, 10, or 20 — **1a**

**b** Enter the total amount of gain that you are including on lines 2, 10, and 24 due to the partial dispositions of MACRS assets — **1b**

**c** Enter the total amount of loss that you are including on lines 2 and 10 due to the partial dispositions of MACRS assets — **1c**

### Part I   Sales or Exchanges of Property Used in a Trade or Business and Involuntary Conversions From Other Than Casualty or Theft - Most Property Held More Than 1 Year (see instructions)

| **2** (a) Description of property | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) | (d) Gross sales price | (e) Depreciation allowed or allowable since acquisition | (f) Cost or other basis, plus improvements and expense of sale | (g) Gain or (loss) Subtract (f) from the sum of (d) and (e) |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**3** Gain, if any, from Form 4684, line 39 — **3**

**4** Section 1231 gain from installment sales from Form 6252, line 26 or 37 — **4**

**5** Section 1231 gain or (loss) from like-kind exchanges from Form 8824 — **5**

**6** Gain, if any, from line 32, from other than casualty or theft — **6**

**7** Combine lines 2 through 6. Enter the gain or (loss) here and on the appropriate line as follows — **7**

**Partnerships and S corporations.** Report the gain or (loss) following the instructions for Form 1065, Schedule K, line 10, or Form 1120-S, Schedule K, line 9. Skip lines 8, 9, 11, and 12 below.

**Individuals, partners, S corporation shareholders, and all others.** If line 7 is zero or a loss, enter the amount from line 7 on line 11 below and skip lines 8 and 9. If line 7 is a gain and you didn't have any prior year section 1231 losses, or they were recaptured in an earlier year, enter the gain from line 7 as a long-term capital gain on the Schedule D filed with your return and skip lines 8, 9, 11, and 12 below.

**8** Nonrecaptured net section 1231 losses from prior years. See instructions — **8**

**9** Subtract line 8 from line 7. If zero or less, enter -0-. If line 9 is zero, enter the gain from line 7 on line 12 below. If line 9 is more than zero, enter the amount from line 8 on line 12 below and enter the gain from line 9 as a long-term capital gain on the Schedule D filed with your return. See instructions — **9**

### Part II   Ordinary Gains and Losses (see instructions)

**10** Ordinary gains and losses not included on lines 11 through 16 (include property held 1 year or less):

| | | | | | | |
|---|---|---|---|---|---|---|
| DISPOSAL OF OBSOLETE ASSETS AT STONECREST | | | | | | |
| | VARIES | 063023 | | 280,414. | 1,189,004. | -908,590. |
| | | | | | | |

**11** Loss, if any, from line 7 — **11** ( )

**12** Gain, if any, from line 7 or amount from line 8, if applicable — **12**

**13** Gain, if any, from line 31 — **13**

**14** Net gain or (loss) from Form 4684, lines 31 and 38a — **14**

**15** Ordinary gain from installment sales from Form 6252, line 25 or 36 — **15**

**16** Ordinary gain or (loss) from like-kind exchanges from Form 8824 — **16**

**17** Combine lines 10 through 16 — **17** -908,590.

**18** For all except individual returns, enter the amount from line 17 on the appropriate line of your return and skip lines a and b below. For individual returns, complete lines a and b below.

**a** If the loss on line 11 includes a loss from Form 4684, line 35, column (b)(ii), enter that part of the loss here. Enter the loss from income-producing property on Schedule A (Form 1040), line 16. (Do not include any loss on property used as an employee.) Identify as from "Form 4797, line 18a." See instructions — **18a**

**b** Redetermine the gain or (loss) on line 17 excluding the loss, if any, on line 18a. Enter here and on Schedule 1 (Form 1040), Part I, line 4 — **18b**

LHA   **For Paperwork Reduction Act Notice, see separate instructions.**    Form **4797** (2023)
318001
12-27-23

| Part III | Gain From Disposition of Property Under Sections 1245, 1250, 1252, 1254, and 1255 (see instructions) |
|---|---|

| 19 (a) Description of section 1245, 1250, 1252, 1254, or 1255 property: | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) |
|---|---|---|
| A | | |
| B | | |
| C | | |
| D | | |

| These columns relate to the properties on lines 19A through 19D. | | Property A | Property B | Property C | Property D |
|---|---|---|---|---|---|
| 20 | Gross sales price (**Note:** See line 1a before completing.) | 20 | | | | |
| 21 | Cost or other basis plus expense of sale | 21 | | | | |
| 22 | Depreciation (or depletion) allowed or allowable | 22 | | | | |
| 23 | Adjusted basis. Subtract line 22 from line 21 | 23 | | | | |
| 24 | Total gain. Subtract line 23 from line 20 | 24 | | | | |
| 25 | **If section 1245 property:** | | | | | |
| a | Depreciation allowed or allowable from line 22 | 25a | | | | |
| b | Enter the **smaller** of line 24 or 25a | 25b | | | | |
| 26 | **If section 1250 property:** If straight line depreciation was used, enter -0- on line 26g, except for a corporation subject to section 291. | | | | | |
| a | Additional depreciation after 1975 | 26a | | | | |
| b | Applicable percentage multiplied by the **smaller** of line 24 or line 26a | 26b | | | | |
| c | Subtract line 26a from line 24. If residential rental property **or** line 24 isn't more than line 26a, skip lines 26d and 26e | 26c | | | | |
| d | Additional depreciation after 1969 and before 1976 | 26d | | | | |
| e | Enter the **smaller** of line 26c or 26d | 26e | | | | |
| f | Section 291 amount (corporations only) | 26f | | | | |
| g | Add lines 26b, 26e, and 26f | 26g | | | | |
| 27 | **If section 1252 property:** Skip this section if you didn't dispose of farmland or if this form is being completed for a partnership. | | | | | |
| a | Soil, water, and land clearing expenses | 27a | | | | |
| b | Line 27a multiplied by applicable percentage | 27b | | | | |
| c | Enter the **smaller** of line 24 or 27b | 27c | | | | |
| 28 | **If section 1254 property:** | | | | | |
| a | Intangible drilling and development costs, expenditures for development of mines and other natural deposits, mining exploration costs, and depletion | 28a | | | | |
| b | Enter the **smaller** of line 24 or 28a | 28b | | | | |
| 29 | **If section 1255 property:** | | | | | |
| a | Applicable percentage of payments excluded from income under section 126 | 29a | | | | |
| b | Enter the **smaller** of line 24 or 29a | 29b | | | | |

**Summary of Part III Gains.** Complete property columns A through D through line 29b before going to line 30.

| 30 | Total gains for all properties. Add property columns A through D, line 24 | 30 | |
|---|---|---|---|
| 31 | Add property columns A through D, lines 25b, 26g, 27c, 28b, and 29b. Enter here and on line 13 | 31 | |
| 32 | Subtract line 31 from line 30. Enter the portion from casualty or theft on Form 4684, line 33. Enter the portion from other than casualty or theft on Form 4797, line 6 | 32 | |

| Part IV | Recapture Amounts Under Sections 179 and 280F(b)(2) When Business Use Drops to 50% or Less (see instructions) |
|---|---|

| | | | (a) Section 179 | (b) Section 280F(b)(2) |
|---|---|---|---|---|
| 33 | Section 179 expense deduction or depreciation allowable in prior years | 33 | | |
| 34 | Recomputed depreciation. See instructions | 34 | | |
| 35 | Recapture amount. Subtract line 34 from line 33. See the instructions for where to report | 35 | | |

**Worksheet for Adjusted Current Earnings Adjustments**

| Name of partnership | | Employer identification number |
|---|---|---|
| SEAQUEST HOLDINGS LLC | | 2603 |

| | | |
|---|---|---|
| **1.** Additions to AMTI: | | |
|   **a.** Depreciation recomputed for AMT purposes | 116,894. | |
|   **b.** Tax-exempt interest income | | |
|   **c.** Amortization of IRC 173 | | |
|   **d.** Depletion for post-1989 properties | | |
|   **e.** Intangible drilling costs deducted from AMTI | | |
|   **f.** Total additions to AMTI | | 116,894. |
| **2.** Deductions: | | |
|   **a.** Depreciation recomputed for ACE purposes | 116,894. | |
|   **b.** Depletion recomputed for ACE purposes | | |
|   **c.** ACE intangible drilling costs | | |
|   **d.** Total deductions | | 116,894. |
| **3.** Other adjustments: | | |
|   **a.** Basis adjustments from sales or exchanges | | |
|   **b.** Other adjustments | | |
|   **c.** Total other adjustments | | |
| **4.** Total adjustments to AMTI for ACE calculation. Combine lines 1f, 2d and 3c | | 0. |

312181  04-01-23

```
FORM 1065          INCOME (LOSS) FROM OTHER PARTNERSHIPS, ETC.     STATEMENT   1
```

| NAME AND ADDRESS | EMPLOYER ID | AMOUNT |
|---|---|---|
| SEAQUEST FOLSOM, LLC<br>3363 E. PRESIDENTIAL DR. STE. 104<br>MERIDIAN, ID 83642 | 82-3010313 | 266,729. |
| SEAQUEST FORT LAUDERDALE, LLC<br>3363 E. PRESIDENTIAL DR. STE. 104<br>MERIDIAN, ID 83642 | 82-4402089 | 1,131. |
| SEAQUEST INTERACTIVE AQUARIUM - LAS VEGAS<br>3363 E PRESIDENTIAL DR STE 104<br>MERIDIAN, ID 83642 | 81-0866902 | 44,087. |
| SEAQUEST INTERACTIVE AQUARIUM LAS VEGAS<br>3363 E. PRESIDENTIAL DR. STE. 104<br>MERIDIAN, ID 83642 | 81-0866902 | -86,960. |
| SEAQUEST INTERACTIVE AQUARIUM UTAH LLC<br>3363 E. PRESIDENTIAL DR. STE. 104<br>MERIDIAN, ID 83642 | 75-2992492 | 302,959. |
| SEAQUEST LITTLETON, LLC<br>3363 E. PRESIDENTIAL DR. STE. 104<br>MERIDIAN, ID 83642 | 82-3024224 | -353,150. |
| SEAQUEST ROSEVILLE -AT RISK<br>3363 E. PRESIDENTIAL DR. STE. 104<br>MERIDIAN, ID 83642 | 82-5093168 | -83,102. |
| SEAQUEST ROSEVILLE, LLC<br>3363 E. PRESIDENTIAL DR. STE. 104<br>MERIDIAN, ID 83642 | 82-5093168 | -314,461. |
| SEAQUEST TRUMBULL, LLC<br>3363 E. PRESIDENTIAL DR. STE. 104<br>MERIDIAN, ID 83642 | 82-5273092 | -257,110. |
| SEAQUEST WOODBRIDGE, LLC<br>3363 E. PRESIDENTIAL DR. STE. 104<br>MERIDIAN, ID 83642 | 82-5346899 | 35,294. |
| TOTAL TO FORM 1065, LINE 4 | | -444,583. |

```
FORM 1065                       TAX EXPENSE                        STATEMENT   2
```

| DESCRIPTION | AMOUNT |
|---|---|
| CALIFORNIA TAXES - OTHER | 800. |
| FRANCHISE TAX | 17,788. |
| MINNESOTA TAXES - BASED ON INCOME | 172. |
| PAYROLL TAXES | 126,425. |
| PROPERTY TAXES | 39,246. |
| SALES & USE TAX | -498. |
| TOTAL TO FORM 1065, LINE 14 | 183,933. |

```
FORM 1065                        OTHER DEDUCTIONS                    STATEMENT    3
```

| DESCRIPTION | AMOUNT |
|---|---|
| ADVERTISING | 269,645. |
| AMORTIZATION EXPENSE | 13,963. |
| ANIMAL ACQUISITIONS | 47,044. |
| BANK & MERCHANT FEES | 90,082. |
| DUES & SUBSCRIPTIONS | 53,814. |
| FREIGHT & DELIVERY | 4,016. |
| INSURANCE | 141,457. |
| LEGAL & PROFESSIONAL FEES | 47,075. |
| MANAGEMENT FEES | 413,833. |
| MEALS | 3,736. |
| OFFICE EXPENSE | 105,679. |
| SMALL EQUIPMENT & FURNITURE | 20,052. |
| SUPPLIES | 166,831. |
| TRAVEL | 38,649. |
| UTILITIES | 212,746. |
| VETERINARY SERVICES | 50,245. |
| TOTAL TO FORM 1065, LINE 21 | 1,678,867. |

```
                  THE ENTITY OWNS 20% OR MORE DIRECTLY OR        STATEMENT    4
              50% OR MORE OVERALL OF PARTNERSHIPS OR TRUSTS
```

| NAME OF ENTITY | EIN NUMBER | | |
|---|---|---|---|
| | COUNTRY OF ORGANIZATION | | PCT OWNED |
| SEAQUEST FOLSOM LLC | 0313 | | |
| | UNITED STATES | | 50.00 |
| SEAQUEST FORT LAUDERDALE LLC | 2089 | | |
| | UNITED STATES | | 50.00 |
| SEAQUEST INTERACTIVE AQUARIUM FORT WORTH | 4982 | | |
| | UNITED STATES | | 100.00 |
| SEAQUEST INTERACTIVE AQUARIUM LAS VEGAS | 6902 | | |
| | UNITED STATES | | 60.00 |
| SEAQUEST INTERACTIVE AQUARIUM UTAH | 2492 | | |
| | UNITED STATES | | 90.00 |
| SEAQUEST LITTLETON LLC | 4224 | | |
| | UNITED STATES | | 50.00 |
| SEAQUEST MASSAPEQUA LLC | 1404 | | |
| | UNITED STATES | | 50.00 |
| SEAQUEST ROSEVILLE LLC | 3168 | | |
| | UNITED STATES | | 50.00 |
| SEAQUEST STONECREST, LLC | 8525 | | |
| | UNITED STATES | | 100.00 |
| SEAQUEST TRUMBULL LLC | 3092 | | |
| | UNITED STATES | | 50.00 |

SEAQUEST HOLDINGS LLC                                                          2603

SEAQUEST WOODBRIDGE LLC                              6899
                                              UNITED STATES                    50.00

| SCHEDULE K | INTEREST INCOME | | STATEMENT 5 |
| --- | --- | --- | --- |
| DESCRIPTION | U.S. BONDS | OTHER | |
| INTEREST - SEAQUEST FOLSOM, LLC | | 35,539. | |
| INTEREST - SEAQUEST INTERACTIVE AQUARIUM LAS VEGAS | | 878. | |
| INTEREST - SEAQUEST INTERACTIVE AQUARIUM UTAH LLC | | 108,314. | |
| INTEREST - SEAQUEST ROSEVILLE, LLC | | 267. | |
| INTEREST - SEAQUEST WOODBRIDGE, LLC | | 7,114. | |
| TOTAL TO SCHEDULE K, LINE 5 | | 152,112. | |

| SCHEDULE K | NONDEDUCTIBLE EXPENSE | STATEMENT 6 |
| --- | --- | --- |
| DESCRIPTION | | AMOUNT |
| EXCLUDED MEALS AND ENTERTAINMENT EXPENSES | | 3,736. |
| NONDEDUCTIBLE EXPENSE FROM PASSTHROUGH | | 7,455. |
| TOTAL TO SCHEDULE K, LINE 18C | | 11,191. |

| SCHEDULE K | OTHER ITEMS | STATEMENT 7 |
| --- | --- | --- |
| DESCRIPTION | | AMOUNT |
| NET INVESTMENT INCOME | | 152,112. |
| AGGREGATE BUSINESS ACTIVITY GROSS INCOME OR GAIN | | 1,920,055. |
| AGGREGATE BUSINESS ACTIVITY DEDUCTIONS | | 3,981,238. |
| SECTION 199A - ORDINARY INCOME (LOSS) | | -2,022,168. |
| SECTION 199A W-2 WAGES | | 5,418,823. |
| SECTION 199A UNADJUSTED BASIS OF ASSETS | | 8,465,666. |
| PASSTHROUGH BUSINESS INTEREST EXPENSE | | 81,063. |
| BUSINESS INTEREST EXPENSE | | 202,820. |

SEAQUEST HOLDINGS LLC                                                                    2603

═══════════════════════════════════════════════════════════════════════════════════════

SCHEDULE L                     OTHER CURRENT ASSETS                    STATEMENT      8

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| PREPAID EXPENSES | 83,249. | 37,922. |
| TOTAL TO SCHEDULE L, LINE 6 | 83,249. | 37,922. |

═══════════════════════════════════════════════════════════════════════════════════════

SCHEDULE L                     OTHER INVESTMENTS                      STATEMENT      9

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| INVESTMENT IN SEAQUEST FOLSOM | 156,161. | 409,240. |
| INVESTMENT IN SEAQUEST FT LAUDERDALE | 277,117. | 278,247. |
| INVESTMENT IN SEAQUEST LAS VEGAS | 525,887. | 360,520. |
| INVESTMENT IN SEAQUEST LITTLETON | -269,741. | -622,170. |
| INVESTMENT IN SEAQUEST ROSEVILLE | -366,900. | -711,751. |
| INVESTMENT IN SEAQUEST TRUMBULL | 334,648. | -1,040,877. |
| INVESTMENT IN SEAQUEST UTAH | 2,459,434. | 2,835,468. |
| INVESTMENT IN SEAQUEST WOODBRIDGE | 333,852. | 373,430. |
| TOTAL TO SCHEDULE L, LINE 8 | 3,450,458. | 1,882,107. |

═══════════════════════════════════════════════════════════════════════════════════════

SCHEDULE L                        OTHER ASSETS                        STATEMENT     10

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| SECURITY DEPOSITS | 98,161. | 0. |
| TOTAL TO SCHEDULE L, LINE 13 | 98,161. | 0. |

```
===============================================================================
SCHEDULE L                    OTHER CURRENT LIABILITIES                STATEMENT  11
===============================================================================
```

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| ACCRUED PAYROLL | 34,620. | 27,454. |
| DEFERRED RENT | 176,499. | 154,605. |
| OTHER ACCRUED EXPENSES | 27,957. | 59,332. |
| SALES TAX PAYABLE | 8,884. | 15,334. |
| UNEARNED REVENUE | 74,143. | 74,217. |
| TOTAL TO SCHEDULE L, LINE 17 | 322,103. | 330,942. |

```
===============================================================================
SCHEDULE L                       OTHER LIABILITIES                     STATEMENT  12
===============================================================================
```

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| DUE TO RELATED PARTIES | 2,554,576. | 3,071,171. |
| TOTAL TO SCHEDULE L, LINE 20 | 2,554,576. | 3,071,171. |

```
===============================================================================
SCHEDULE M-1          INCOME NOT RECORDED ON BOOKS THIS YEAR           STATEMENT  13
===============================================================================
```

| DESCRIPTION | AMOUNT |
|---|---|
| BASIS LIMITATION - LAS VEGAS | 44,087. |
| PASSTHROUGH BOOK/TAX - FOLSOM | 48,010. |
| PASSTHROUGH BOOK/TAX - LAS VEGAS | 78,665. |
| PASSTHROUGH BOOK/TAX - LITTLETON | -1,690. |
| PASSTHROUGH BOOK/TAX - ROSEVILLE | 29,242. |
| PASSTHROUGH BOOK/TAX - TRUMBULL | 1,117,277. |
| PASSTHROUGH BOOK/TAX - UTAH | 33,105. |
| PASSTHROUGH BOOK/TAX - WOODBRIDGE | 2,829. |
| TOTAL TO SCHEDULE M-1, LINE 2 | 1,351,525. |

SCHEDULE M-1   EXPENSES RECORDED ON BOOKS NOT DEDUCTED IN RETURN   STATEMENT   14

| DESCRIPTION | AMOUNT |
|---|---|
| DEPRECIATION | 113,652. |
| NONDEDUCTIBLE EXPENSES FROM PASSTHROUGH | 7,455. |
| STONECREST - UTILITIES | 11,571. |
| STONECREST -RENTS | 52,621. |
| TOTAL TO SCHEDULE M-1, LINE 4 | 185,299. |

SCHEDULE M-1    INCOME RECORDED ON BOOKS NOT INCLUDED ON RETURN   STATEMENT   15

| DESCRIPTION | AMOUNT |
|---|---|
| GAIN (LOSS) ON DISPOSITION OF ASSETS | -44,694. |
| TOTAL TO SCHEDULE M-1, LINE 6 | -44,694. |

SCHEDULE M-1    DEDUCTIONS ON RETURN NOT CHARGED AGAINST BOOKS   STATEMENT   16

| DESCRIPTION | AMOUNT |
|---|---|
| SUSPENDED LOSS - PY ROSEVILLE | 83,102. |
| AMORTIZATION | 13,963. |
| TOTAL TO SCHEDULE M-1, LINE 7 | 97,065. |

SCHEDULE M-2                     OTHER INCREASES                STATEMENT   17

| DESCRIPTION | AMOUNT |
|---|---|
| TRANSFERRED CAPITAL | 35,002. |
| TOTAL TO SCHEDULE M-2, LINE 4 | 35,002. |

SEAQUEST HOLDINGS LLC                                                      2603

```
SCHEDULE M-2                OTHER DECREASES              STATEMENT   18
```

| DESCRIPTION | AMOUNT |
|---|---|
| TRANSFERRED CAPITAL | 35,002. |
| NONDEDUCTIBLE EXPENSES | 11,191. |
| TOTAL TO SCHEDULE M-2, LINE 7 | 46,193. |

**SeaQuest Holdings, LLC**
**001. SeaQuest Holdings, LLC (Consolidated)**
**SeaQuest Balance Sheet - Consolidated**
**End of Dec 2023**

## Options: Activity Only

| | Financial Ruest Holdings, LLC | Quest Management 3. | SeaQuest Layton | seaQuest Las Vegas | seaQuest Fort Worth | SeaQuest Folsom | SeaQuest Roseville | iQuest Woodbridge | st Massepequa | st Fort Lauderdale | SeaQuest Trumbull | seaQuest Stonecrest | Subsidiary | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Amount | Amount | Amount | Amount | Amount | Amount | Amount | Amount | Amount | Amount | Amount | Amount | Amount | Amount |
| **ASSETS** | | | | | | | | | | | | | | |
| **Current Assets** | | | | | | | | | | | | | | |
| **Bank** | | | | | | | | | | | | | | |
| 1002 | $0.00 | $0.00 | $1,950.25 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,950.25 |
| 1002 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,250.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,250.00 |
| 1002 | $0.00 | $0.00 | $0.00 | $2,250.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,250.00 |
| 1002 | $0.00 | $0.00 | $0.00 | $0.00 | $2,250.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,250.00 |
| 1002 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,000.00 |
| 1002 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,100.00 |
| 1006 | $335,534.39 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $335,534.39 |
| 1006 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $77,168.27 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $77,168.27 |
| 1006 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $118,657.52 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $118,657.52 |
| 1006 | $0.00 | ($25,271.89) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($25,271.89) |
| 1006 | $0.00 | $0.00 | $87,681.25 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $87,681.25 |
| 1006 | $0.00 | $0.00 | $0.00 | $73,889.13 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $73,889.13 |
| 1006 | $0.00 | $0.00 | $0.00 | $0.00 | $67,787.19 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $67,787.19 |
| 1006 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($7,061.91) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($7,061.91) |
| 1006 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $115,945.19 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $115,945.19 |
| 1006 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,471.48 | $0.00 | $0.00 | $0.00 | $1,471.48 |
| 1007 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,561.74 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,561.74 |
| Total E | $335,534.39 | ($25,271.89) | $89,631.50 | $76,139.13 | $70,037.19 | $109,883.28 | $82,830.01 | $120,907.52 | $0.00 | $1,471.48 | $0.00 | $0.00 | $0.00 | $861,162.61 |
| **Accounts Receivable** | | | | | | | | | | | | | | |
| **1200 - Accounts Receivable** | | | | | | | | | | | | | | |
| 120 | $0.00 | $0.00 | $0.00 | $2,697.97 | $0.00 | $0.00 | ($4,072.77) | ($4,571.46) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($5,946.26) |
| 120 | $0.00 | $0.00 | $1,303.02 | $692.24 | $639.69 | $2,886.48 | $2,439.79 | $2,483.21 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10,444.43 |
| 120 | $0.00 | $0.00 | $2,783.73 | $11,559.13 | $5,553.05 | $5,518.45 | $11,581.24 | $10,232.07 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $47,227.67 |
| 120 | $0.00 | $0.00 | $333.34 | $3,158.61 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,491.95 |
| 120 | $80,372.64 | $11,389.35 | $12,439.87 | ($5,316.56) | $3,966.84 | $5,155.19 | $4,729.64 | $2,621.71 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $115,358.68 |
| 121 | $0.00 | $36,339.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $36,339.05 |
| 121 | $0.00 | $491,212.84 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $491,212.84 |
| 121 | $702,386.45 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $702,386.45 |
| 121 | $0.00 | $14,401.02 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $14,401.02 |
| Total A | $782,759.09 | $553,342.26 | $16,859.96 | $12,791.39 | $10,159.58 | $13,560.12 | $14,677.90 | $10,765.53 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,414,915.83 |
| Total 4 | $782,759.09 | $553,342.26 | $16,859.96 | $12,791.39 | $10,159.58 | $13,560.12 | $14,677.90 | $10,765.53 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,414,915.83 |
| **Other Current Asset** | | | | | | | | | | | | | | |
| 1400 | $0.00 | $1,741.36 | $23,596.79 | $25,124.56 | $23,393.37 | $40,930.62 | $32,022.91 | $28,068.61 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $174,878.22 |
| 1500 | $0.00 | $0.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $12,000.00 |
| **1700 - Prepaid Expenses** | | | | | | | | | | | | | | |
| 170 | $0.00 | $403,498.31 | $14,877.41 | $24,008.51 | $25,415.91 | $10,822.02 | $16,417.87 | $20,038.70 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $515,078.73 |
| 170 | $0.00 | $93,595.45 | $6,547.47 | $11,047.35 | $10,505.66 | $14,693.08 | $11,562.49 | $16,505.13 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $164,456.63 |
| Total | $497,093.76 | $21,424.88 | $35,055.86 | $35,921.87 | $25,515.10 | $27,980.36 | $36,543.83 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $679,535.36 |
| 1730 | $0.00 | $2,064,605.66 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,064,605.66 |
| Total C | $0.00 | $2,563,440.78 | $47,021.67 | $62,180.42 | $61,314.94 | $66,012.27 | $66,612.44 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,931,019.24 |
| Total Cu | $1,118,293.48 | $3,091,511.15 | $153,513.13 | $151,110.94 | $141,511.71 | $191,889.12 | $159,511.18 | $198,285.49 | $0.00 | $1,471.48 | $0.00 | $0.00 | $0.00 | $5,207,097.68 |
| **Fixed Assets** | | | | | | | | | | | | | | |
| **1900 - Fixed Assets** | | | | | | | | | | | | | | |
| 1901 | $0.00 | $0.00 | $8,951.38 | $0.00 | $0.00 | $0.00 | $0.00 | $10,468.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $19,419.38 |
| 1902 | $0.00 | $6,500.00 | $68,380.94 | $73,403.58 | $86,433.48 | $73,668.79 | $87,784.73 | $92,514.95 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $488,686.47 |
| 1903 | $0.00 | $0.00 | $32,023,292.32 | $3,456,711.94 | $1,574,127.73 | $3,665,978.94 | $4,427,093.17 | $4,177,462.78 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $19,323,666.88 |
| 1903 | $0.00 | $0.00 | $28,852.25 | $0.00 | $0.00 | $0.00 | $974,618.00 | $480,929.77 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,484,400.02 |
| 1904 | $0.00 | $12,050.00 | $0.00 | $27,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $39,550.00 |
| 1905 | $0.00 | $16,130.00 | $0.00 | $11,000.00 | $0.00 | $0.00 | $1,807.68 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $28,937.68 |
| 1906 | $0.00 | $0.00 | $36,125.23 | $47,320.36 | $23,867.40 | $25,561.87 | $27,512.84 | $14,253.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $174,440.70 |
| 1908 | $0.00 | $0.00 | $12,400.00 | $15,400.00 | $22,900.00 | $19,557.20 | $20,575.00 | $33,420.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $124,182.00 |
| 1930 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $75,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $75,000.00 |
| 1997 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($2,800,000.00) | ($333,333.32) | ($33,500,000.00) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($33,333.32) |
| 1998 | $0.00 | ($6,923.33) | ($1,170,557.24) | ($1,970,679.23) | ($1,022,710.58) | ($645,397.86) | ($1,094,559.23) | ($553,109.96) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($6,463,937.23) |
| 1999 | $0.00 | ($6,025.00) | $0.00 | ($21,770.91) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($27,795.91) |
| Total - | $0.00 | $21,731.67 | $1,007,444.88 | $1,637,885.74 | $684,318.03 | $339,386.94 | $1,186,498.87 | $755,938.54 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5,633,216.67 |
| Total Fix | $0.00 | $21,731.67 | $1,007,444.88 | $1,637,885.74 | $684,318.03 | $339,386.94 | $1,186,498.87 | $755,938.54 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5,633,216.67 |
| **1800 - Other Assets** | | | | | | | | | | | | | | |
| 1801 | $0.00 | $6,448.00 | $0.00 | $2,055.00 | $0.00 | $43,165.20 | $50,000.00 | $5,822.86 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $107,491.06 |
| 1802 | $0.00 | ($500.76) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($500.76) |
| 1862 | $2,835,467.49 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,835,467.49 |
| 1863 | $360,520.20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $360,520.20 |
| 1864 | ($1,570,910.97) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($1,570,910.97) |
| 1865 | ($622,170.24) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($622,170.24) |
| 1866 | $409,240.42 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $409,240.42 |
| 1867 | $278,246.77 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $278,246.77 |
| 1870 | ($711,751.02) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($711,751.02) |
| 1870 | ($1,040,876.84) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($1,040,876.84) |
| 1873 | $373,430.35 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $373,430.35 |
| 1873 | ($2,281,998.97) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($2,281,998.97) |
| Total - | ($1,970,802.81) | $5,947.24 | $0.00 | $2,055.00 | $0.00 | $43,165.20 | $50,000.00 | $5,822.86 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($1,863,812.51) |
| Total Oth | ($1,970,802.81) | $5,947.24 | $0.00 | $2,055.00 | $0.00 | $43,165.20 | $50,000.00 | $5,822.86 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($1,863,812.51) |
| Total ASSI | ($852,509.33) | $3,119,190.06 | $1,160,958.01 | $1,791,051.68 | $825,829.74 | $574,453.26 | $1,396,010.05 | $960,046.89 | $0.00 | $1,471.48 | $0.00 | $0.00 | $0.00 | $8,976,501.84 |
| **Liabilities & Equity** | | | | | | | | | | | | | | |
| **Current Liabilities** | | | | | | | | | | | | | | |
| **Accounts Payable** | | | | | | | | | | | | | | |
| **2000 - Accounts Payable** | | | | | | | | | | | | | | |
| 200 | $0.00 | $142,458.68 | $103,988.77 | $279,828.17 | $223,075.63 | $61,621.12 | $189,308.25 | $189,705.29 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,189,985.91 |
| Total | $0.00 | $142,458.68 | $103,988.77 | $279,828.17 | $223,075.63 | $61,621.12 | $189,308.25 | $189,705.29 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,189,985.91 |
| Total A | $0.00 | $142,458.68 | $103,988.77 | $279,828.17 | $223,075.63 | $61,621.12 | $189,308.25 | $189,705.29 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,189,985.91 |
| **Credit Card** | | | | | | | | | | | | | | |
| 2051 | $0.00 | $2,476.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,476.50 |
| 2060 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $6,400.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $6,400.00 |
| 2060 | $0.00 | $0.00 | $2,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,500.00 |
| 2060 | $0.00 | $0.00 | $0.00 | $3,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,000.00 |
| 2060 | $0.00 | $0.00 | $0.00 | $0.00 | $4,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4,000.00 |
| 2060 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $12,434.81 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $12,434.81 |
| 2080 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5,500.00 |
| 2080 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $295.36 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $295.36 |
| 2080 | $0.00 | $1,179.38 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,179.38 |
| 2080 | $0.00 | $0.00 | $3,538.76 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,538.76 |
| 2080 | $0.00 | $0.00 | $0.00 | $676.37 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $676.37 |
| 2080 | $0.00 | $0.00 | $0.00 | $0.00 | $673.66 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $673.66 |
| 2080 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $774.78 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $774.78 |
| 2090 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $881.13 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $881.13 |
| 2090 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10,283.67 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10,283.67 |
| 2090 | $0.00 | $40,275.13 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $40,275.13 |
| 2090 | $0.00 | $0.00 | $9,045.08 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $9,045.08 |
| 2090 | $0.00 | $0.00 | $0.00 | $3,198.22 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,198.22 |
| 2090 | $0.00 | $0.00 | $0.00 | $0.00 | $4,951.30 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4,951.30 |
| 2090 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $11,453.07 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $11,453.07 |
| 2090 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $6,445.25 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $6,445.25 |
| Total C | $0.00 | $43,931.01 | $15,083.84 | $6,874.59 | $10,024.96 | $24,662.66 | $12,826.38 | $16,979.03 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $130,382.47 |
| **Other Current Liability** | | | | | | | | | | | | | | |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2100 | ($1,171,209.07) | ($1,996,547.72) | $0.00 | $0.00 | $824,474.69 | $0.00 | $0.00 | $0.00 | $10,018.73 | $0.00 | $0.00 | $2,333,263.37 | $0.00 |
| 2126 | $0.00 | $1,171,157.75 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,171,157.75 |
| 2127 | $0.00 | $539,428.49 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $539,428.49 |
| 2128 | $0.00 | $389,925.97 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $389,925.97 |
| **2200 - Payroll Liabilities** | | | | | | | | | | | | | |
| 22C | $0.00 | $7,354.23 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,354.23 |
| **Total** | **$0.00** | **$7,354.23** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$7,354.23** |
| **2300 - Accrued Expenses** | | | | | | | | | | | | | |
| 23C | $0.00 | $65,020.00 | $22,086.94 | $27,183.79 | $21,159.56 | $34,994.96 | $27,410.51 | $33,786.63 | $0.00 | $0.00 | $0.00 | $0.00 | $231,642.48 |
| 23( | $0.00 | $15,065.31 | $11,505.33 | $25,644.60 | $40,231.50 | $49,101.26 | $13,728.56 | $26,311.59 | $0.00 | $0.00 | $911,250.56 | ($51,264.40) | $1,041,574.51 |
| 23( | $0.00 | $217,521.83 | ($215,460.07) | $13,975.86 | $0.00 | ($892,455.46) | $3,807.27 | ($13,118.04) | ($213.33) | $286.89 | $44,115.65 | $1,400,000.00 | ($41,539.40) |
| 23( | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,400,000.00 | $0.00 | $1,400,000.00 |
| 23( | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total** | **$0.00** | **$297,607.23** | **($181,867.80)** | **$66,804.45** | **$61,391.06** | **($8,359.24)** | **$44,946.34** | **$46,980.18** | **($213.33)** | **$286.89** | **$2,355,366.21** | **($51,264.40)** | **$2,631,677.59** |
| **2400 - Sales and Use Taxes** | | | | | | | | | | | | | |
| 24C | $0.00 | $15,691.79 | $1,414.37 | $15,334.07 | $2,633.15 | $13,712.00 | $16,120.82 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $64,906.20 |
| **Total** | **$0.00** | **$15,691.79** | **$1,414.37** | **$15,334.07** | **$2,633.15** | **$13,712.00** | **$16,120.82** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$64,906.20** |
| **2500 - Unearned Revenue** | | | | | | | | | | | | | |
| 25C | $0.00 | $0.00 | $170,387.29 | $224,260.82 | $74,217.12 | $190,057.68 | $51,159.52 | $244,392.66 | $0.00 | $0.00 | $0.00 | $0.00 | $954,475.09 |
| 25C | $0.00 | $0.00 | ($0.04) | ($0.04) | $0.00 | ($0.04) | $0.00 | ($0.04) | $0.00 | $0.00 | $0.00 | $0.00 | ($0.12) |
| 25C | $0.00 | $0.00 | $1,347.92 | $4,142.23 | ($0.03) | $3,764.27 | $719.83 | $2,254.37 | $0.00 | $0.00 | $0.00 | $0.00 | $12,228.59 |
| 25C | $0.00 | $398,498.63 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $398,498.63 |
| **Total** | **$0.00** | **$398,498.63** | **$171,735.17** | **$228,403.01** | **$74,217.09** | **$193,821.95** | **$51,879.31** | **$246,647.03** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$1,365,202.19** |
| 2505 | $0.00 | $0.00 | $14,274.21 | $4,793.97 | $9,075.30 | $40,041.42 | $69,841.99 | ($993.84) | $0.00 | $0.00 | $0.00 | $0.00 | $137,033.05 |
| 2850 | $0.00 | $19,239.12 | $7,867.39 | $6,973.51 | $6,294.44 | $4,711.50 | $7,315.46 | $6,455.89 | $0.00 | $0.00 | $0.00 | $0.00 | $58,857.31 |
| **Total C** | **($1,171,209.07)** | **$826,663.70** | **$27,700.76** | **$308,389.31** | **$990,786.65** | **$232,848.78** | **$187,695.10** | **$315,210.08** | **$9,805.40** | **$286.89** | **$2,355,366.21** | **$2,281,998.97** | **$6,365,542.78** |
| **Total Cu** | **($1,171,209.07)** | **$1,013,053.39** | **$146,773.37** | **$595,092.07** | **$1,223,887.24** | **$319,132.56** | **$389,829.73** | **$521,894.40** | **$9,805.40** | **$286.89** | **$2,355,366.21** | **$2,281,998.97** | **$7,685,911.16** |
| **Long Term Liabilities** | | | | | | | | | | | | | |
| **2700 - Third Party Loans** | | | | | | | | | | | | | |
| 2701 | $1,297,665.45 | $0.00 | $0.00 | $0.00 | $498,045.55 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,297,665.55 |
| 2710 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $498,045.55 |
| 2711 | $0.00 | $102,361.43 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $102,361.43 |
| 2730 | $0.00 | $40,738.61 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $40,738.61 |
| 2731 | $0.00 | $531,439.39 | $521,659.39 | $161,535.57 | $520,203.35 | $0.00 | $521,682.75 | $520,588.62 | $0.00 | $162,143.27 | $520,675.90 | $0.00 | $3,459,928.24 |
| 2790 | $162,378.08 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $162,378.08 |
| **Total =** | **$1,460,043.53** | **$674,539.43** | **$521,659.39** | **$161,535.57** | **$1,018,248.90** | **$0.00** | **$521,682.75** | **$520,588.62** | **$0.00** | **$162,143.27** | **$520,675.90** | **$0.00** | **$5,561,117.36** |
| 2750 - | $1,135,906.32 | $1,852,600.78 | ($3,052,290.63) | $24,649.60 | $0.00 | ($1,769,622.22) | $427,401.97 | ($471,040.43) | $139.82 | $4,877.25 | $923,422.09 | $0.00 | ($923,955.45) |
| 2800 - | $0.00 | $0.00 | $97,708.46 | $103,916.86 | $154,604.57 | $91,051.71 | $194,963.20 | $134,903.67 | $0.00 | $0.00 | $0.00 | $0.00 | $777,148.47 |
| **Total Lo** | **$2,595,949.85** | **$2,527,140.21** | **($2,432,922.78)** | **$290,102.03** | **$1,172,853.47** | **($1,678,570.51)** | **$1,144,047.92** | **$184,451.86** | **$139.82** | **$167,020.52** | **$1,444,097.99** | **$0.00** | **$5,414,310.38** |
| **Equity** | | | | | | | | | | | | | |
| 3001 - | ($407,596.56) | $0.00 | $0.00 | $0.00 | $0.00 | ($417,714.57) | $0.00 | $0.00 | $0.00 | $1,098,235.71 | $0.00 | $0.00 | $272,924.58 |
| 3002 - | $0.00 | ($806,619.49) | $2,459,435.30 | $525,886.97 | ($1,122,293.52) | $573,874.21 | ($366,902.37) | $333,850.83 | ($37,772.23) | ($821,116.08) | $334,647.63 | $0.00 | $1,072,991.25 |
| 3003 - | $192,744.17 | $0.00 | $569,857.28 | $366,475.99 | $0.00 | $1,271,572.03 | $918,737.03 | ($159,304.24) | $50,461.28 | ($445,215.68) | ($1,383,061.05) | $0.00 | $1,382,266.81 |
| 3005 - | $339,119.20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $339,119.20 |
| 3005.1 | $339,119.20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $339,119.20 |
| 3006 - | $416,385.99 | $0.00 | $0.00 | $102,358.99 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $518,744.98 |
| 3007 - | $242,600.82 | $0.00 | $0.00 | $186,747.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $429,347.82 |
| 3016 - | ($2,363.27) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($2,363.27) |
| Retaine | $0.00 | $401,809.13 | $0.00 | $0.00 | ($0.00) | $0.00 | $0.00 | $0.00 | ($22,634.27) | $0.00 | ($1,046,419.14) | $0.00 | ($667,244.28) |
| Net Inc | ($3,397,259.66) | ($16,193.18) | $417,814.64 | $225,611.37) | ($448,617.45) | $506,159.54 | ($689,702.26) | $79,154.04 | $0.00 | $2,260.12 | ($2,751,050.78) | ($1,235,579.83) | ($7,808,625.99) |
| **Total Eq** | **($2,277,250.11)** | **($421,003.54)** | **$3,447,107.42** | **$905,857.58** | **($1,570,910.97)** | **$1,933,891.21** | **($137,867.60)** | **$253,700.63** | **($9,945.22)** | **($165,835.93)** | **($3,799,464.20)** | **($2,281,998.97)** | **($4,123,719.70)** |
| **Total Liabi** | **($852,509.33)** | **$3,119,190.06** | **$1,160,958.01** | **$1,791,051.68** | **$825,829.74** | **$574,453.26** | **$1,396,010.05** | **$960,046.89** | **$0.00** | **$1,471.48** | **$0.00** | **$0.00** | **$8,976,501.84** |

**77. Other Property of Any Kind Not Already Listed**
**Live Animals**

| Location | Description | Value |
|---|---|---|
| SeaQuest Utah | | |
| | 2 Turacos | $35.19 |
| | Various fish from Quality Marine | $43.50 |
| | 2 Baby Sloths | $150.00 |
| | Armadillos | $53.00 |
| | Mini horse | $61.00 |
| | Quality Marine Fish | $37.78 |
| | Cold Blooded Shop | $15.15 |
| | Shark Supply (Rays & Puffers) | $19.21 |
| | Sea Dwelling Creatures | $41.55 |
| | Coral | $15.85 |
| | Proaquatics Fish Order | $35.39 |
| | Kyle Tolman Fish Purchase | $29.00 |
| | Adult Sloth | $86.00 |
| **TOTAL:** | | **$622.62** |
| SeaQuest Las Vegas | | |
| | Dama Wallaby Joey Male | $565.00 |
| | Wallabies | $1,100.00 |
| | Giant Pacific Octopus | $300.00 |
| | Fish from K.Y.K. Wong | $252.40 |
| | Armadillos | $1,035.00 |
| | Fish from Quality Marine | $689.43 |
| | Major Mitchell Bird | $582.71 |
| | Blue Throat McCaw | $207.50 |
| | 2 Rhino Iguanas | $229.18 |
| | Cownose Rays | $449.50 |
| | Misc. Fish (est. 155) | $331.55 |
| | Sea Dwelling Fish | $445.32 |
| | Kinkajous | $255.00 |
| | Sloth | $885.00 |
| | Two Toed Sloth | $400.00 |
| **TOTAL:** | | **$7,727.58** |
| SeaQuest Folsom | | |
| | Keel Billed Toucan (2021 Hatch) | $511.38 |
| | Quality Marine Fish | $990.08 |
| | Baby Sloth | $750.00 |
| | Shamrock Baby McCaw | $444.56 |
| | Capybara | $250.00 |
| | Splash Aquarium | $227.83 |
| | Shark Supply | $207.58 |
| | Sloth | $682.50 |
| | Otter | $700.00 |
| | 2 Male Wallabys | $566.20 |
| **TOTAL:** | | **$5,330.12** |
| SeaQuest Roseville | | |
| | Stingrays | $387.50 |
| | Goldenchild Cow M6 | $303.20 |
| | Ecletus | $758.31 |
| | Black Dragon Water Monitor | $350.00 |
| | Pionus Bird | $222.71 |
| | Golden Concure Bird | $532.71 |
| | Fresh Water Fish | $196.86 |
| | Shark Supply (Cownose Rays) | $516.00 |
| | Sea Dwelling Fish | $157.59 |
| | Sloth | $692.50 |
| | Otter | $1,020.00 |
| | Giant Pacific Octopus | $345.00 |
| **TOTAL:** | | **$5,482.37** |
| SeaQuest Woodbridge | | |
| | Leopard Shark 36" | $358.85 |
| | 3 Bengal Kittens | $785.00 |
| | Misc. Fish | $281.45 |
| | Shark Supply | $187.50 |
| | Quality Marine Fish | $388.04 |
| | Predatory Fins Fish | $162.00 |
| | Sloth | $885.00 |
| | 2 Otters | $2,000.00 |
| | Sea Creatures | $457.00 |
| **TOTAL:** | | **$5,504.84** |
| **GRAND TOTAL:** | | **$24,667.53** |

**50. Other Machinery, Fixtures, and Equipment**                    Equipment

| Location | Description | Value |
|---|---|---|
| SeaQuest Utah | | |
| | Korona POS | $914.50 |
| | Steam Cleaner | $301.45 |
| | Token Machine | $542.68 |
| | Vending Machines | $847.71 |
| | Roller Card Readers | $385.00 |
| | Professional Plastics | $154.19 |
| | Cleanfreak Floor Scrubber | $233.70 |
| | Hurricane Machine | $1,428.19 |
| | Roller Terminal | $150.00 |
| | R2K Pump | $862.40 |
| | Lennox Air Handler | $451.90 |
| | Sound System | $466.38 |
| | Aquaculture Equipment | $666.13 |
| | 2 Heat Pump Gliter/Driers | $243.36 |
| | Arnold Quality Metal Caps | $244.40 |
| **TOTAL:** | | **$7,891.98** |
| SeaQuest Las Vegas | | |
| | External Skimmer | $720.00 |
| | Hammerhead Pump | $269.20 |
| | Korona POS System/Devices | $1,510.50 |
| | Token Machine | $542.68 |
| | Steam Cleaner | $301.45 |
| | New Pumps | $880.00 |
| | CRP Exclusive 2-Door Freezer (49 CU FT) | $388.13 |
| | Pentair | $323.95 |
| | Floor Cleaner | $373.50 |
| | Roller | $385.00 |
| | Hurricane Machine | $1,340.83 |
| | Toller Terminal | $150.00 |
| | Mis. Equipment | $155.14 |
| | HVAC Motor | $239.40 |
| **TOTAL:** | | **$7,579.76** |
| SeaQuest Folsom | | |
| | POS Systems | $1,212.50 |
| | 2 Hurricane Machines | $1,289.90 |
| | Steam Cleaner | $301.45 |
| | Token Machine | $546.78 |
| | Vending Machine | $701.86 |
| | Claw Machine | $230.32 |
| | Cool-Space 300 Fan | $262.72 |
| | Roller Card Readers | $385.00 |
| | Chiller | $301.73 |
| | BlackHawk Aquatic Pumps | $343.24 |
| | Roller Terminial | $150.00 |
| | Rebel Air HVAC | $3,363.75 |
| | Cleaning Machine | $228.64 |
| **TOTAL:** | | **$9,317.88** |
| SeaQuest Roseville | | |
| | TV | $161.10 |
| | TV | $107.40 |
| | Maytag Washer & Dryer | $133.80 |
| | Aquatic Equipment | $3,234.30 |
| | Floor Scrubber | $463.20 |
| | Korona POS System/Devices | $1,212.50 |
| | Steam Cleaner | $301.45 |
| | Token Machine | $557.07 |
| | Vending Machine | $669.22 |
| | Roller Card Machine | $351.21 |
| | Hurricane Machine | $1,417.27 |
| | Roller Terminal | $150.00 |
| | Webstraunt Freezer | $258.78 |
| **TOTAL:** | | **$9,037.30** |
| SeaQuest Woodbridge | | |
| | Computer/Audio Equipment | $1,155.20 |
| | Lightspeed POS | $803.70 |
| | Korona POS System/Devices | $1,212.50 |
| | Token Machine | $537.39 |
| | Steam Cleaner | $301.45 |
| | Token Machine | $542.68 |
| | Vending Machine | $679.13 |
| | Aqua Logic | $285.40 |
| | Roller Card Readers | $385.00 |
| | Cleaning Machine | $215.64 |
| | Hurricane Machines | $2,721.16 |
| | R2K Systems Sand Filter & Pump | $262.33 |
| | Roller Terminal | $150.00 |
| | CoolerDepot | $198.75 |
| | Boiler | $693.77 |
| **TOTAL:** | | **$10,144.08** |
| **GRAND TOTAL:** | | **$43,971.00** |

### 41. Office Equipment, Computer and Communication Equipment & Software

| Location | Description | Value |
|---|---|---|
| SeaQuest Management - Idaho | | |
| | Apple Computer | $250.00 |
| | Resolve Video Equipment | $400.00 |
| **TOTAL:** | | **$650.00** |
| SeaQuest Utah | | |
| | 8 Computer | $329.30 |
| | Network Equipment | $368.80 |
| | Computers | $591.10 |
| **TOTAL:** | | **$1,289.20** |
| **GRAND TOTAL:** | | **$1,939.20** |

### 39. Office Furniture

| Location | Description | Value |
|---|---|---|
| **Location** | **Description** | **Value** |
| SeaQuest Management - Idaho | | |
| | Cubicles | $440.00 |
| | 3 Glass Enclosed Cubicles | $1,173.00 |
| **TOTAL:** | | **$1,613.00** |
| SeaQuest Roseville | | |
| | Furniture | $180.77 |
| **TOTAL:** | | **$180.77** |
| | | |
| **GRAND TOTAL:** | | **$1,793.77** |

**Fill in this information to identify the case:**

Debtor name    SeaQuest Holdings, LLC

United States Bankruptcy Court for the:    DISTRICT OF IDAHO

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.    Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    December 2, 2024        **X** /s/  Aaron Neilsen
                                        Signature of individual signing on behalf of debtor

                                        Aaron Neilsen
                                        Printed name

                                        CEO
                                        Position or relationship to debtor

Official Form 202                **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      SeaQuest Holdings, LLC

United States Bankruptcy Court for the:    DISTRICT OF IDAHO

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.......................................................................... $ _____0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*....................................................................... $ _____659,473.89

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*......................................................................... $ _____659,473.89

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $ ____9,476,622.87

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................... $ _____160,112.34

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............... +$ ____7,017,141.79

4. **Total liabilities** ...................................................................................................
   Lines 2 + 3a + 3b                                                                $ ___16,653,877.00

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

---

**Fill in this information to identify the case:**

Debtor name    SeaQuest Holdings, LLC

United States Bankruptcy Court for the:   DISTRICT OF IDAHO

Case number (if known) _____

☐ Check if this is an amended filing

---

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

    ☐ No.  Go to Part 2.
    ☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | JPMorgan Chase Bank, N.A. | Checking | 5627 | $20,508.39 |
| 3.2. | JPMorgan Chase Bank, N.A. | Checking | 3732 | $0.00 |
| 3.3. | JPMorgan Chase Bank, N.A. | Checking | 9916 | $0.00 |
| 3.4. | JPMorgan Chase Bank, N.A. | Checking | 0839 | $0.00 |
| 3.5. | JPMorgan Chase Bank, N.A. | Checking | 6332 | $0.00 |
| 3.6. | JPMorgan Chase Bank, N.A. | Checking | 9991 | $0.00 |
| 3.7. | JPMorgan Chase Bank, N.A. | Checking | 5211 | $0.00 |

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    SeaQuest Holdings, LLC                                         Case number *(If known)* _____
_____
Name

| | | | | |
|---|---|---|---|---|
| 3.8. | JPMorgan Chase Bank, N.A. | Checking | 5632 | $0.00 |
| 3.9. | JPMorgan Chase Bank, N.A. | Checking | 1220 | $0.00 |
| 3.10. | JPMorgan Chase Bank, N.A. | Checking | 1996 | $0.00 |
| 3.11. | JPMorgan Chase Bank, N.A. | Checking | 7568 | $0.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**                                                                                       | $20,508.39 |

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☒ No.   Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.   Go to Part 4.
☒ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less:    102,094.00    -    0.00    = ....    $102,094.00
face amount                          doubtful or uncollectible accounts

11b. Over 90 days old:    782,000.00    -    782,000.00    =....    $0.00
face amount                          doubtful or uncollectible accounts

12. **Total of Part 3.**                                                                                       | $102,094.00 |

Current value on lines 11a + 11b = line 12.   Copy the total to line 82.

**Part 4:    Investments**

13. **Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.   Go to Part 6.

Official Form 206A/B                        Schedule A/B Assets - Real and Personal Property                        page 2

Debtor    SeaQuest Holdings, LLC                                    Case number *(If known)* _____
            Name

☒ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** Misc. Gift Shop Merchandise | | $0.00 | | $7,500.00 |
| 22. **Other inventory or supplies** | | | | |

23. **Total of Part 5.**

Add lines 19 through 22.   Copy the total to line 84.

| | |
|---|---|
| | $7,500.00 |

24. **Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.   Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** See attachment | $0.00 | Liquidation Value | $1,793.77 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** See attachment. | $0.00 | Liquidation Value | $1,939.20 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | SeaQuest Holdings, LLC | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**43.** **Total of Part 7.** $3,732.97

Add lines 39 through 42.   Copy the total to line 86.

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 8:** **Machinery, equipment, and vehicles**

**46.** **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.   Go to Part 9.
☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.** **Aircraft and accessories** | | | |
| **50.** **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment).**<br>Equipment - See attachment. | $0.00 | Liquidation Value | $43,971.00 |

**51.** **Total of Part 8.** $43,971.00

Add lines 47 through 50.   Copy the total to line 87.

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 9:** **Real property**

**54. Does the debtor own or lease any real property?**

☒ No.   Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:** **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☒ No.   Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:** **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.   Go to Part 12.

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 4

Debtor    SeaQuest Holdings, LLC _____    Case number *(If known)* _____
          Name

☒ Yes Fill in the information below.

|  |  | **Current value of debtor's interest** |
|---|---|---|

**71.** **Notes receivable**
Description (include name of obligor)

Note Receivable - collectible _____    457,000.00 - _____ 0.00 = _____ $457,000.00
                                    Total face amount    doubtful or uncollectible amount

**72.** **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**73.** **Interests in insurance policies or annuities**
Various Life Insurance policies (Debtor is a beneficiary of
policies along with certain employees)                                    Unknown

**74.** **Causes of action against third parties (whether or not a lawsuit
has been filed)**
Ada County District Court Case No. CV01-23-16610

SeaQuest Holdings, LLC v. LaWanda Westbrook _____                Unknown
**Nature of claim**    Civil
**Amount requested**    $0.00

**75.** **Other contingent and unliquidated claims or causes of action of
every nature, including counterclaims of the debtor and rights to
set off claims**

**76.** **Trusts, equitable or future interests in property**

**77.** **Other property of any kind not already listed** *Examples:* Season tickets,
country club membership

Live Animals - See attachment                                            $24,667.53

SeaQuest Utah - Salvage of tenant improvements                           Unknown

SeaQuest Rosedale - Salvage of tenant improvements                       Unknown

**78.** **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    | $481,667.53 |

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Debtor | SeaQuest Holdings, LLC | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $20,508.39 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $102,094.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $7,500.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $3,732.97 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $43,971.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $481,667.53 | |
| 91. **Total.** Add lines 80 through 90 for each column | $659,473.89 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $659,473.89 |

## 39. Office Furniture

| Location | Description | Value |
|---|---|---|
| SeaQuest Management - Idaho | | |
| | Cubicles | $4,400.00 |
| | 3 Glass Enclosed Cubicles | $11,730.00 |
| **TOTAL:** | | **$16,130.00** |
| SeaQuest Roseville | | |
| | Furniture | $1,807.68 |
| **TOTAL:** | | **$1,807.68** |
| | | |
| **GRAND TOTAL:** | | **$17,937.68** |

### 41. Office Equipment, Computer and Communication Equipment & Software

| Location | Description | Value |
|---|---|---|
| SeaQuest Management - Idaho | | |
| | Apple Computer | $2,500.00 |
| | Resolve Video Equipment | $4,000.00 |
| **TOTAL:** | | **$6,500.00** |
| SeaQuest Utah | | |
| | 8 Computer | $3,293.00 |
| | Network Equipment | $3,688.00 |
| | Computers | $5,911.00 |
| **TOTAL:** | | **$12,892.00** |
| **GRAND TOTAL:** | | **$19,392.00** |

### 50. Other Machinery, Fixtures, and Equipment                    Equipment

| Location | Description | Value |
|---|---|---|
| SeaQuest Utah | | |
| | Korona POS | $9,145.00 |
| | Steam Cleaner | $3,014.48 |
| | Token Machine | $5,426.75 |
| | Vending Machines | $8,477.13 |
| | Roller Card Readers | $3,850.00 |
| | Professional Plastics | $1,541.93 |
| | Cleanfreak Floor Scrubber | $2,336.99 |
| | Hurricane Machine | $14,281.91 |
| | Roller Terminal | $1,500.00 |
| | R2K Pump | $8,623.98 |
| | Lennox Air Handler | $4,519.00 |
| | Sound System | $4,663.77 |
| | Aquaculture Equipment | $6,661.26 |
| | 2 Heat Pump Gilter/Driers | $2,433.62 |
| | Arnold Quality Metal Caps | $2,444.00 |
| **TOTAL:** | | **$78,919.82** |
| SeaQuest Las Vegas | | |
| | External Skimmer | $7,200.00 |
| | Hammerhead Pump | $2,692.00 |
| | Korona POS System/Devices | $15,105.00 |
| | Token Machine | $5,426.75 |
| | Steam Cleaner | $3,014.48 |
| | New Pumps | $8,800.00 |
| | CRP Exclusive 2-Door Freezer (49 CU FT) | $3,881.26 |
| | Pentair | $3,239.48 |
| | Floor Cleaner | $3,734.97 |
| | Roller | $3,850.00 |
| | Hurricane Machine | $13,408.28 |
| | Toller Terminal | $1,500.00 |
| | Mis. Equipment | $1,551.36 |
| | HVAC Motor | $2,394.00 |
| **TOTAL:** | | **$75,797.58** |
| SeaQuest Folsom | | |
| | POS Systems | $12,125.00 |
| | 2 Hurricane Machines | $12,899.00 |
| | Steam Cleaner | $3,014.48 |
| | Token Machine | $5,467.79 |
| | Vending Machine | $7,018.59 |
| | Claw Machine | $2,303.16 |

| | | |
|---|---|---|
| | Cool-Space 300 Fan | $2,627.18 |
| | Roller Card Readers | $3,850.00 |
| | Chiller | $3,017.33 |
| | BlackHawk Aquatic Pumps | $3,432.42 |
| | Roller Terminial | $1,500.00 |
| | Rebel Air HVAC | $33,637.50 |
| | Cleaning Machine | $2,286.38 |
| **TOTAL:** | | **$93,178.83** |
| SeaQuest Roseville | | |
| | TV | $1,611.00 |
| | TV | $1,074.00 |
| | Maytag Washer & Dryer | $1,338.00 |
| | Aquatic Equipment | $32,343.00 |
| | Floor Scrubber | $4,832.00 |
| | Korona POS System/Devices | $12,125.00 |
| | Steam Cleaner | $3,014.48 |
| | Token Machine | $5,570.70 |
| | Vending Machine | $6,692.15 |
| | Roller Card Machine | $3,512.12 |
| | Hurricane Machine | $14,172.72 |
| | Roller Terminal | $1,500.00 |
| | Webstraunt Freezer | $2,587.82 |
| **TOTAL:** | | **$90,372.99** |
| SeaQuest Woodbridge | | |
| | Computer/Audio Equipment | $11,552.00 |
| | Lightspeed POS | $8,037.00 |
| | Korona POS System/Devices | $12,125.00 |
| | Token Machine | $5,373.89 |
| | Steam Cleaner | $3,014.48 |
| | Token Machine | $5,426.75 |
| | Vending Machine | $6,791.31 |
| | Aqua Logic | $2,854.00 |
| | Roller Card Readers | $3,850.00 |
| | Cleaning Machine | $2,156.35 |
| | Hurricane Machines | $27,211.55 |
| | R2K Systems Sand Filter & Pump | $2,623.29 |
| | Roller Terminial | $1,500.00 |
| | CoolerDepot | $1,987.48 |
| | Boiler | $6,937.69 |
| **TOTAL:** | | **$101,440.79** |
| | | |
| **GRAND TOTAL:** | | **$439,710.01** |

## 77. Other Property of Any Kind Not Already Listed
## Live Animals

| Location | Description | Value |
|---|---|---|
| SeaQuest Utah | | |
| | 2 Turacos | $3,518.75 |
| | Various fish from Quality Marine | $4,350.14 |
| | 2 Baby Sloths | $15,000.00 |
| | Armadillos | $5,300.00 |
| | Mini horse | $6,100.00 |
| | Qaulity Marine Fish | $3,778.48 |
| | Cold Blooded Shop | $1,514.98 |
| | Shark Supply (Rays & Puffers) | $1,920.87 |
| | Sea Dwelling Creatures | $4,154.72 |
| | Coral | $1,585.00 |
| | Proaquatics Fish Order | $3,538.90 |
| | Kyle Tolman Fish Purchase | $2,900.00 |
| | Adult Sloth | $8,600.00 |
| **TOTAL:** | | **$62,261.84** |
| SeaQuest Las Vegas | | |
| | Dama Wallaby Joey Male | $5,650.00 |
| | Wallabies | $11,000.00 |
| | Giant Pacific Octopus | $3,000.00 |
| | Fish from K.Y.K. Wong | $2,524.00 |
| | Armadillos | $10,350.00 |
| | Fish from Quality Marine | $6,894.25 |
| | Major Mitchell Bird | $5,827.11 |
| | Blue Throat McCaw | $2,075.00 |
| | 2 Rhino Iguanas | $2,291.75 |
| | Cownose Rays | $4,495.00 |
| | Misc. Fish (est. 155) | $3,315.45 |
| | Sea Dwelling Fish | $4,453.21 |
| | Kinkajous | $2,550.00 |
| | Sloth | $8,850.00 |
| | Two Toed Sloth | $4,000.00 |
| **TOTAL:** | | **$77,275.77** |
| SeaQuest Folsom | | |
| | Keel Billed Toucan (2021 Hatch) | $5,113.75 |
| | Quality Marine Fish | $9,900.81 |
| | Baby Sloth | $7,500.00 |
| | Shamrock Baby McCaw | $4,445.55 |
| | Capybara | $2,500.00 |
| | Splash Aquarium | $2,278.31 |
| | Shark Supply | $2,075.81 |

| | | |
|---|---|---:|
| | Sloth | $6,825.00 |
| | Otter | $7,000.00 |
| | 2 Male Wallabys | $5,662.00 |
| **TOTAL:** | | **$53,301.23** |
| SeaQuest Roseville | | |
| | Stingrays | $3,875.00 |
| | Goldenchild Cow M6 | $3,032.00 |
| | Ecletus | $7,583.06 |
| | Black Dragon Water Monitor | $3,500.00 |
| | Pionus Bird | $2,227.11 |
| | Golden Concure Bird | $5,327.11 |
| | Fresh Water Fish | $1,968.56 |
| | Shark Supply (Cownose Rays) | $5,160.00 |
| | Sea Dwelling Fish | $1,575.88 |
| | Sloth | $6,925.00 |
| | Otter | $10,200.00 |
| | Giant Pacific Octopus | $3,450.00 |
| **TOTAL:** | | **$54,823.72** |
| SeaQuest Woodbridge | | |
| | Leopard Shark 36" | $3,588.50 |
| | 3 Bengal Kittens | $7,850.00 |
| | Misc. Fish | $2,814.50 |
| | Shark Supply | $1,875.00 |
| | Quality Marine Fish | $3,880.44 |
| | Predatory Fins Fish | $1,620.00 |
| | Sloth | $8,850.00 |
| | 2 Otters | $20,000.00 |
| | Sea Creatures | $4,570.00 |
| **TOTAL:** | | **$55,048.44** |
| | | |
| **GRAND TOTAL:** | | **$247,662.56** |

**Fill in this information to identify the case:**

Debtor name ___SeaQuest Holdings, LLC___

United States Bankruptcy Court for the: ___DISTRICT OF IDAHO___

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| 2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|

| | | |
|---|---|---|
| **2.1** Cash Value Lending Corporation<br>Creditor's Name<br><br>STE 300<br>2929 W Navigator Dr<br>Meridian, ID 83642-8297<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number** | **Describe debtor's property that is subject to a lien**<br>Various Life Insurance policies (Debtor is a beneficiary of policies along with certain employees)<br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $389,925.97 | $0.00 |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes. Specify each creditor, including this creditor and its relative priority.<br>1. Coastal States Bank<br>2. Cash Value Lending Corporation<br>3. Desert Rose Capital Management<br>4. Lochridge Lending, Inc.<br>5. Specialty Comp Insurance Solutions | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| | | |
|---|---|---|
| **2.2** Coastal States Bank<br>Creditor's Name<br><br>5 Bow Circle<br>Hilton Head Island, SC 29928<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred** | **Describe debtor's property that is subject to a lien**<br>Various Life Insurance policies (Debtor is a beneficiary of policies along with certain employees)<br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $1,176,536.77 | $0.00 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

| Debtor | SeaQuest Holdings, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ☐ No | Check all that apply |
| ☒ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| Specified on line 2.1 | ☐ Disputed |

---

| 2.3 | Desert Rose Capital Management | | $539,428.49 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

**Describe debtor's property that is subject to a lien**
Various Life Insurance policies (Debtor is a beneficiary of policies along with certain employees)

2929 W. Navigator, Suite 300
Meridian, ID 83642
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
Creditor's email address, if known
☐ Yes

**Is anyone else liable on this claim?**
**Date debt was incurred**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ☐ No | Check all that apply |
| ☒ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| Specified on line 2.1 | ☐ Disputed |

---

| 2.4 | FinWise Bank | | $439,410.11 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

**Describe debtor's property that is subject to a lien**
ALL DEBTOR'S PRESENT AND FUTURE ACCOUNTS AND THE DIRECT AND INDIRECT PROCEEDS THEREOF. NOTICE PURSUANT TO AN AGREEMENT BETWEEN DEBTOR AND SECURED PARTY, DEBTOR HAS AGREED NOT TO FURTHER ENCUMBER THE COLLATERAL DESCRIBED HEREIN . THE FURTHER ENCUMBERING OF WHICH MAY CONSTITUTE THE TORTIOUS INTERFERENCE WITH THE SECURED PART'S RIGHT BY SUCH ENCUMBRANCES IN THE EVENT THAT ANY ENTITY IS GRANTED A SECURITY INTEREST IN DEBTOR'S ACCOUNTS, CHATTEL PAPER OR GENERAL INTANGIBLES CONTRARY TO THE ABOVE, THE SECURED PARTY ASSERTS A CLAIM TO ANY PROCEEDS THEREOF RECEIVED BY SUCH ENTITY.

820 East 9400 Sputh
Sandy, UT 84094
Creditor's mailing address

**Describe the lien**
UCC Lien

**Is the creditor an insider or related party?**
☒ No
Creditor's email address, if known
☐ Yes

**Is anyone else liable on this claim?**
☐ No
**Date debt was incurred**
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H)
3/20/2019
**Last 4 digits of account number**

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

Debtor   SeaQuest Holdings, LLC _____   Case number (if known) _____
         Name

| **Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.5 | Jeff Cox | **Describe debtor's property that is subject to a lien** | $1,635,194.51 | $0.00 |
| | Creditor's Name | Any and all assets of the Debtor(s) to include but not limited to, instruments, General Intangibles, inventory, goods, accounts receivable, vehicles, fixtures, animals, fish, reptiles, whether now owned or hereafter acquired or arising and wherever now or hereafter located. | | |

14601 Wen Jeff Lane
Caldwell, ID 83607
Creditor's mailing address

**Describe the lien**
UCC Lien

**Is the creditor an insider or related party?**
☐ No
☒ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.6 | Lochridge Lending, Inc. | **Describe debtor's property that is subject to a lien** | $1,168,675.80 | $0.00 |
| | Creditor's Name | Various Life Insurance policies (Debtor is a beneficiary of policies along with certain employees) | | |

1175 N 4000 W
Rexburg, ID 83440
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes. Specify each creditor, including this creditor and its relative priority.<br>Specified on line 2.1 | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.7 | Specialty Comp Insurance Solutions | **Describe debtor's property that is subject to a lien** | $161,297.17 | $0.00 |
| | Creditor's Name | Various Life Insurance policies (Debtor is a beneficiary of policies along with certain employees) | | |

2611 Internet Blvd., Suite 124
Frisco, TX 75034
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

---

Debtor  SeaQuest Holdings, LLC
_____
Name                                                      Case number (if known)  _____

_____
Creditor's email address, if known

☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ☒ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
|  | ☐ Disputed |
| Specified on line 2.1 | |

---

| 2.8 | U.S. Small Business Administration | | Describe debtor's property that is subject to a lien | $3,966,154.05 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

All tangible and intangible personal property, including, but not limited to: (a) inventory, (b) equipment, (c) instruments, including promissory notes (d) chattel paper, including tangible chattel paper and electronic chattel paper, (e) documents, (f) letter of credit rights, (g) accounts, including health-care insurance receivables and credit card receivables, (h) deposit accounts, (i) commercial tort claims, U) general intangibles, including payment intangibles and software and (k) as-extracted collateral as such terms may from time to time be defined in the Uniform Commercial Code. The security interest Borrower grants includes all accessions, attachments, accessories, parts, supplies and replacements for the Collateral, all products, proceeds and collections thereof and all records and data relating thereto.

1545 Hawkins Blvd, Suite 202
El Paso, TX 79925
_____
Creditor's mailing address

**Describe the lien**
UCC Lien
_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☒ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
|  | ☐ Disputed |

---

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $9,476,622.87 |
|---|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

Debtor    SeaQuest Holdings, LLC
_____
Name

Case number (if known) _____

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Kevin E. Dinius<br>5680 E Franklin Rd<br>Ste 130<br>Nampa, ID 83687-9012 | Line  2.5 | |
| U.S. Small Business Administration<br>1545 Hawkins Blvd., Suite 202<br>El Paso, TX 79925 | Line  2.4 | |

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 5 of 5

**Fill in this information to identify the case:**

Debtor name    SeaQuest Holdings, LLC

United States Bankruptcy Court for the:    DISTRICT OF IDAHO

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| | | | |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>Aaron Neilsen<br>7896 W Deerfawn Ln<br>Eagle, ID 83616 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Total claim $4,945.06    Priority amount $4,945.06 |
| | Date or dates debt was incurred | Basis for the claim:<br>Unpaid Wages | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address<br>Ari Roth<br>108 Bryan Avenue<br>Roseville, CA 95661 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Total claim $1,053.57    Priority amount $1,053.57 |
| | Date or dates debt was incurred | Basis for the claim:<br>Unpaid Wages | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| **2.3** | Priority creditor's name and mailing address<br>Ashleigh Belfiore<br>19706 Rosewood Ct<br>Las Vegas, NV 89139 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Total claim $1,956.93    Priority amount $1,956.93 |
| | Date or dates debt was incurred | Basis for the claim:<br>Unpaid Wages | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | |

| Debtor | SeaQuest Holdings, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.4**

Priority creditor's name and mailing address
Ashley Johnson
6614 Blue Dia Apt 1076
Las Vegas, NV 89139

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,204.05    $1,204.05

Date or dates debt was incurred

Basis for the claim:
Unpaid Wages

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.5**

Priority creditor's name and mailing address
Aspen Longwell
2117 S Dorothy Ave
Boise, ID 83706

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,153.85    $1,153.85

Date or dates debt was incurred

Basis for the claim:
Unpaid Wages

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.6**

Priority creditor's name and mailing address
David Oliver
2007 W Sonoma Dr
Meridian, ID 83642

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,934.07    $1,934.07

Date or dates debt was incurred

Basis for the claim:
Unpaid Wages

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.7**

Priority creditor's name and mailing address
Dianna Spain
4330 Greenwood Rd
Garden Valley, CA 95633

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,609.14    $1,609.14

Date or dates debt was incurred

Basis for the claim:
Unpaid Wages

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.8**

Priority creditor's name and mailing address
Emma Howard
7678 E Lightfoot St
Nampa, ID 83687

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$571.43    $571.43

Date or dates debt was incurred

Basis for the claim:
Unpaid Wages

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | SeaQuest Holdings, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**2.9**

Priority creditor's name and mailing address
Hayden Novak
413 E Vine St
Keller, TX 76248

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,134.89    $1,134.89

Date or dates debt was incurred

Basis for the claim:
Unpaid Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.10**

Priority creditor's name and mailing address
Idaho State Tax Commission
Attn: Bankruptcy
PO Box 36
Boise, ID 83722-0410

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.11**

Priority creditor's name and mailing address
Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346

Philadelphia, PA 19101-7346

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.12**

Priority creditor's name and mailing address
Jacob Senft
19 Sachem Ct
Farmingville, NY 11738-2139

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$437.18    $437.18

Date or dates debt was incurred

Basis for the claim:
Unpaid Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.13**

Priority creditor's name and mailing address
Jana Nyberg
4523 Meyers Court
Castle Rock, CO 80104

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,380.00    $1,380.00

Date or dates debt was incurred

Basis for the claim:
Unpaid Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | SeaQuest Holdings, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**2.14**

Priority creditor's name and mailing address
Jeremy McLamb
713 5th St Apt 209
West Sacramento, CA 95605-2666

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,417.58 $2,417.58

Date or dates debt was incurred

Basis for the claim:
Unpaid Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.15**

Priority creditor's name and mailing address
Joe Amorebieta
578 N. Clearpoint Way
Eagle, ID 83616

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$342.57 $342.57

Date or dates debt was incurred

Basis for the claim:
Unpaid Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.16**

Priority creditor's name and mailing address
Katie Hastings
371 Old Highway Apt 306
Saint Paul, MN 55112-7729

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,604.39 $1,604.39

Date or dates debt was incurred

Basis for the claim:
Unpaid Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.17**

Priority creditor's name and mailing address
Larry Spain
11870 Cresthill Dr
Elk Grove, CA 95624-9645

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,142.86 $1,142.86

Date or dates debt was incurred

Basis for the claim:
Unpaid Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.18**

Priority creditor's name and mailing address
Lisa Edwards
670 E Observation Dr
Meridian, ID 83642-4652

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,387.91 $2,387.91

Date or dates debt was incurred

Basis for the claim:
Unpaid Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | SeaQuest Holdings, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**2.19**

Priority creditor's name and mailing address
Liz Bennis
8580 Savanna Oaks Ln
Saint Paul, MN 55125

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,428.57   $1,428.57

Date or dates debt was incurred

Basis for the claim:
Unpaid Wages

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.20**

Priority creditor's name and mailing address
Meagan Grand
10877 Witcher Mountain R
Guffey, CO 80820

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,371.43   $0.00

Date or dates debt was incurred

Basis for the claim:
Unpaid Wages

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.21**

Priority creditor's name and mailing address
Mia Alati
1409 S Manitou Ave
Boise, ID 83706

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$123.43   $123.43

Date or dates debt was incurred

Basis for the claim:
Unpaid Wages

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.22**

Priority creditor's name and mailing address
Mimi Linch
713 5th St Apt 209
West Sacramento, CA 95605-2666

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,472.53   $1,472.53

Date or dates debt was incurred

Basis for the claim:
Unpaid Wages

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.23**

Priority creditor's name and mailing address
Sarah Meiers
598 E Easy St
Kuna, ID 83643

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,868.13   $1,868.13

Date or dates debt was incurred

Basis for the claim:
Unpaid Wages

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | SeaQuest Holdings, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.24** | Priority creditor's name and mailing address
Tammy O'Shields
2209 East Cherokee Dr
Woodstock, GA 30188

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,107.69   $0.00

Date or dates debt was incurred

Basis for the claim:
Unpaid Wages

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.25** | Priority creditor's name and mailing address
Trumbull Tax Collector
Attn: Donna Pellitteri
5866 Main Street Town Hall
Trumbull, CT 06611

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

$127,208.78   $127,208.78

Date or dates debt was incurred
2023

Basis for the claim:
Taxes

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.26** | Priority creditor's name and mailing address
Vince Phan
2519 S Hilton St
Meridian, ID 83642-5061

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$256.30   $256.30

Date or dates debt was incurred

Basis for the claim:
Unpaid Wages

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

**3.**   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** | **Nonpriority creditor's name and mailing address**
Aloha Animal Hospital
7341 South Torrey Pines Drive
Las Vegas, NV 89164

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,721.31

**Date(s) debt was incurred**  October 2024

**Basis for the claim:**  Animal Medical Care

**Last 4 digits of account number**  3787

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.2** | **Nonpriority creditor's name and mailing address**
Anderson Veterinary Service, P.A.
PO Box 158
Zumbrota, MN 55992

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$125.90

**Date(s) debt was incurred**  October 2024

**Basis for the claim:**  Animal Medical Care

**Last 4 digits of account number**  7247

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| Debtor | SeaQuest Holdings, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.3** | **Nonpriority creditor's name and mailing address** | | $1,947.50
Animal Health Diagnostic Lab
P.O. Box 330
Trenton, NJ 08625

**Date(s) debt was incurred** September 2024

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Service Agreement

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address** | | $999.00
Assured Pest Control dba Pestmasters
504 West 9460 South
Sandy, UT 84070

**Date(s) debt was incurred** September - November 2024

**Last 4 digits of account number** 376

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address** | | $7,542.90
Avalon Apparel, Inc.
2963 44th Ave N.
Saint Petersburg, FL 33714

**Date(s) debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Sales Contract

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | | $9,241.20
AXIS Surplus Insurance Company
P.O. Box 4470
Alpharetta, GA 30023

**Date(s) debt was incurred** October 2023

**Last 4 digits of account number** 1509

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Insurance Deductible

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | | $640.00
AXIS Surplus Insurance Company
P.O. Box 4470
Alpharetta, GA 30023

**Date(s) debt was incurred** October 2023

**Last 4 digits of account number** 3985

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Insurance Deductible

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | | $3,000.00
AXIS Surplus Insurance Company
P.O. Box 4470
Alpharetta, GA 30023

**Date(s) debt was incurred** November 2023

**Last 4 digits of account number** 5385

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Insurance Deductible

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | | $504.65
Barlow Service Experts
2869 Commerce Way, #1
Ogden, UT 84401

**Date(s) debt was incurred** October 2024

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Service Agreement

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | | $35,516.35
Barry Owen Co.
5625 Smithway St.
Los Angeles, CA 90040

**Date(s) debt was incurred** July 2024

**Last 4 digits of account number** A190

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | SeaQuest Holdings, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.11**

**Nonpriority creditor's name and mailing address**
BenefitHub
4030 W Boy Scout Blvd, Suite 400
Tampa, FL 33607

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee Benefits

Is the claim subject to offset? ☒ No  ☐ Yes

$24.79

---

**3.12**

**Nonpriority creditor's name and mailing address**
Bionic Zoo & Aquarium
95 NW 13th Ave
Pompano Beach, FL 33069

**Date(s) debt was incurred** November 2024

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Animal Acquisition

Is the claim subject to offset? ☒ No  ☐ Yes

$2,605.65

---

**3.13**

**Nonpriority creditor's name and mailing address**
Boulevard Ventures LLC
3528 S Maryland Pkwy
Mall Management Office

Las Vegas, NV 89169

**Date(s) debt was incurred** 2023 - present

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unpaid Rent

Is the claim subject to offset? ☒ No  ☐ Yes

$545,432.48

---

**3.14**

**Nonpriority creditor's name and mailing address**
BOWCO Laboratories
75 Freeman St
Woodbridge, NJ 07095

**Date(s) debt was incurred** November 2024

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Service Agreement

Is the claim subject to offset? ☒ No  ☐ Yes

$159.94

---

**3.15**

**Nonpriority creditor's name and mailing address**
Brine Shrimp Direct
P.O. Box 3044
Ogden, UT 84401

**Date(s) debt was incurred** August 2024

**Last 4 digits of account number** 1419

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Animal Acquisition

Is the claim subject to offset? ☒ No  ☐ Yes

$245.60

---

**3.16**

**Nonpriority creditor's name and mailing address**
Broadstone Land, LLC
c/o TRI Property Management Services
410 Palladio Parkway, Suite 1601
Folsom, CA 95630

**Date(s) debt was incurred** October & November 2024

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unpaid Rent

Is the claim subject to offset? ☒ No  ☐ Yes

$83,350.64

---

**3.17**

**Nonpriority creditor's name and mailing address**
CandyMachines.com
579 Folly Road
Box 13298
Charleston, SC 29412

**Date(s) debt was incurred** _

**Last 4 digits of account number** 0312

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Service Agreement

Is the claim subject to offset? ☒ No  ☐ Yes

$47,117.33

---

| Debtor | SeaQuest Holdings, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.18** | **Nonpriority creditor's name and mailing address**
Carbon Bulk Sales LLC
1791 Kaiser Ave
Irvine, CA 92614

**Date(s) debt was incurred** _July 2024_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ☒ No ☐ Yes

$949.30

---

**3.19** | **Nonpriority creditor's name and mailing address**
Centric Mechanical Services
2120 Hutton Dr., Suite 100
Carrollton, TX 75006

**Date(s) debt was incurred** _September 2024_

**Last 4 digits of account number** _7385_

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Service Agreement_

Is the claim subject to offset? ☒ No ☐ Yes

$1,147.45

---

**3.20** | **Nonpriority creditor's name and mailing address**
CenturyLink
P.O. Box 2961
Phoenix, AZ 85062-2961

**Date(s) debt was incurred** _October 2024_

**Last 4 digits of account number** _2095_

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Service Agreement_

Is the claim subject to offset? ☒ No ☐ Yes

$160.62

---

**3.21** | **Nonpriority creditor's name and mailing address**
Chloe West

**Date(s) debt was incurred** _7/26/2023_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Pending Insurance Claim_

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.22** | **Nonpriority creditor's name and mailing address**
Cintas Corp
P.O. Box 88005
Chicago, IL 60680-1005

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ☒ No ☐ Yes

$12,760.51

---

**3.23** | **Nonpriority creditor's name and mailing address**
Citi
PO Box 790046
Saint Louis, MO 63179

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Credit card_

Is the claim subject to offset? ☒ No ☐ Yes

$1,953.98

---

**3.24** | **Nonpriority creditor's name and mailing address**
Clear Lakes LLC
c/o NAU Select
PO Box 4067
Boise, ID 83711

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$7,506.00

---

**3.25** | **Nonpriority creditor's name and mailing address**
Comcast
PO Box 60533
City of Industry, CA 91716-0533

**Date(s) debt was incurred** _

**Last 4 digits of account number** _2736_

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Service Agreement_

Is the claim subject to offset? ☒ No ☐ Yes

$918.41

---

| Debtor | SeaQuest Holdings, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.26** | Nonpriority creditor's name and mailing address
Cox Business
PO Box 53262
Phoenix, AZ 85072-3254

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$492.92**

**Date(s) debt was incurred** _October 2024_

**Basis for the claim:** _Service Agreement_

**Last 4 digits of account number** _8201_

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address
Deluxebase (USA) Inc
1201 N Orange Street
Suite #7050
Wilmington, DE 19801-1186

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$22,904.09**

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address
Divvy Inc.
6220 America Center Drive Suite 100
Alviso, CA 95002

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$236,395.27**

**Date(s) debt was incurred** _

**Basis for the claim:** _Credit card_

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address
Elizabethtown Gas
PO Box 6031
Bellmawr, NJ 08099

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

**Date(s) debt was incurred** _October 2024_

**Basis for the claim:** _Service Agreement_

**Last 4 digits of account number** _8417_

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address
Fairytale Cotton Candy Inc
1000 Grand Ave
West Des Moines, IA 50265

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,142.23**

**Date(s) debt was incurred** _

**Basis for the claim:** _Service Agreement_

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address
Family Fun & Games
dba CandyMachines.com
579 Folly Rd
Box13298
Charleston, SC 29412

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$21,302.72**

**Date(s) debt was incurred** _

**Basis for the claim:** _Sales Contract_

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address
FedEx Freight
PO Box 21415
Pasadena, CA 91185-1415

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,744.39**

**Date(s) debt was incurred** _Feb 2024_

**Basis for the claim:** _Service Agreement_

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| Debtor | SeaQuest Holdings, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.33** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $41,944.13

Fiesta
Mahar Manufacturing Corp.
P.O. Box 735103
Dallas, TX 75373-5103

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Sales Contract

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,444.10

Hawks & Company
1000 Delsea Drive - Bldg A1
Westville, NJ 08093

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Service Agreement

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $10,680.00

Health Compass Inc.
8049 Barnoy Woods
Pittsford, NY 14534

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Service Agreement

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.36** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Heng Taing

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 6/30/2024

**Basis for the claim:** Pending Insurance Claim

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $183.96

Idaho Power
P.O. Box 70
Boise, ID 83707

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Service Agreement

**Last 4 digits of account number** 4470

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $21.78

Intermountain Gas Company
555 S Cole Rd
Boise, ID 83709

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** October 2024

**Basis for the claim:** Service Agreement

**Last 4 digits of account number** 0139

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $90,000.00

Ixclary Sierra
C/O: David A. Klemm
Bailey & Galyen
1901 Airport Freeway

Dallas, TX 75207

☒ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** October 2023

**Basis for the claim:** Lawsuit

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $90,379.83

JPMorgan Chase
1111 Polaris Pkwy
Columbus, OH 43240

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Credit card

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | SeaQuest Holdings, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.41** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$22,796.05**

K and M International, Inc.
DBA Wild Republic
7711 E Pleasant Valley Rd
Independence, OH 44131

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _Sales Contract_

**Last 4 digits of account number** _8851_

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.42** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

Kade Walz

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _7/17/2024_

**Basis for the claim:** _Pending Insurance Claim_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.43** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,162.70**

Kent Displays, Inc.
343 Portage Blvd
Kent, OH 44240

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Sales Contract_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.44** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$958.01**

Ketter Environmental Services, LLC
P.O. Box 417468
Boston, MA 02241-7468

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Service Agreement_

**Last 4 digits of account number** _4268_

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.45** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,332.00**

LaMotte Company
802 Washington Ave
PO Box 329
Chestertown, MD 21620

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Service Agreement_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.46** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$189,307.18**

Layton Hills Mall
CMBS, LLC
PO Box 8660
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2023 - present_

**Basis for the claim:** _Unpaid Rent_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.47** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

Linda Sanders

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _5/24/2023_

**Basis for the claim:** _Pending Insurance Claim_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.48** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,960.91**

Liquid Blue
6 Linelew Drive
Derry, NH 03038

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Sales Contract_

**Last 4 digits of account number** _8845_

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | SeaQuest Holdings, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.49** | Nonpriority creditor's name and mailing address
Little-Morris, LLP
950 W. Bannock Street, Ste 1050
Boise, ID 83702

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Service Agreement

Is the claim subject to offset?  ☒ No  ☐ Yes

$38,235.00

---

**3.50** | Nonpriority creditor's name and mailing address
Lumen
PO Box 4918
Monroe, LA 71211-4918

**Date(s) debt was incurred** _

**Last 4 digits of account number**  2921

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Service Agreement

Is the claim subject to offset?  ☒ No  ☐ Yes

$725.74

---

**3.51** | Nonpriority creditor's name and mailing address
MassMutual
PO Box 64340
Saint Paul, MN 55164-0340

**Date(s) debt was incurred**  2024

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Service Agreement

Is the claim subject to offset?  ☒ No  ☐ Yes

$51,379.68

---

**3.52** | Nonpriority creditor's name and mailing address
McCarter & English
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102

**Date(s) debt was incurred**  September - October 2024

**Last 4 digits of account number**  0001

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Legal Services

Is the claim subject to offset?  ☒ No  ☐ Yes

$34,061.00

---

**3.53** | Nonpriority creditor's name and mailing address
McCarter & English, LLC
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102

**Date(s) debt was incurred**  September 2024 - present

**Last 4 digits of account number**  0001

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Legal Services

Is the claim subject to offset?  ☒ No  ☐ Yes

$34,061.00

---

**3.54** | Nonpriority creditor's name and mailing address
Michelle Case
c/o: Glen J Lerner & Assoc
Attn: Justin Randall
4795 S Durango Dr D
Las Vegas, NV 89147

**Date(s) debt was incurred**  June 2024

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**  Lawsuit

Is the claim subject to offset?  ☒ No  ☐ Yes

Unknown

---

**3.55** | Nonpriority creditor's name and mailing address
Michelle Case
c/o ER Injury Attorneys
Attn: Justin G Randall
1700 S. Pavilion Center Drive, #530
Las Vegas, NV 89135

**Date(s) debt was incurred**  March 2024

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**  Lawsuit

Is the claim subject to offset?  ☒ No  ☐ Yes

Unknown

---

| Debtor | SeaQuest Holdings, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.56** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,699.40**

Middlesex Water Company
Customer Service Center
485C Route 1 South, Suite 400
Iselin, NJ 08830

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Aug 2024 - Nov 2024

**Basis for the claim:** Service Agreement

**Last 4 digits of account number** 4799

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.57** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$979.07**

Murray, Ziel & Johnston, PLLC
770 S Woodruff Ave
Idaho Falls, ID 83401

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** July 2024

**Basis for the claim:** Legal Services

**Last 4 digits of account number**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.58** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$492,280.05**

Namdar Realty Group
c/o Trumbull Mall Realty
150 Great Neck Road, Suite 304
Great Neck, NY 11021

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2022-2023

**Basis for the claim:** Unpaid Rent

**Last 4 digits of account number**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.59** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$150.00**

National Benefit Services
430 W 7th Street, Suite 219494
Kansas City, MO 64105-1407

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**

**Basis for the claim:** Service Agreement

**Last 4 digits of account number** A019

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.60** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$305.39**

Nayax
11350 McCormick Road, Suite 1004
Hunt Valley, MD 21031

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**

**Basis for the claim:** Service Agreement

**Last 4 digits of account number** 7892

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.61** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,252.50**

NJ Department of Agriculture
Animal Health Diagnostic Laboratory
P.O. Box 330
Trenton, NJ 08625

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** September 2024

**Basis for the claim:** Animal Medical Care

**Last 4 digits of account number** 7582

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.62** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,982.41**

NVEnergy
6226 West Sahara Ave
Las Vegas, NV 89146

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**

**Basis for the claim:** Service Agreement

**Last 4 digits of account number** 9328

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.63** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$22,391.59**

Oracle America Inc.
500 Oracle Parkway
Redwood City, CA 94065

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**

**Basis for the claim:** Service Agreement

**Last 4 digits of account number** 2741

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | SeaQuest Holdings, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.64** | Nonpriority creditor's name and mailing address
Oradell Animal Hospital
580 Winters Ave
Paramus, NJ 07652-3902

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Service Agreement
Is the claim subject to offset? ☒ No  ☐ Yes

$2,856.00

---

**3.65** | Nonpriority creditor's name and mailing address
Packaging Specialties
an S. Walter Packaging Company
PO Box 71225
Philadelphia, PA 19176-6225

**Date(s) debt was incurred** _
**Last 4 digits of account number**  AQA1

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Sales Contract
Is the claim subject to offset? ☒ No  ☐ Yes

$1,618.06

---

**3.66** | Nonpriority creditor's name and mailing address
Paradise Cay Publications
PO Box 29
Arcata, CA 95518

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Sales Contract
Is the claim subject to offset? ☒ No  ☐ Yes

$7,655.14

---

**3.67** | Nonpriority creditor's name and mailing address
PG&E
Box 997300
Sacramento, CA 95899-7300

**Date(s) debt was incurred**  October 2024
**Last 4 digits of account number**  9542

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Service Agreement
Is the claim subject to offset? ☒ No  ☐ Yes

$7.84

---

**3.68** | Nonpriority creditor's name and mailing address
Plunkett's/Varment Guard
40 52nd Way Northeast
Minneapolis, MN 55421

**Date(s) debt was incurred** _
**Last 4 digits of account number**  2395

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Service Agreement
Is the claim subject to offset? ☒ No  ☐ Yes

$1,967.22

---

**3.69** | Nonpriority creditor's name and mailing address
Precious Pets Animal Services
1478 Flintrock Rd
Henderson, NV 89014

**Date(s) debt was incurred**  August 2024
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Service Agreement
Is the claim subject to offset? ☒ No  ☐ Yes

$145.00

---

**3.70** | Nonpriority creditor's name and mailing address
Precision Waste Solutions
PO Box 678114
Dallas, TX 75267-8114

**Date(s) debt was incurred** _
**Last 4 digits of account number**  0228

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Service Agreement
Is the claim subject to offset? ☒ No  ☐ Yes

$3,107.01

---

**3.71** | Nonpriority creditor's name and mailing address
Ramp Payments Corporation
28 West 23rd Street Floor 2
New York, NY 10010

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit card
Is the claim subject to offset? ☒ No  ☐ Yes

$350,136.83

---

| Debtor | SeaQuest Holdings, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.72** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$16,944.96**

Rhode Island Novelty
PO Box 9278
Fall River, MA 02720

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Sales Contract

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.73** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$18,765.30**

Ridgmar Mall
1888 Green Oaks Road
Fort Worth, TX 76116

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _1283_

**Basis for the claim:** Service Agreement

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.74** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,200.00**

RocketRez, Inc.
12A-40 North Gate Drive
Steinback, MB
R5G 2T9, Canada

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _5531_

**Basis for the claim:** Service Agreement

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.75** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$459,570.18**

Rosedale Shopping Center
29974 Network Place
Chicago, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2023 - present_

**Last 4 digits of account number** _

**Basis for the claim:** Unpaid Rent

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.76** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,799.69**

Sacramento Copy
3355 Myrtle Ave Ste 215
North Highlands, CA 95660

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Service Agreement

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.77** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$864.00**

Safari Programs
8010 Westside Industrial Drive
Jacksonville, FL 32219

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Service Agreement

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.78** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$13,165.00**

Sailthru, Inc.
11 Lea Avenue
Nashville, TN 37210

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Service Agreement

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.79** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$229,000.16**

Southwest Plaza L.L.C.
PO Box 772808
Chicago, IL 60677

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2023 - May 2024_

**Last 4 digits of account number** _

**Basis for the claim:** Unpaid Rent

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| Debtor | SeaQuest Holdings, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.80**

**Nonpriority creditor's name and mailing address**
Southwest Plaza LLC
c/o Brookfield Properties
8501 W. Bowles Avenue
Littleton, CO 80123

**Date(s) debt was incurred** September 2024

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

$160,666.00

---

**3.81**

**Nonpriority creditor's name and mailing address**
Southwest Plaza, LLC
8501 West Bowles Ave
Littleton, CO 80123

**Date(s) debt was incurred** September 2024

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Judgment

Is the claim subject to offset? ☒ No  ☐ Yes

$160,666.00

---

**3.82**

**Nonpriority creditor's name and mailing address**
Squire Boone Village
PO Box 711
New Albany, IN 47151

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Sales Contract

Is the claim subject to offset? ☒ No  ☐ Yes

$2,576.40

---

**3.83**

**Nonpriority creditor's name and mailing address**
State of New Jersey
Division of Fire Safety
Bureau of Fire Code Enforcement
P.O. Box 809
Trenton, NJ 08625-0809

**Date(s) debt was incurred** 2024

**Last 4 digits of account number** 5916

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Fire Registration Fee

Is the claim subject to offset? ☒ No  ☐ Yes

$512.00

---

**3.84**

**Nonpriority creditor's name and mailing address**
Summerfields Animal Hospital, P.L.L.C.
4536 North Tarrant Parkway
Keller, TX 76244

**Date(s) debt was incurred** _

**Last 4 digits of account number** 1727

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Service Agreement

Is the claim subject to offset? ☒ No  ☐ Yes

$7,675.89

---

**3.85**

**Nonpriority creditor's name and mailing address**
Tabitha Thompson

**Date(s) debt was incurred** 6/1/2023

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Pending Insurance Claim

Is the claim subject to offset? ☒ No  ☐ Yes

Unknown

---

**3.86**

**Nonpriority creditor's name and mailing address**
Talkdesk, Inc.
440 N Barranca Avenue
Suite 4375
Covina, CA 91723

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Service Agreement

Is the claim subject to offset? ☒ No  ☐ Yes

$2,832.80

---

**3.87**

**Nonpriority creditor's name and mailing address**
Terri Collins-Brown

**Date(s) debt was incurred** 10/2/2024

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Pending Insurance Claim

Is the claim subject to offset? ☒ No  ☐ Yes

Unknown

---

| Debtor | SeaQuest Holdings, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.88**

**Nonpriority creditor's name and mailing address**
The Petting Zoo
8870 Greenwood Place STE A
Savage, MD 20763

**Date(s) debt was incurred** _____
**Last 4 digits of account number** _____

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Sales Contract
Is the claim subject to offset? ☒ No  ☐ Yes

$107,786.91

---

**3.89**

**Nonpriority creditor's name and mailing address**
The United Illuminating Company
7741 PO Boc 847818
Boston, MA 02150

**Date(s) debt was incurred** Jan 2024
**Last 4 digits of account number** _____

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Service Agreement
Is the claim subject to offset? ☒ No  ☐ Yes

$15,201.92

---

**3.90**

**Nonpriority creditor's name and mailing address**
T-Mobile Bankruptcy Team
PO Box 53410
Bellevue, WA 98015-3410

**Date(s) debt was incurred** October 2024
**Last 4 digits of account number** 2558

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Service Agreement
Is the claim subject to offset? ☒ No  ☐ Yes

$424.32

---

**3.91**

**Nonpriority creditor's name and mailing address**
Treasure Valley Family YMCA
805 W Franklin St
Boise, ID 83702

**Date(s) debt was incurred** November 2024
**Last 4 digits of account number** 4863

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Service Agreement
Is the claim subject to offset? ☒ No  ☐ Yes

$98.12

---

**3.92**

**Nonpriority creditor's name and mailing address**
Truly Nolen Branch
050 6000 S. Eastern Ave 2E
Las Vegas, NV 89119

**Date(s) debt was incurred** _____
**Last 4 digits of account number** _____

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No  ☐ Yes

$175.00

---

**3.93**

**Nonpriority creditor's name and mailing address**
Truly Nolen Branch 050
6000 S Eastern Ave 2E
Las Vegas, NV 89119

**Date(s) debt was incurred** October 2024
**Last 4 digits of account number** 5038

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Service Agreement
Is the claim subject to offset? ☒ No  ☐ Yes

$175.00

---

**3.94**

**Nonpriority creditor's name and mailing address**
Trumbull Shopping Center #2 LLC
Attn: legal Department
2049 Century Park East
41st Floor
Los Angeles, CA 90067

**Date(s) debt was incurred** August 8, 2024
**Last 4 digits of account number** _____

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No  ☐ Yes

$2,105,773.21

---

**3.95**

**Nonpriority creditor's name and mailing address**
United Behavioral Health dba Optum
PO Box 885897
Los Angeles, CA 90088-5897

**Date(s) debt was incurred** _____
**Last 4 digits of account number** 5652

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Service Agreement
Is the claim subject to offset? ☒ No  ☐ Yes

$485.05

---

| Debtor | SeaQuest Holdings, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.96**

**Nonpriority creditor's name and mailing address**
United Healthcare
PO Box 94017
Palatine, IL 60094-4017

**Date(s) debt was incurred** ___
**Last 4 digits of account number** 4675

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Service Agreement
**Is the claim subject to offset?** ☒ No   ☐ Yes

**$30,603.05**

---

**3.97**

**Nonpriority creditor's name and mailing address**
Vanessa Duran GK Preferred Income II
1888 Green Oaks Road
Fort Worth, TX 76116

**Date(s) debt was incurred** 2023 - present
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unpaid Rent
**Is the claim subject to offset?** ☒ No   ☐ Yes

**$529,825.40**

---

**3.98**

**Nonpriority creditor's name and mailing address**
Vestis
2680 Palumbo Drive
Lexington, KY 40509

**Date(s) debt was incurred** October 2024
**Last 4 digits of account number** 4531

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt
**Is the claim subject to offset?** ☒ No   ☐ Yes

**$10,281.45**

---

**3.99**

**Nonpriority creditor's name and mailing address**
Vince Covino
5173 N Brookmeadow Way
Boise, ID 83713

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___
**Is the claim subject to offset?** ☒ No   ☐ Yes

**$183,545.20**

---

**3.100**

**Nonpriority creditor's name and mailing address**
Waxie Sanitary Supply
P.O. Box 748802
Los Angeles, CA 90074-8802

**Date(s) debt was incurred** ___
**Last 4 digits of account number** 6700

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Sales Contract
**Is the claim subject to offset?** ☒ No   ☐ Yes

**$2,464.88**

---

**3.101**

**Nonpriority creditor's name and mailing address**
Welliver & Associates, LLC
1776 Park Ave 4-405
Park City, UT 84060

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Service Agreement
**Is the claim subject to offset?** ☒ No   ☐ Yes

**$121.50**

---

**3.102**

**Nonpriority creditor's name and mailing address**
Woodbridge Center
7855 Solution Center
Chicago, IL 60677

**Date(s) debt was incurred** 2023 - present
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unpaid Rent
**Is the claim subject to offset?** ☒ No   ☐ Yes

**$381,222.69**

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

---

Debtor  SeaQuest Holdings, LLC _____      Case number (if known) _____
          Name

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1  CenturyLink<br>PO Box 52187<br>Phoenix, AZ 85072-2187 | Line  3.50<br>☐  Not listed. Explain ____ | _ |
| 4.2  Cintas Corp<br>P.O. Box 630803<br>Cincinnati, OH 45263-0803 | Line  3.22<br>☐  Not listed. Explain ____ | _ |
| 4.3  S&D Law<br>Attn: Michael L. Schlepp<br>1550 Wewatta Street Floor 2<br>Denver, CO 80202 | Line  3.80<br>☐  Not listed. Explain ____ | 0952 |
| 4.4  Trumbull Mall Realty LLC<br>c/o Minnella, Tramuta & Edwards<br>Attn: Martin Joseph Minnella<br>40 Middlebury Road<br>Middlebury, CT 06762 | Line  3.94<br>☐  Not listed. Explain ____ | 5JCH |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.   Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 160,112.34 |
| 5b. Total claims from Part 2 | 5b. + | $ 7,017,141.79 |
| 5c. Total of Parts 1 and 2<br> Lines 5a + 5b = 5c. | 5c. | $ 7,177,254.13 |

**Fill in this information to identify the case:**

Debtor name    SeaQuest Holdings, LLC

United States Bankruptcy Court for the:    DISTRICT OF IDAHO

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease - 3528 S. Maryland Parkway, Las Vegas, NV 89169 | |
| | State the term remaining | 5 years | Boulevard Ventures, LLC c/o Sansone Companies 9017 S. Pecos Road, Suite #4500 Henderson, NV 89074 |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease - 430 Palladio Parkway, Suite 1081, Folsom, CA 95630 | |
| | State the term remaining | 4 years | Broadstone Land, LLC 340 Palladio Parkway, Suite 521 Folsom, CA 95630-8574 |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Office Lease - 5759 Discovery Plaza | |
| | State the term remaining | 6 months | Clear Lakes, LLC c/o NAI Select P.O. Box 4067 Boise, ID 83711 |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease - 1974 Green Oaks Rd, Fort Worth, TX 76116 | |
| | State the term remaining | 3 years | GK Preferred Income II (Ridgmar) SPE LLC 1551 Kingsbury Partners SPE, LLC 1888 Green Oaks Road Fort Worth, TX 76116 |
| | List the contract number of any government contract | | |

Debtor 1   SeaQuest Holdings, LLC

   First Name        Middle Name        Last Name

Case number (if known) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest: Shopping Center Lease - Layton Hills Mall | |
| State the term remaining: 2 years | |
| List the contract number of any government contract | Layton Hills Mall CMBS LLC<br>2030 Hamilton Place Boulevard<br>Chattanooga, TN 37421-6000 |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest: Shopping Center Lease - Roseville MN | |
| State the term remaining: | |
| List the contract number of any government contract | PPF RTL Rosedale Shopping Center<br>C/O Morgan Stanley Real Estate Advisor, Inc.<br>18585 Broadway, 7th Floor<br>New York, NY 10036 |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest: Commercial Lease - 1000 Southwest Plaza, Littleton, CO | |
| State the term remaining: 4 years | |
| List the contract number of any government contract | Southwest Plaza, L.L.C.<br>c/o Southwest Plaza<br>110 N. Wacker Dr.<br>Chicago, IL 60606 |
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest: Shopping Center Lease - Tumbull, CT | |
| State the term remaining: 10 years | |
| List the contract number of any government contract | Trumbull Shopping Center #2 LLC<br>Westfield Trumbull<br>5065 Main Street<br>Trumbull, CT 06611 |
| **2.9.** State what the contract or lease is for and the nature of the debtor's interest: Shopping Center Lease - Stonecrest GA | |
| State the term remaining: 8 years | |
| List the contract number of any government contract | Urban Retail Properties LLC<br>111 East Wacker Drive<br>Suite 2400<br>Chicago, IL 60601 |

Debtor 1    SeaQuest Holdings, LLC

First Name          Middle Name              Last Name                              Case number *(if known)*

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | Shopping Center Lease - Woodbridge, IL | |
|---|---|---|---|
| | State the term remaining | 3 years | Woodbridge Center Property, LLC c/o Woodbridge Center 350 N. Orleans St. Suite 300 Chicago, IL 60654-1607 |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name    SeaQuest Holdings, LLC

United States Bankruptcy Court for the:   DISTRICT OF IDAHO

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Legacy Consulting, Inc. | 3363 E Presidential Drive STE 104 Meridian, ID 83642 | FinWise Bank | ☒ D ___2.4___ ☐ E/F _____ ☐ G _____ |
| 2.2 | Vincenzo G Covino | 5173 N Brookmeadow Way Boise, ID 83713-1454 | FinWise Bank | ☒ D ___2.4___ ☐ E/F _____ ☐ G _____ |
| 2.3 | Vincenzo G Covino | 5173 N Brookmeadow Way Boise, ID 83713-1454 | U.S. Small Business Administration | ☒ D ___2.8___ ☐ E/F _____ ☐ G _____ |
| 2.4 | Kim Covino | | GK Preferred Income II (Ridgmar) SPE LLC | ☐ D _____ ☐ E/F _____ ☒ G ___2.4___ |
| 2.5 | Kim Covino | 5173 N Brookmeadow Way Boise, ID 83713 | GK Preferred Income II (Ridgmar) SPE LLC | ☐ D _____ ☐ E/F _____ ☒ G ___2.4___ |
| 2.6 | Kim Covino | 5173 N Brookmeadow Way Boise, ID 83713 | Layton Hills Mall CMBS LLC | ☐ D _____ ☐ E/F _____ ☒ G ___2.5___ |

| Debtor | SeaQuest Holdings, LLC | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.7 | Shane Shimada | 11700 W Charleston Blvd., STE 170-60<br>Las Vegas, NV 89135 | Boulevard Ventures, LLC | ☐ D _____<br>☐ E/F _____<br>☒ G ___2.1___ |
| 2.8 | Vincenzo G Covino | 5173 N Brookmeadow Way<br>Boise, ID 83713-1454 | Clear Lakes, LLC | ☐ D _____<br>☐ E/F _____<br>☒ G ___2.3___ |
| 2.9 | Vincenzo G Covino | 5173 N Brookmeadow Way<br>Boise, ID 83713-1454 | GK Preferred Income II (Ridgmar) SPE LLC | ☐ D _____<br>☐ E/F _____<br>☒ G ___2.4___ |
| 2.10 | Vincenzo G Covino | 5173 N Brookmeadow Way<br>Boise, ID 83713-1454 | Boulevard Ventures, LLC | ☐ D _____<br>☐ E/F _____<br>☒ G ___2.1___ |
| 2.11 | Vincenzo G Covino | 5173 N Brookmeadow Way<br>Boise, ID 83713-1454 | Layton Hills Mall CMBS LLC | ☐ D _____<br>☐ E/F _____<br>☒ G ___2.5___ |

**Fill in this information to identify the case:**

Debtor name      SeaQuest Holdings, LLC

United States Bankruptcy Court for the:   DISTRICT OF IDAHO

Case number (if known)

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy      04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From 01/01/2024 to Filing Date | ☒ Operating a business<br><br>☐ Other | $15,280,000.00 |
| For prior year:<br>From 01/01/2023 to 12/31/2023 | ☒ Operating a business<br><br>☐ Other | $25,504,827.00 |
| For year before that:<br>From 01/01/2022 to 12/31/2022 | ☒ Operating a business<br><br>☐ Other | $27,191,814.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    SeaQuest Holdings, LLC _____    Case number *(if known)* _____

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. Boulevard Ventures LLC<br>3528 S Maryland Pkwy<br>Mall Management Office<br><br>Las Vegas, NV 89169 | 10/10/2024,<br>9/11/2024 | $13,735.24 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other  Las Vegas Location Rent |
| 3.2. Broadstone Land, LLC<br>340 Palladio Parkway, Suite 521<br>Folsom, CA 95630-8574 | 10/15/2024,<br>9/12/2024,<br>10/23/2024 | $67,993.04 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other  Folsom Location Rent |
| 3.3. Clear Lakes LLC<br>c/o NAU Select<br>PO Box 4067<br>Boise, ID 83711 | 10/2/2024,<br>9/11/2024 | $15,012.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other  Boise Office Rent |
| 3.4. Divvy Inc.<br>6220 America Center Drive Suite 100<br>Alviso, CA 95002 | 8/20/2024,<br>9/23/2024,<br>9/3/2024,<br>10/1/2024 | $78,088.46 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other  Credit Card Payments |
| 3.5. East Coast Combustions Specialists, Inc.<br>PO Box 277<br>Lafayette, NJ 07848 | 8/21/2024 | $6,937.69 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other |
| 3.6. FinWise Bank<br>820 East 9400 Sputh<br>Sandy, UT 84094 | 9/5/2024,<br>10/7/2024 | $31,809.18 | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |
| 3.7. Vanessa Duran GK Preferred Income II<br>1888 Green Oaks Road<br>Fort Worth, TX 76116 | 9/11/2024,<br>10/10/2024 | $22,908.17 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other  Fort Worth Location Rent |
| 3.8. JPMorgan Chase<br>1111 Polaris Pkwy<br>Columbus, OH 43240 | 8/12/2024 | $6,096.46 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other  Credit Card Payment |

Debtor    SeaQuest Holdings, LLC _____  Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.9. Layton Hills Mall<br>CMBS, LLC<br>PO Box 8660<br>Carol Stream, IL 60197 | 8/14/2024 | $7,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other Utah Location Rent Payment |
| 3.10. Leavitt Select Insurance Services<br>6220 N Discovery Way #100<br>Boise, ID 83713 | 9/4/2024,<br>9/5/2024,<br>9/10/2024/<br>9/12/2024 | $231,586.44 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other__ |
| 3.11. MassMutual<br>PO Box 64340<br>Saint Paul, MN 55164-0340 | 9/18/2024 | $10,978.74 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other__ |
| 3.12. McCarter & English, LLC<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102 | 10/1/2024 | $15,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other__ |
| 3.13. MNTN, Inc<br>823 Congress Avenue #1827<br>Austin, TX 78768 | 11/6/2024 | $46,254.51 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other__ |
| 3.14. Nationwide<br>PO Box 645563<br>Cincinnati, OH 45264 | 9/24/2024 | $169,975.20 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other__ |
| 3.15. Oracle America Inc.<br>500 Oracle Parkway<br>Redwood City, CA 94065 | 9/24/2024 | $19,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other__ |
| 3.16. QBE Insurance<br>PO Box 28034<br>New York, NY 10087-8034 | 9/4/2024 | $43,784.70 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other__ |
| 3.17. Ramp Payments Corporation<br>28 West 23rd Street Floor 2<br>New York, NY 10010 | 8/16/2024,<br>8/23/2024/9/3/2023,<br>9/17/2024,<br>9/23/2024 | $110,930.20 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other Credit Card Payments |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    SeaQuest Holdings, LLC

Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.18. Rebel Air<br>PO Box 782<br>Atwood, CA 92811 | 9/25/2024 | $33,637.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.19. Rocky Mountain Power<br>PO Box 26000<br>Portland, OR 97256 | 8/13/2024,<br>9/12/2024,<br>10/22/2024 | $26,603.01 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.20. Roller Networks USA, Inc<br>PO Box 562<br>South Melbourne, 3205 Australia | 8/15/2024,<br>9/5/2024 | $26,161.53 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.21. Royal Industries<br>1135 Plymouth<br>Allentown, PA 18109-1541 | 10/11/2024 | $7,577.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.22. Sailthru, Inc.<br>11 Lea Avenue<br>Nashville, TN 37210 | 9/8/2024 | $13,165.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.23. SMUD<br>PO Box 15555<br>Sacramento, CA 95852 | 8/25/2024,<br>9/12/2024,<br>10/10/2024,<br>11/6/2024 | $45,988.25 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.24. Spectrum Brands Pet, LLC<br>32854 Collection Center Drive<br>Chicago, IL 60693 | 9/5/2024,<br>9/25/2024,<br>10/23/2024 | $20,238.91 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.25. Tarrant County Tax Office<br>PO Box 961018<br>Fort Worth, TX 76161 | 9/10/2024 | $7,482.55 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other_Taxes_ |
| 3.26. Tepco Premium Finance<br>PO Box 19127<br>Spokane, WA 99219 | 8/20/2024,<br>9/17/2024,<br>10/21/2024 | $90,595.71 | ☐ Secured debt<br>☒ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    SeaQuest Holdings, LLC _____    Case number *(if known)* _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.27. | The Penn Mutual Life Insurance Company<br>PO Box 7460<br>Philadelphia, PA 19101 | 9/16/2024 | $408,771.90 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.28. | United Healthcare<br>PO Box 94017<br>Palatine, IL 60094-4017 | 8/30/2024,<br>10/4/2024 | $63,337.91 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.29. | Woodbridge Center Property, LLC<br>c/o Woodbridge Center<br>350 N. Orleans St.<br>Suite 300<br>Chicago, IL 60654-1607 | 9/12/2024,<br>10/10/2024 | $22,160.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other_ Woodbridge Location_<br>Rent_ |
| 3.30. | Xcel Energy<br>P.O. Box 9477<br>Minneapolis, MN 55484 | 8/28/2024,<br>10/2/2024,<br>11/6/2024 | $20,508.30 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☒ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Various Creditors - See attachment | Last 4 digits of account number: _____ | | $22,075.22 |

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

| Debtor | SeaQuest Holdings, LLC | Case number *(if known)* | |
|---|---|---|---|

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | SeaQuest Holdings, LLC v. LaWanda Westbrook<br>CV01-23-16610 | Civil | Ada County District Court<br>200 W Front St<br>Boise, ID 83702 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Trumball Mall Realty LLC v. SeaQuest Holdings, LLC<br>3:24-cv-00455-JCH | Civil | District Court of Connecticut (New Haven)<br>PO Box 570<br>New Haven, CT 06510 | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.3. | Michelle Case v. SeaQuest Interactive Aquarium Las Vegas LLC et al<br>A-24-889956-C | Tort Claim | Clark County District Court<br>201 E Clark Ave<br>Las Vegas, NV 89101 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | Priscilla Landero v. SeaQuest Holdings, LLC<br>A-23-879676-C | Tort Claim | Clark County District Court<br>201 E Clark Ave<br>Las Vegas, NV 89101 | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.5. | Southwest Plaza, LLC v. SeaQuest Holdings, LLC<br>2024CV30952 | Civil | Jefferson County District Court<br>100 Jefferson County Pkwy<br>Golden, CO 80401 | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.6. | State Grand Jury Subpoena for Animal Care Records | Grand Jury Subpoena | New Jersey State Grand Jury<br>The Mercer County Jury Management Office<br>175 South Broad Street, Floor 2<br>Trenton, NJ 08650-0068 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | Davis County Animal Care Investigation | | Animal Care of Davis County<br>1422 E 600 N<br>Kaysville, UT 84037 | ☐ Pending<br>☐ On appeal<br>☒ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| **Part 5:** | **Certain Losses** |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

Debtor    SeaQuest Holdings, LLC _____    Case number *(if known)* _____

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Johnson May<br>199 N Capitol Blvd., Ste 200<br>Boise, ID 83702 | | 11/8/2024 &<br>11/19/2024 | $50,000.00 |
| | **Email or website address**<br>mtc@johnsonmaylaw.com | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Stonecrest Resorts, LLC<br>8020 Mall Parkway<br>Stonecrest , GA 30038 | License to Stonecrest Resorts LLC | 4/1/2023 | Unknown |
| | **Relationship to debtor** | | | |

## Part 7:    Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Debtor | SeaQuest Holdings, LLC | Case number *(if known)* | |
|---|---|---|---|

| Address | | Dates of occupancy From-To |
|---|---|---|

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☒ Yes. Does the debtor serve as plan administrator?

   ☐ No Go to Part 10.
   ☒ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| SeaQuest Management Inc Retirement Plan | EIN: 81-3680800 |

   Has the plan been terminated?
   ☒ No
   ☐ Yes

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | JPMorgan Chase 1111 Polaris Pkwy Columbus, OH 43240 | XXXX-1516 | ☒ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | 10/10/2024 | Unknown |
| 18.2. | JPMorgan Chase 1111 Polaris Pkwy Columbus, OH 43240 | XXXX-6848 | ☒ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | 3/15/2024 | Unknown |

| Debtor | SeaQuest Holdings, LLC | Case number *(if known)* | |
|---|---|---|---|

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.3. | US Bank<br>PO Box 1800<br>Saint Paul, MN 55101 | **XXXX**-7521 | ☒ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 7/15/2024 | Unknown |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Debtor | SeaQuest Holdings, LLC | | Case number *(if known)* | |

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:  Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed | |
|---|---|---|---|---|
| 25.1. | SeaQuest Management<br>5759 N Discovery Way<br>Boise, ID 83713 | Aquarium | EIN:<br><br>From-To | 81-3680800<br><br>2016- November 2024 |
| 25.2. | SeaQuest Layton<br>1201 N Hill Field Rd<br>Layton, UT 84041 | Aquarium | EIN:<br><br>From-To | 75-2992492<br><br>2016- November 2024 |
| 25.3. | SeaQuest Las Vegas<br>3528 S. Maryland Pkwy. Ste 340<br>Las Vegas, NV 89169 | Aquarium | EIN:<br><br>From-To | 81-0866902<br><br>2016- November 2024 |
| 25.4. | SeaQuest Folsom<br>430 Palladio Pkwy. Ste 1801<br>Folsom, CA 95630 | Aquarium | EIN:<br><br>From-To | 82-3010313<br><br>2018 - November 2024 |
| 25.5. | SeaQuest Roseville<br>1595 MN-36<br>Space #578<br>Saint Paul, MN 55113 | Aquarium | EIN:<br><br>From-To | 82-5093168<br><br>2019 - November 2024 |
| 25.6. | SeaQuest Woodbridge<br>250 Woodbridge Center Dr<br>Woodbridge, NJ 07095 | Aquarium | EIN:<br><br>From-To | 82-5346899<br><br>2019 - November 2024 |
| 25.7. | SeaQuest Stonecrest<br>8020 Mall Parkway<br>Lithonia, GA 30038 | Aquarium | EIN:<br><br>From-To | 86-3625651<br><br>2021 - June 2023 |
| 25.8. | SeaQuest Littleton<br>8501 W. Bowles<br>Ste 1000<br>Littleton, CO 80123 | Aquarium | EIN:<br><br>From-To | 82-3024224<br><br>2018 - February 2024 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

| Debtor | SeaQuest Holdings, LLC | | Case number *(if known)* | |
|---|---|---|---|---|

| 25.9. | SeaQuest Trumbull<br>5065 Main St.<br>Ste 1106<br>Trumbull, CT 06611 | Aquarium | **EIN:** | 82-5273092 |
|---|---|---|---|---|
| | | | **From-To** | 2019 - August 2023 |
| 25.10. | SeaQuest Massapequa | Aquarium | **EIN:** | 82-4411404 |
| | | | **From-To** | 2018 - 2021 |
| 25.11. | SeaQuest Fort Worth<br>1974 Green Oaks Rd<br>Fort Worth, TX 76116 | Aquarium | **EIN:** | 47-4894982 |
| | | | **From-To** | 2017 - October 2024 |
| 25.12. | SwaQuest Fort Lauderdale, LLC | | **EIN:** | 82-4402089 |
| | | | **From-To** | 2018 - |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. | Aaron Neilsen<br>7896 W Deerfawn Ln<br>Eagle, ID 83616 |
| 12/6/2021 - present |
| 26a.2. | Sarah Meiers<br>598 E Easy St<br>Kuna, ID 83634 |
| 11/9/2020 - present |
| 26a.3. | Mia Atali<br>1409 S Manitou Ave<br>Boise, ID 83706 |
| 9/18/2023 - present |
| 26a.4. | Joe Amorebieta<br>578 N Clearpoint Way<br>Eagle, ID 83616 |
| 8/12/2024 - present |
| 26a.5. | Taylor Draper<br>8650 W Rifleman St., Unit B303<br>Boise, ID 83704 |
| 9/11/2023 - 4/5/2024 |
| 26a.6. | Annette Jones<br>4524 W Waverton Lane<br>Meridian, ID 83646 |
| 5/22/2023 - 7/26/2024 |
| 26a.7. | Nick Lloyd<br>1393 W Deadwood Ct<br>Eagle, ID 83616 |
| 5/10/2022 - 5/12/2023 |


| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | Aaron Neilsen<br>7896 W Deerfawn Ln<br>Eagle, ID 83616 | 12/6/2021 - present |
| 26a.2. | Sarah Meiers<br>598 E Easy St<br>Kuna, ID 83634 | 11/9/2020 - present |
| 26a.3. | Mia Atali<br>1409 S Manitou Ave<br>Boise, ID 83706 | 9/18/2023 - present |
| 26a.4. | Joe Amorebieta<br>578 N Clearpoint Way<br>Eagle, ID 83616 | 8/12/2024 - present |
| 26a.5. | Taylor Draper<br>8650 W Rifleman St., Unit B303<br>Boise, ID 83704 | 9/11/2023 - 4/5/2024 |
| 26a.6. | Annette Jones<br>4524 W Waverton Lane<br>Meridian, ID 83646 | 5/22/2023 - 7/26/2024 |
| 26a.7. | Nick Lloyd<br>1393 W Deadwood Ct<br>Eagle, ID 83616 | 5/10/2022 - 5/12/2023 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    SeaQuest Holdings, LLC _____    Case number *(if known)* _____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    Aaron Neilsen<br>7896 W Deerfawn Ln<br>Eagle, ID 83616 | |
| 26c.2.    Sarah Meiers<br>598 E Easy St<br>Kuna, ID 83634 | |
| 26c.3.    Mia Atali<br>1409 S Manitou Ave<br>Boise, ID 83706 | |
| 26c.4.    Joe Amorebieta<br>578 N Clearpoint Way<br>Eagle, ID 83616 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1.    Boulevard Ventures LLC
3528 S Maryland Pkwy
Mall Management Office

Las Vegas, NV 89169

26d.2.    Broadstone Land, LLC
340 Palladio Parkway, Suite 521
Folsom, CA 95630-8574

26d.3.    Vanessa Duran GK Preferred Income II
1888 Green Oaks Road
Fort Worth, TX 76116

26d.4.    Layton Hills Mall
CMBS, LLC
PO Box 8660
Carol Stream, IL 60197

26d.5.    Woodbridge Center Property, LLC
c/o Woodbridge Center
350 N. Orleans St.
Suite 300
Chicago, IL 60654-1607

26d.6.    Trumbull Shopping Center #2 LLC
Attn: legal Department
2049 Century Park East
41st Floor
Los Angeles, CA 90067

26d.7.    Southwest Plaza L.L.C.
PO Box 772808
Chicago, IL 60677

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☒ Yes. Give the details about the two most recent inventories.

Debtor    SeaQuest Holdings, LLC _____    Case number (if known) _____

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | Elizabeth Bennis | 11/30/2024 | $210,323.78 |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | SeaQuest Holdings, LLC<br>5759 N Discovery Way<br>Boise, ID 83713-1613 |

| | | | |
|---|---|---|---|
| 27.2. | Elizabeth Bennis | 6/26/2024 | $197,495.92 |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | SeaQuest Holdings, LLC<br>5759 N Discovery Way<br>Boise, ID 83713-1613 |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| See attached list | ID | | |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Vince Covino<br>5173 N Brookmeadow Way<br>Boise, ID 83713 | 128077.59 | 12/2023 - 11/2024 | Salary & Consulting Fees |
| | **Relationship to debtor**<br>CEO and Consultant | | | |
| 30.2. | Aaron Neilsen<br>7896 W Deerfawn Ln<br>Eagle, ID 83616 | 225000.00 | 12/2023 - 11/2024 | Salary |
| | **Relationship to debtor**<br>CFO/CEO | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

| Debtor | SeaQuest Holdings, LLC | Case number *(if known)* | |
|---|---|---|---|

☐ No
☒ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| SeaQuest Holdings, LLC | **EIN:**    81-3492603 |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on        December 2, 2024

| /s/   Aaron Neilsen | Aaron Neilsen |
|---|---|
| Signature of individual signing on behalf of the debtor | Printed name |

Position or relationship to debtor    CEO

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☒ Yes

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

## 6. Setoffs (90 days)

| Name and Address of Creditor | Date of Setoff | Amount of Setoff |
|---|---|---|
| JPMorgan Chase Bank, PO Box 182051 Columbus, OH 43218 | 9/27/2024 | $500.00 |
| JPMorgan Chase Bank, PO Box 182051 Columbus, OH 43218 | 9/27/2024 | $1,000.00 |
| JPMorgan Chase Bank, PO Box 182051 Columbus, OH 43218 | 9/27/2024 | $1,500.00 |
| JPMorgan Chase Bank, PO Box 182051 Columbus, OH 43218 | 9/27/2024 | $500.00 |
| JPMorgan Chase Bank, PO Box 182051 Columbus, OH 43218 | 10/15/2024 | $1,332.41 |
| JPMorgan Chase Bank, PO Box 182051 Columbus, OH 43218 | 9/27/2024 | $1,799.92 |
| JPMorgan Chase Bank, PO Box 182051 Columbus, OH 43218 | 10/15/2024 | $141.02 |
| JPMorgan Chase Bank, PO Box 182051 Columbus, OH 43218 | 10/15/2024 | $1,341.02 |
| JPMorgan Chase Bank, PO Box 182051 Columbus, OH 43218 | 9/27/2024 | $1,900.00 |
| JPMorgan Chase Bank, PO Box 182051 Columbus, OH 43218 | 10/15/2024 | $16.37 |
| JPMorgan Chase Bank, PO Box 182051 Columbus, OH 43218 | 10/15/2024 | $614.67 |
| JPMorgan Chase Bank, PO Box 182051 Columbus, OH 43218 | 9/27/2024 | $223.83 |
| JPMorgan Chase Bank, PO Box 182051 Columbus, OH 43218 | 10/15/2024 | $1,091.80 |
| JPMorgan Chase Bank, PO Box 182051 Columbus, OH 43218 | 10/16/2024 | $1,318.12 |
| JPMorgan Chase Bank, PO Box 182051 Columbus, OH 43218 | 10/16/2024 | $131.43 |
| **CREDITOR TOTAL:** | | **$13,410.59** |
| Divvy Inc. 6220 America Center Drive Suite 100 San Jose CA 95002 | 9/12/2024 | $115.65 |
| Divvy Inc. 6220 America Center Drive Suite 100 San Jose CA 95002 | 9/30/2024 | $40.75 |
| Divvy Inc. 6220 America Center Drive Suite 100 San Jose CA 95002 | 9/30/2024 | $28.54 |
| Divvy Inc. 6220 America Center Drive Suite 100 San Jose CA 95002 | 9/30/2024 | $53.08 |
| Divvy Inc. 6220 America Center Drive Suite 100 San Jose CA 95002 | 10/9/2024 | $69.71 |
| Divvy Inc. 6220 America Center Drive Suite 100 San Jose CA 95002 | 10/18/2024 | $88.83 |
| **CREDITOR TOTAL:** | | **$396.56** |
| Ramp 28 West 23rd Street Floor 2 New York New York 10010 | 8/31/2024 | $497.13 |
| Ramp 28 West 23rd Street Floor 2 New York New York 10010 | 9/30/2024 | $271.76 |
| Ramp 28 West 23rd Street Floor 2 New York New York 10010 | 8/31/2024 | $884.71 |
| Ramp 28 West 23rd Street Floor 2 New York New York 10010 | 9/30/2024 | $4,667.76 |
| Ramp 28 West 23rd Street Floor 2 New York New York 10010 | 8/31/2024 | $239.93 |
| Ramp 28 West 23rd Street Floor 2 New York New York 10010 | 9/30/2024 | $132.10 |
| Ramp 28 West 23rd Street Floor 2 New York New York 10010 | 8/31/2024 | $214.45 |
| Ramp 28 West 23rd Street Floor 2 New York New York 10010 | 9/30/2024 | $152.69 |
| Ramp 28 West 23rd Street Floor 2 New York New York 10010 | 8/31/2024 | $252.37 |
| Ramp 28 West 23rd Street Floor 2 New York New York 10010 | 9/30/2024 | $127.02 |
| Ramp 28 West 23rd Street Floor 2 New York New York 10010 | 8/31/2024 | $473.96 |
| Ramp 28 West 23rd Street Floor 2 New York New York 10010 | 9/30/2024 | $17.89 |
| Ramp 28 West 23rd Street Floor 2 New York New York 10010 | 8/31/2024 | $228.49 |
| Ramp 28 West 23rd Street Floor 2 New York New York 10010 | 9/30/2024 | $107.81 |
| **CREDITOR TOTAL:** | | **$8,268.07** |
| **GRAND TOTAL:** | | **$22,075.22** |

**United States Bankruptcy Court**
**District of Idaho**

In re   SeaQuest Holdings, LLC _____    Case No. _____

                                               Debtor(s)    Chapter    11 _____

# VERIFICATION OF CREDITOR MATRIX

I, the CEO  of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the

best of my knowledge.

Date:    December 2, 2024 _____        /s/  Aaron Neilsen _____
                                                    Aaron Neilsen/CEO
                                                    Signer/Title

Aaron Neilsen
7896 W Deerfawn Ln
Eagle, ID 83616


Aloha Animal Hospital
7341 South Torrey Pines Drive
Las Vegas, NV 89164


Anderson Veterinary Service, P.A.
PO Box 158
Zumbrota, MN 55992


Animal Health Diagnostic Lab
P.O. Box 330
Trenton, NJ 08625


Ari Roth
108 Bryan Avenue
Roseville, CA 95661


Ashleigh Belfiore
19706 Rosewood Ct
Las Vegas, NV 89139


Ashley Johnson
6614 Blue Dia Apt 1076
Las Vegas, NV 89139


Aspen Longwell
2117 S Dorothy Ave
Boise, ID 83706


Assured Pest Control dba Pestmasters
504 West 9460 South
Sandy, UT 84070


Avalon Apparel, Inc.
2963 44th Ave N.
Saint Petersburg, FL 33714


AXIS Surplus Insurance Company
P.O. Box 4470
Alpharetta, GA 30023


Barlow Service Experts
2869 Commerce Way, #1
Ogden, UT 84401


Barry Owen Co.
5625 Smithway St.
Los Angeles, CA 90040


BenefitHub
4030 W Boy Scout Blvd, Suite 400
Tampa, FL 33607

Bionic Zoo & Aquarium
95 NW 13th Ave
Pompano Beach, FL 33069


Boulevard Ventures LLC
3528 S Maryland Pkwy
Mall Management Office
Las Vegas, NV 89169


Boulevard Ventures, LLC
c/o Sansone Companies
9017 S. Pecos Road, Suite #4500
Henderson, NV 89074


BOWCO Laboratories
75 Freeman St
Woodbridge, NJ 07095


Brine Shrimp Direct
P.O. Box 3044
Ogden, UT 84401


Broadstone Land, LLC
c/o TRI Property Management Services
410 Palladio Parkway, Suite 1601
Folsom, CA 95630


Broadstone Land, LLC
340 Palladio Parkway, Suite 521
Folsom, CA 95630-8574


CandyMachines.com
579 Folly Road
Box 13298
Charleston, SC 29412


Carbon Bulk Sales LLC
1791 Kaiser Ave
Irvine, CA 92614


Cash Value Lending Corporation
STE 300
2929 W Navigator Dr
Meridian, ID 83642-8297


Centric Mechanical Services
2120 Hutton Dr., Suite 100
Carrollton, TX 75006


CenturyLink
P.O. Box 2961
Phoenix, AZ 85062-2961


CenturyLink
PO Box 52187
Phoenix, AZ 85072-2187

Chloe West


Cintas Corp
P.O. Box 88005
Chicago, IL 60680-1005


Cintas Corp
P.O. Box 630803
Cincinnati, OH 45263-0803


Citi
PO Box 790046
Saint Louis, MO 63179


Clear Lakes LLC
c/o NAU Select
PO Box 4067
Boise, ID 83711


Clear Lakes, LLC
c/o NAI Select
P.O. Box 4067
Boise, ID 83711


Coastal States Bank
5 Bow Circle
Hilton Head Island, SC 29928


Comcast
PO Box 60533
City of Industry, CA 91716-0533


Cox Business
PO Box 53262
Phoenix, AZ 85072-3054


David Oliver
2007 W Sonoma Dr
Meridian, ID 83642


Deluxebase (USA) Inc
1201 N Orange Street
Suite #7050
Wilmington, DE 19801-1186


Desert Rose Capital Management
2929 W. Navigator, Suite 300
Meridian, ID 83642


Dianna Spain
4330 Greenwood Rd
Garden Valley, CA 95633


Divvy Inc.
6220 America Center Drive Suite 100
Alviso, CA 95002

Elizabethtown Gas
PO Box 6031
Bellmawr, NJ 08099


Emma Howard
7678 E Lightfoot St
Nampa, ID 83687


Fairytale Cotton Candy Inc
1000 Grand Ave
West Des Moines, IA 50265


Family Fun & Games
dba CandyMachines.com
579 Folly Rd  Box13298
Charleston, SC 29412


FedEx Freight
PO Box 21415
Pasadena, CA 91185-1415


Fiesta
Mahar Manufacturing Corp.
P.O. Box 735103
Dallas, TX 75373-5103


FinWise Bank
820 East 9400 Sputh
Sandy, UT 84094


GK Preferred Income II (Ridgmar) SPE LLC
1551 Kingsbury Partners SPE, LLC
1888 Green Oaks Road
Fort Worth, TX 76116


Hawks & Company
1000 Delsea Drive - Bldg A1
Westville, NJ 08093


Hayden Novak
413 E Vine St
Keller, TX 76248


Health Compass Inc.
8049 Barnoy Woods
Pittsford, NY 14534


Heng Taing


Idaho Power
P.O. Box 70
Boise, ID 83707

```
Idaho State Tax Commission
Attn: Bankruptcy
PO Box 36
Boise, ID 83722-0410


Intermountain Gas Company
555 S Cole Rd
Boise, ID 83709


Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346


Ixclary Sierra
C/O: David A. Klemm
Bailey & Galyen  1901 Airport Freeway
Dallas, TX 75207


Jacob Senft
19 Sachem Ct
Farmingville, NY 11738-2139


Jana Nyberg
4523 Meyers Court
Castle Rock, CO 80104


Jeff Cox
14601 Wen Jeff Lane
Caldwell, ID 83607


Jeremy McLamb
713 5th St Apt 209
West Sacramento, CA 95605-2666


Joe Amorebieta
578 N. Clearpoint Way
Eagle, ID 83616


JPMorgan Chase
1111 Polaris Pkwy
Columbus, OH 43240


K and M International, Inc.
DBA Wild Republic
7711 E Pleasant Valley Rd
Independence, OH 44131


Kade Walz


Katie Hastings
371 Old Highway Apt 306
Saint Paul, MN 55112-7729
```

Kent Displays, Inc.
343 Portage Blvd
Kent, OH 44240


Ketter Environmental Services, LLC
P.O. Box 417468
Boston, MA 02241-7468


Kevin E. Dinius
5680 E Franklin St. Ste 130
Nampa, ID 83687-9012


Kevin E. Dinius
5680 E Franklin Rd
Ste 130
Nampa, ID 83687-9012


Kim Covino


Kim Covino
5173 N Brookmeadow Way
Boise, ID 83713


LaMotte Company
802 Washington Ave
PO Box 329
Chestertown, MD 21620


Larry Spain
11870 Cresthill Dr
Elk Grove, CA 95624-9645


Layton Hills Mall
CMBS, LLC
PO Box 8660
Carol Stream, IL 60197


Layton Hills Mall CMBS LLC
2030 Hamilton Place Boulevard
Chattanooga, TN 37421-6000


Legacy Consulting, Inc.
3363 E Presidential Drive STE 104
Meridian, ID 83642


Linda Sanders


Liquid Blue
6 Linelew Drive
Derry, NH 03038


Lisa Edwards
670 E Observation Dr
Meridian, ID 83642-4652

Little-Morris, LLP
950 W. Bannock Street, Ste 1050
Boise, ID 83702


Liz Bennis
8580 Savanna Oaks Ln
Saint Paul, MN 55125


Lochridge Lending, Inc.
1175 N 4000 W
Rexburg, ID 83440


Lumen
PO Box 4918
Monroe, LA 71211-4918


MassMutual
PO Box 64340
Saint Paul, MN 55164-0340


McCarter & English
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102


McCarter & English, LLC
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102


Meagan Grand
10877 Witcher Mountain R
Guffey, CO 80820


Mia Alati
1409 S Manitou Ave
Boise, ID 83706


Michelle Case
Attn: Justin Randall
c/o: Glen J Lerner & Assoc  4795 S Duran
Las Vegas, NV 89147


Michelle Case
Attn: Justin G Randall
c/o ER Injury Attorneys  1700 S. Pavilio
Las Vegas, NV 89135


Middlesex Water Company
Customer Service Center
485C Route 1 South, Suite 400
Iselin, NJ 08830


Mimi Linch
713 5th St Apt 209
West Sacramento, CA 95605-2666

Murray, Ziel & Johnston, PLLC
770 S Woodruff Ave
Idaho Falls, ID 83401

Namdar Realty Group
c/o Trumbull Mall Realty
150 Great Neck Road, Suite 304
Great Neck, NY 11021

National Benefit Services
430 W 7th Street, Suite 219494
Kansas City, MO 64105-1407

Nayax
11350 McCormick Road, Suite 1004
Hunt Valley, MD 21031

NJ Department of Agriculture
Animal Health Diagnostic Laboratory
P.O. Box 330
Trenton, NJ 08625

NVEnergy
6226 West Sahara Ave
Las Vegas, NV 89146

Oracle America Inc.
500 Oracle Parkway
Redwood City, CA 94065

Oradell Animal Hospital
580 Winters Ave
Paramus, NJ 07652-3902

Packaging Specialties
an S. Walter Packaging Company
PO Box 71225
Philadelphia, PA 19176-6225

Paradise Cay Publications
PO Box 29
Arcata, CA 95518

PG&E
Box 997300
Sacramento, CA 95899-7300

Plunkett's/Varment Guard
40 52nd Way Northeast
Minneapolis, MN 55421

PPF RTL Rosedale Shopping Center
C/O Morgan Stanley Real Estate Advisor,
18585 Broadway, 7th Floor
New York, NY 10036

Precious Pets Animal Services
1478 Flintrock Rd
Henderson, NV 89014


Precision Waste Solutions
PO Box 678114
Dallas, TX 75267-8114


Ramp Payments Corporation
28 West 23rd Street Floor 2
New York, NY 10010


Rhode Island Novelty
PO Box 9278
Fall River, MA 02720


Ridgmar Mall
1888 Green Oaks Road
Fort Worth, TX 76116


RocketRez, Inc.
12A-40 North Gate Drive
Steinback, MB R5G 2T9, Canada


Rosedale Shopping Center
29974 Network Place
Chicago, IL 60673


S&D Law
Attn: Michael L. Schlepp
1550 Wewatta Street Floor 2
Denver, CO 80202


Sacramento Copy
3355 Myrtle Ave Ste 215
North Highlands, CA 95660


Safari Programs
8010 Westside Industrial Drive
Jacksonville, FL 32219


Sailthru, Inc.
11 Lea Avenue
Nashville, TN 37210


Sarah Meiers
598 E Easy St
Kuna, ID 83643


Shane Shimada
11700 W Charleston Blvd., STE 170-60
Las Vegas, NV 89135


Southwest Plaza L.L.C.
PO Box 772808
Chicago, IL 60677

```
Southwest Plaza LLC
c/o Brookfield Properties
8501 W. Bowles Avenue
Littleton, CO 80123


Southwest Plaza, L.L.C.
c/o Southwest Plaza
110 N. Wacker Dr.
Chicago, IL 60606


Southwest Plaza, LLC
8501 West Bowles Ave
Littleton, CO 80123


Specialty Comp Insurance Solutions
2611 Internet Blvd., Suite 124
Frisco, TX 75034


Squire Boone Village
PO Box 711
New Albany, IN 47151


State of New Jersey
Division of Fire Safety
Bureau of Fire Code Enforcement  P.O. Bo
Trenton, NJ 08625-0809


Summerfields Animal Hospital, P.L.L.C.
4536 North Tarrant Parkway
Keller, TX 76244


Tabitha Thompson


Talkdesk, Inc.
440 N Barranca Avenue
Suite 4375
Covina, CA 91723


Tammy O'Shields
2209 East Cherokee Dr
Woodstock, GA 30188


Terri Collins-Brown


The Petting Zoo
8870 Greenwood Place STE A
Savage, MD 20763


The United Illuminating Company
7741 PO Boc 847818
Boston, MA 02150


T-Mobile Bankruptcy Team
PO Box 53410
Bellevue, WA 98015-3410
```

Treasure Valley Family YMCA
805 W Franklin St
Boise, ID 83702


Truly Nolen Branch
050 6000 S. Eastern Ave 2E
Las Vegas, NV 89119


Truly Nolen Branch 050
6000 S Eastern Ave 2E
Las Vegas, NV 89119


Trumbull Mall Realty LLC
Attn: Martin Joseph Minnella
c/o Minnella, Tramuta & Edwards 40 Middl
Middlebury, CT 06762


Trumbull Shopping Center #2 LLC
Attn: legal Department
2049 Century Park East  41st Floor
Los Angeles, CA 90067


Trumbull Shopping Center #2 LLC
Westfield Trumbull
5065 Main Street
Trumbull, CT 06611


Trumbull Tax Collector
Attn: Donna Pellitteri
5866 Main Street Town Hall
Trumbull, CT 06611


U.S. Small Business Administration
1545 Hawkins Blvd, Suite 202
El Paso, TX 79925


U.S. Small Business Administration
1545 Hawkins Blvd., Suite 202
El Paso, TX 79925


United Behavioral Health dba Optum
PO Box 885897
Los Angeles, CA 90088-5897


United Healthcare
PO Box 94017
Palatine, IL 60094-4017


Urban Retail Properties LLC
111 East Wacker Drive
Suite 2400
Chicago, IL 60601


Vanessa Duran GK Preferred Income II
1888 Green Oaks Road
Fort Worth, TX 76116

Vestis
2680 Palumbo Drive
Lexington, KY 40509


Vince Covino
5173 N Brookmeadow Way
Boise, ID 83713


Vince Phan
2519 S Hilton St
Meridian, ID 83642-5061


Vincenzo G Covino
5173 N Brookmeadow Way
Boise, ID 83713-1454


Waxie Sanitary Supply
P.O. Box 748802
Los Angeles, CA 90074-8802


Welliver & Associates, LLC
1776 Park Ave 4-405
Park City, UT 84060


Woodbridge Center
7855 Solution Center
Chicago, IL 60677


Woodbridge Center Property, LLC
c/o Woodbridge Center
350 N. Orleans St. Suite 300
Chicago, IL 60654-1607