Debtor  **SeaQuest Holdings, LLC**
_____Name_____

Case number (*if known*) _____

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 2, 2024**
              MM / DD / YYYY

X _____/s/_____
Signature of authorized representative of debtor

**Aaron Neilsen**
Printed name

Title   **CEO**

**18. Signature of attorney**

X _____/s/_____
Signature of attorney for debtor

Date   **December 2, 2024**
       MM / DD / YYYY

**Matthew Christensen**
Printed name

**Johnson May**
Firm name

**199 N. Capitol Blvd.
Suite 200
Boise, ID 83702**
Number, Street, City, State & ZIP Code

Contact phone  **(208) 384-8588**    Email address  **mtc@johnsonmaylaw.com**

**7213 ID**
Bar number and State

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 4

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | SeaQuest Holdings, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO |
| Case number (if known): | |

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☒ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☒ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☒ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☒ Schedule H: Codebtors (Official Form 206H)
- ☒ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule _____
- ☒ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   December 2, 2024            X  /s/ Aaron Neilsen
                                             Signature of individual signing on behalf of debtor

Aaron Neilsen
Printed name

CEO
Position or relationship to debtor

Debtor   SeaQuest Holdings, LLC                                              Case number *(if known)*

☐ No
☒ Yes. Identify below.

**Name of the parent corporation**

SeaQuest Holdings, LLC

**Employer Identification number of the parent corporation**

EIN:   81-3492603

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

**Name of the pension fund**

**Employer Identification number of the pension fund**

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   December 2, 2024

_____            Aaron Neilsen
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor    CEO

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☒ Yes

**United States Bankruptcy Court**
**District of Idaho**

In re    SeaQuest Holdings, LLC                                              Case No.
                                            Debtor(s)                        Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    December 2, 2024

Aaron Neilsen/CEO
Signer/Title