## SEAQUEST HOLDINGS, LLC

December 2, 2024

### *Resolution authorizing filing of Chapter 11 Bankruptcy*

WHEREAS, the members of SeaQuest Holdings, LLC (the "Company"), having complied with all operable provisions of the Operating Agreement of the Company; and

WHEREAS, the members having received and reviewed reports and/or information furnished to them concerning the financial condition of the Company; and

WHEREAS, it appearing in the business judgment of the members that the Company should be reorganized and/or liquidated under the supervision of the U.S. Bankruptcy Court, it is hereby

RESOLVED, that the Company initiate a new case under Chapter 11 of the Bankruptcy Code; and it is further

RESOLVED, that Aaron Neilsen is authorized and directed to prepare or cause to be prepared all documents, petitions, pleadings and other instruments necessary, or in the sole discretion of Bill Prather appropriate, to cause the initiation and prosecution of a case under the Bankruptcy Code seeking reorganization or liquidation of the Company; and it is further

RESOLVED, that Aaron Neilsen is authorized and directed to employ and retain Matthew T. Christensen, attorney at law, of JOHNSON MAY, to represent the Company in its case under the Bankruptcy Code upon such retainer and compensation agreement as may seem in the discretion of Aaron Neilsen to be appropriate.

DATED this 2nd day of December, 2024.

_____
Aaron Neilsen, CEO